

**FILED**
DEC 17 2007
DEC 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Cynthia D Benson
(Please print)

STREET ADDRESS: 7337 S. South Shore

CITY/STATE/ZIP: Chicago IL 60649

PHONE NUMBER: 773 375-1933

CASE NUMBER: 07CV 7100
JUDGE CASTILLO
MAGISTRATE JUDGE DENLOW

Cynthia D. Benson   12/17/07
Signature   Date