**FILED**
DEC 17 2007
DEC 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

Cynthia D. Benson
_____
Plaintiff

v.

John E. Potter, Postmaster General
c/o Great Lakes Area Operations
_____
Defendant(s)

07CV 7100
C JUDGE CASTILLO
J MAGISTRATE JUDGE DENLOW

---

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Cynthia D. Benson, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: N/A

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: NA
   Name and address of employer: NA

   a. If the answer is "No":
      Date of last employment: 1/30/07
      Monthly salary or wages: $ 3,200.00
      Name and address of last employer: United States Postal Services
      20650 South Cicero, Matteson, Illinois 60443

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages
      Amount $ 3,400.00    Received by U.S Postal Services    ☒Yes  ☐No

   b. ☐ Business, ☐ profession or ☐ other self-employment
      Amount -0-    Received by N/A    ☐Yes  ☒No

   c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes  ☒No

Amount _____0_____ Received by __NA__

d. ☒ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount _$10,500.00_ Received by _IDES and TSP_ ☒ Yes ☐ No

e. ☒ Gifts or ☐ inheritances
Amount _$200.00_ Received by _Evelyn Benson_ ☒ Yes ☐ No

f. ☒ Any other sources (state source: _Mutual Fund_) ☒ Yes ☐ No
Amount _$2,500.00_ Received by _American Century_

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No Total amount: _$23.00_
In whose name held: _Cynthia Benson_ Relationship to you: _Self_

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☒ Yes ☐ No
Property: _Stocks_ Current Value: _$12,000.00_
In whose name held: _Cynthia Benson_ Relationship to you: _Self_

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☒ Yes ☐ No
Address of property: _7337 S. South Shore Drive #1430_
Type of property: _Condominium_ Current value: _Est. $100,000.00_
In whose name held: _Cynthia Benson_ Relationship to you: _Self_
Amount of monthly mortgage or loan payments: _$1,219.00_
Name of person making payments: _Cynthia Benson_

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☒ Yes ☐ No
Property: _Automobile_
Current value: _$4,000.00 Est._
In whose name held: _Cynthia Benson_ Relationship to you: _Self_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_NA_

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __12/17/2007__

_____
Signature of Applicant

__Cynthia D Benson__
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then <u>divide</u> by number of months).

_____        _____
DATE                                                                    SIGNATURE OF AUTHORIZED OFFICER

                                                                        _____
                                                                        (Print name)

rev. 7/18/02