UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Cynthia D. Benson )

V.

Defendant(s) John E. Potter Postmaster General

07CV 7100
JUDGE CASTILLO
MAGISTRATE JUDGE DENLOW

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Cynthia D. Benson, declare that I am the (check appropriate box) [✓] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I call around to serveral Attorneys and was told that they do not Handle Postal Services Cases. and Suggest that I receive legal representation thur the Court Due to my lack of Income

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

FILED
DEC 17 2007 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____
Movant's Signature

7337 S. South Shore Dr #143
Street Address

12/17/07
Date

Chicago, IL 60649
City, State, ZIP