CASE NO.   *07 C 1100*
~~07cv 7110~~

ATTACHMENT NO. _____

EXHIBIT   *Exhibit B*

TAB (DESCRIPTION) _____

# EXHIBIT  B

## Medical Records

✚ *Advocate*
*Health Center*

## RETURN TO WORK/SCHOOL VERIFICATION

Patient's Name _Cynthia Bensa_    Date _8/28/2001_
MRN _769047_    Center _516_

TO WHOM IT MAY CONCERN

The above-named person:

☑ Has received treatment at this office on the following dates: _8/27/2001_
☐ Has been hospitalized on the following dates: _____
☑ Has been ill and unable to work from _8/26/2001_ thru _8-27-2001_
☐ States he/she has been ill and unable to return to work from _____ thru _____
☐ Has been given telephone advice on: _____ thru _____
☑ May resume work on _8-30-2001_
☐ May resume restricted work as follows: _____
☐ May resume school on: _____

Physical Education: ☐ may take    ☐ may not take
☐ limited

☐ Return appointment on: _____

Signature of M.D. _____

Print Physician's Name _I Dein_

I hereby authorize Advocate Health Care Plan to furnish the following diagnosis to: _____

_____ To: _____

SIGNATURE OF PATIENT OR RESPONSIBLE PERSON *    RELATIONSHIP TO PATIENT

PLEASE NOTE: Verification of above information will be given to employers and/or school officials upon their request.
0918792
* Signature is preferred at all times, but is required if diagnosis is transmitted.

✚ *Advocate*
*Health Center*

## RETURN TO WORK/SCHOOL VERIFICATION

Patient's Name _Benson, Cynthia_    Date _9/4/01_
MRN _169'047_    Center_ S. E._

### TO WHOM IT MAY CONCERN
The above-named person:

☒ Has received treatment at this office on the following dates: _9/4/01_
☐ Has been hospitalized on the following dates:
☒ Has been ill and unable to work from _8/30/01_
☐ States he/she has been ill and unable to return to work from _____ thru _8/31/01_
☐ Has been given telephone advice on: (date) _____ thru _____
☒ May resume work on _9/6/01_
☐ May resume restricted work as follows: _____
☐ May resume school on: _____

Physical Education?  ☐ may take    ☐ may not take
                     ☐ limited

☐ Return appointment on: _____

Signature of M.D. _Blo Martin MD_

Print Physician's Name _Martinex_

I hereby authorize Advocate Health Care Plan to furnish the following diagnosis to: _____

_____ To: _____

SIGNATURE OF PATIENT OR RESPONSIBLE PERSON *

| | RELATIONSHIP TO PATIENT |
|---|---|

PLEASE NOTE: Verification of above information will be given to employers and/or school officials upon their request.
0918792    * Signature is preferred at all times, but is required if diagnosis is transmitted.

Official Supervisor's Report of Occupational Disease Please complete **INJURY COMPENSATION UNIT**   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

19. Agency name and address of reporting office (include city, state, 6601 W 73rd STREET  OWCP Agency Code
*MATTESON POST OFFICE*  BEDFORD PARK IL 60499-9  5531  OSHA Site Code
*20650 S. CICERO AVE*
*MATTESON    60443-9998*  ZIP Code

21. Regular P.T.F - VARIES  Post Office, 20650 S. Cicero/Matteson 60443  Sex  ZIP Code
work   From 05:00 a.m.   To 11:00 p.m.
hours

22. Regular  P.T.F - Varies
work
schedule  ☐ Sun.  ☐ Mon.  ☐ Tue.  ☐ Wed.  ☐ Thu.  ☐ Fri.  ☐ Sat.

23. Name and address of physician first providing medical care (include city, state, ZIP code)
*DR. MARTINEZ, Maria*
*ADVOCATE Health Center*
*SOUTHEAST*
*230 E. 93 St.,  CHICAGO IL.  60617*

24. First date medical care received  Mo. Day Yr.  01/07/02

25. Do medical reports show employee is disabled for work?  ☒ Yes  ☐ No

26. Date employee first reported condition to supervisor  Mo. Day Yr.  01/08/02

27. Date and hour employee stopped work  Mo. Day Yr.  01/08/02  Time 06:00  ☒ a.m.  ☐ p.m.

28. Date and hour employee's pay stopped  Mo. Day Yr.  did not  Time :  ☐ a.m.  ☐ p.m.

29. Date employee was last exposed to conditions alleged to have caused disability or illness  Mo. Day Yr.  1 18 02

30. Date returned to work  Mo. Day Yr.  1 18 02  Time :  ☐ a.m.  ☐ p.m.

31. If employee has returned to work and work assignment has changed, describe new duties

32. Employee's Retirement Coverage  ☐ CSRS  ☒ FERS  ☐ Other (Specify)

33. Was injury caused by third party?  ☐ Yes  ☒ No   If "No," go to Item 35.

34. Name and address of third party (include city, state, and ZIP code)

35. A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exceptions

*MARA SAMMONS*
Name of Supervisor (Type or print)

Signature of Supervisor

Date  1-8-00

Supervisor's Title  *SUPERVISOR, CUSTOMER SERVICE*   Office phone  (708)748-8630

Form CA-2
Rev. Jan. 1997

# Duty Status Report

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs



This form is provided for the purpose of obtaining a duty status report for the employee named below. This request does not constitute authorization for payment of medical expense by the Department of Labor, nor does it invalidate any previous authorization issued in this case. This request for information is authorized by law (5 USC 8101 et seq.). Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and the OMB Cir. A-108.

OMB No. 1215-0103
Expires: 8-30-91

## Instructions for Completing and Submitting this Form

**Supervisor:** Complete Part A and refer the form to the attending physician for completion of Part B.

**Attending Physician:** Complete Part B. To prevent interruption of the employee's pay, the completed form should be returned to the employing agency (as shown in Item 12) within two days following examination and/or treatment. A copy of the form should also be sent to the OWCP (as shown in Item 11).

### Part A - Supervisor

**1. Name and Address of Medical Facility Providing Medical Services:**

**2. OWCP File Number (if known)**

**3. Employee's Name (Last, first, middle)**
BENSON    CYNTHIA    D.

**4. Date of Injury (Month, day, yr.)**

**5. Social Security No.**
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

**6. Occupation**
U.S. POSTAL SERVICE DISTRIBUTION CLERK

**7. Describe How the Injury Occurred and State Parts of the Body Affected:**

**8. Specify the Usual Work Requirements of the Employee. Check Whether Employee Performs These Tasks or is Exposed Continuously or Intermittently, and Give Number of Hours.**

| Activity | Continuous | Intermittent | | Activity/Exposure | Continuous | Intermittent | |
|---|---|---|---|---|---|---|---|
| a. Lifting/Carrying: Sedentary 0-10 lbs. | X | | 6 Hrs Per Day | p. Fine Manipulation | X | | |
| b. Lifting/Carrying: Light 10-20 lbs. | | X | 6 Hrs Per Day | q. Reaching above Shoulder | X | | 6 Hrs Per Day |
| c. Lifting/Carrying: Moderate 20-50 lbs. | | X | 6 Hrs Per Day | r. Heat | N/A | N/A | 6 Hrs Per Day |
| d. Lifting/Carrying: Heavy 50-100 lbs. | N/A | N/A | Hrs Per Day | s. Cold | N/A | N/A | degrees F |
| e. Sitting | | X | 6 Hrs Per Day | t. Excess Humidity | N/A | N/A | degrees F |
| f. Standing | | X | 6 Hrs Per Day | u. Chemicals, Solvents, etc. (Identify) | N/A | N/A | Hrs Per Day |
| g. Walking | | X | 6 Hrs Per Day | v. Fumes (Identify) | N/A | N/A | Hrs Per Day |
| h. Climbing Stairs | N/A | N/A | Hrs Per Day | w. Dust (Identify) | N/A | N/A | Hrs Per Day |
| i. Climbing Ladders | N/A | N/A | Hrs Per Day | x. Noise (Give dBA) | N/A | N/A | dBA Hrs Per Day |
| j. Kneeling | | X | 6 Hrs Per Day | y. Other (Describe) | | | Hrs Per Day |
| k. Bending | | X | 6 Hrs Per Day | **9. Does the Job Require Driving a Vehicle** | | | |
| l. Stooping | | X | 6 Hrs Per Day | ☐ Yes (Specify)   ☒ No | | | |
| m. Twisting | | X | Hrs Per Day | Operating Machinery? | | | |
| n. Pulling/Pushing | | X | Hrs Per Day | ☐ Yes (Specify)   ☒ No | | | |
| o. Simple Grasping | X | | 6 Hrs Per Day | **10. The Employee Works** | | | |

**10. The Employee Works** 6 Hours Per Day / 6 Days Per Week

**11. Send A Copy of This Report To:**
U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

**12. Send the Original Report to (Name and Address of Employing Agency):**
MATTESON POST OFFICE
20650 S. CICERO AVE
MATTESON IL 60443-9998

## Public Burden Statement

Public reporting burden for this collection of information is estimated to average 8 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing burden, to the Office of Information Management, Department of Labor, Room N1301, 200 Constitution Avenue, N.W., Washington, D.C. 20210; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

For sale by the Superintendent of Documents, U.S. Government Printing Office, Washington D.C. 20402     Form CA-17

**Part B - Physician**

| 13a. Does the History of Injury Given to You by the Employee Correspond to That Shown in Item 7? | 13b. Description of Clinical Findings |
|---|---|
| ☐ Yes　　☐ No (if not, describe)　Pt has 15 yr history of repetitive motion. Presented 8/01 with wrist pain | Carpal Tunnel syndrome → (R) Tenderness over (R) median nerve |

| 13c. Diagnosis of Condition Due to Injury | 13d. Diagnosis of Other Disabling Conditions |
|---|---|
| Carpal Tunnel Syndrome | low back pain. |

**14. Is Employee Able to Perform His/Her Regular Work (Describe on the Front of This Form)?**

☐ Yes, If So.　　☐ Full-Time or　　☐ Part-Time _____ Hours Per Day
(Fill in)

☐ No, If not, complete item 15 below.

**15. Complete the Following, If The Answer To Item 14 is "No".**

| Activity | Continuous | Intermittent | | Activity/Exposure | Continuous | Intermittent | |
|---|---|---|---|---|---|---|---|
| a. Lifting/Carrying: Sedentary 0-10 lbs. | X | | 6 Hrs Per Day | p. Fine Manipulation | | X | 3 Hrs Per Day |
| b. Lifting/Carrying: Light 10-20 lbs. | | X | Hrs Per Day | q. Reaching above Shoulder | No limits | | Hrs Per Day |
| c. Lifting/Carrying: Moderate 20-50 lbs. | X | | 6 Hrs Per Day | r. Heat | | | degrees F |
| d. Lifting/Carrying: Heavy 50-100 lbs. | | | Hrs Per Day | s. Cold | | | degrees F |
| e. Sitting | | X | 6 Hrs Per Day | t. Excess Humidity | No | limits | Hrs Per Day |
| f. Standing | | X | 6 Hrs Per Day | u. Chemicals, Solvents etc. (identify) | | | Hrs Per Day |
| g. Walking | | X | 6 Hrs Per Day | v. Fumes (identify) | | | Hrs Per Day |
| h. Climbing Stairs | | | Hrs Per Day | w. Dust (identify) | | | Hrs Per Day |
| i. Climbing Ladders | | No limit | Hrs Per Day | x. Noise (Give dBA) | | | dBA Hrs Per Day |
| j. Kneeling | No limit | | Hrs Per Day | y. Are Interpersonal Relations Affected Because of A Neuropsychiatric Condition? (e.g. Ability to Give or Take Supervision, Meet Deadlines, etc.) | | | |
| k. Bending | | | Hrs Per Day | | | | |
| l. Stooping | | | Hrs Per Day | | | | |
| m. Twisting | | | Hrs Per Day | | | | |
| n. Pulling/Pushing | | | Hrs Per Day | ☑ No　　☐ Yes (Describe) | | | |
| o. Simple Grasping | X | | Hrs Per Day | | | | |

**16. Describe Any Other Function of This Employee's Regular Work Which Is Medically Restricted By The Injury**

No repetitive hand motion.

**17. Period of Disability (If termination date is unknown, so state)**

Total Disability From　4/7/01　To　unknown

Partial Disability From　　　　To

**18. If Employee Is Able to Resume Work, Has He/She Been Advised?**

☐ Yes　　☐ No

If Yes, Give Date of Advice _____

**19. Date of Examination**　1/14/02

**20. Date of Next Appointment, If Scheduled**

I certify that all statements made above are true. I understand that any knowingly false or misleading statement, or misrepresentation of material fact may subject me to felony criminal prosecution. I further understand that this request does not constitute authorization for payment of medical expenses by the Department of Labor, nor does it invalidate any previous authorization issued in this case.

**21. Typed or Printed Name and Address of Physician**

| 22. Specialty | 23. Tax Identification Number |
|---|---|
| Internal Medicine | AHC |

**24. Physician's Signature** | **25. Date** 1/14/02

*Southeast*
2301 East 93rd Street
2nd & 3rd Floors
Chicago, Illinois 60617
Telephone 773.731.9898
Facsimile 773.731.1750


*Advocate Health Center*

January 29, 2002


RE:   Cynthia Benson
      Date of Birth


TO WHOM IT MAY CONCERN:


Ms. Cynthia Benson is a member of Advocate Southeast Health Center and under my care.  Patient's most recent office visit was on Monday, January 14, 2002.

Ms. Benson is a 37 year old female with history of reptitive hand motion and presented wrist pain on August 2001.  Ms. Benson has been diagnosed with Carpal Tunnel Syndrome and Low Back Syndrome.  She is under going Physcial Therapy.  Ms Benson is unable to work from January 3, 2002 thru pending.  After completing Physical Therapy, patient is to return for a follow up visit to determine if Ms. Benson is able to return to work, Repetitive motion from her job.

If any further questions, please contact me at the address above.

Sincerely,


Maria Martinez, M.D.
Internal Medicine

*Southeast*
2301 East 93rd Street
2nd & 3rd Floors
Chicago, Illinois 60617
Telephone 773.731.9898
Facsimile 773.731.1750



*Advocate Health Center*

February 11, 2002

RE:  Cynthia Benson
     Date of Birth    09/30/64

TO WHOM IT MAY CONCERN:

Ms. Cynthia Benson is a member of Advocate Southeast Health Center and under my care. Patient's most recent office visit was on Monday, January 14, 2002.

Ms. Benson is a 37 year old female with history of reptitive hand motion and presented wrist pain on August 2001. Ms. Benson has been diagnosed with Carpal Tunnel Syndrome and Low Back Syndrome. Result from repetitive motion from her job. She is under going Physical Therapy. Ms. Benson is unable to work from January 3, 2002 thru February 8, 2002. After completing Physical Therapy, patient is to return to lighter duty e.g. window service less than five hours and with weight limit of 20 pounds.

If any further questions, please contact me at the address above.

Sincerely,

Maria Martinez,   M.D.
Internal Medicine

Advocate Health Centers

## RETURN TO WORK/SCHOOL VERIFICATION

**Patient's Name** Benson, Cynthia

**Parent/Guardian** _____  **Date** 2/19/02

**MRN** 169-04-47  **Center** S.E.

### TO WHOM IT MAY CONCERN

The above-named person:

☐ Has received treatment at this office on the following dates: _____

☐ Has been hospitalized on the following dates: _____

☐ Has been ill or injured and unable to work from _____

☐ States he/she has been ill and unable to return to work from _____ thru _____

☐ Has been given telephone advice on: (date) _____

☐ May resume work on _____

☑ May resume restricted work as follows: To limited duty e.g. window service for and with a wt limit of 20 lbs. She cannot

☐ May resume school on/[illegible] from _____ **Physical Education:** ☐ may take  ☐ may not take

☐ Return appointment on: sort mail _____ ☐ limited _____

**Signature of M.D.** _[signature]_ M. Spelman M.D.

**Print Physician's Name** _____

Medical information is confidential and cannot be disclosed without the written consent of the patient or his or her representative.

05/22/2007 11:08 FAX

⁹002/028

1

Patient Name: Cynthia Benson   Account Number: 56631
Patient Birthdate: 09/30/64

Gerald F. Loftus, MD
John D. Sonnenberg, MD
D. Dirk Nelson, MD
Michael G. Maday, MD
Stephen V. Perns, DPM
Michael C. Moran, MD
William A. Heller, MD
Jay M. Brooker, MD

1Patient Name: Cynthia Benson   Account Number: 56631
Patient Birthdate: 09/30/64
Advocate Medical Record Number:
Primary Doctor:

## JUNE 12, 2002

This is a pleasant female who comes to us complaining of pain i  b th of
her hands. This is apparently a work-related injury. She works   or the US
Postal Service as a postal clerk. She finds that when she was t  ro ing mail
and casing mail she had significant difficulty with pain in her  ands. She
was placed in a different position, and the pain resolved to a   li ht
degree, but she still has problems. She's been sent to our off:  e  y her
personal physician, Dr. Martinez, for an evaluation of this pro  le .

Physical examination reveals a well-developed but overweight fe  al  in no
apparent distress. Examination of both elbows shows full range   f  otion.
There is some mild tenderness over the extensor musculature bil  te ally.
She does have a positive Phalen's and a positive Tinel's sign e  b th
wrists although there is no swelling over the wrists. There is   t tatic
neurologic deficit over the median nerve distribution. Her grip  st ength is
equal and symmetrical bilaterally, but I would have to say it i  w ak for a
lady of her size.

I believe this lady does have carpal tunnel syndrome. She may a  so have an
upper extremity repetitive stress injury. I would like to obtai  a  EMG and
nerve conduction study of her upper extremities to delineate th  n ture of
her problem. I would then like to re-evaluate her after this ha  b en
performed. She is already on limited duty status at work, and i  w ll
recheck her once the EMG has been performed.

John D. Sonnenberg, M.D.
Signature mechanically affixed

JDS/js

cc:  US Postal Service
     Workmen's Compensation Division
     c/o US Department of Labor
     (fax 312/596-7147)
cc:  Dr. Martinez/Advocate

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

JE       OFTUS, M.D.
JOHN       NENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL O. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.

**MIDWEST**

**Combined Orthopaedic SPECIALISTS**

| | | |
|---|---|---|
| 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4900 | 8785 S. MERRION LANE HOMETOWN, IL 60456 708/425-1150 | 5201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7767 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG-ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29365 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | 9921 | | PLASTER(ROLLS ) | A4580 | | CELESTONE CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS (ROLLS ) | A4590 | | KENELOG CC | J3301 | |
| CONSULTATIONS  DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50090 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9987 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99054 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99058 | | | | ( ) | FRACTURE CARE | ( ) | |
| PHONE | 9957 | | | | ( ) | OTHER | ( ) | |
| | | | | | ( ) | SUPPLIES | ( ) | |

DIAGNOSIS: _____ l C T S

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK: _____
( ) NOT YET ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

URGERY: ( )80 ( )92 ( )AM  DATE: _____
PERATION: _____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY NO RESTRICTIONS AS OF _____

( )BRC ( )CLR ( )EPT

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED

DATE: _____ DAY: _____ TIME: _____

ESTHESIA: _____ TESTING: _____

( _____

DOCTOR'S SIGNATURE

HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE _____

## PATIENT INFORMATION

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 05/16/02 | 9:30A | CYNTHIA BENSON | U | .00 |
| CHRG. SLIP NO. | DOCTOR | LOCATION | | TODAY'S CHARGE |
| 345343 | 109 | BEVERLY OFFICE | | |
| ACCT. NO. | RESPONSIBLE PARTY | PHONE NO. | | TODAY'S PAYMT |
| 2089178 | CYNTHIA | 773 / 375-1935 | | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| | .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE | |
| DOL | | | | |

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS: _____
COPAY _____

LIMITED DUTY (LDC 66) AND REHABILITATION (LDC 69) REASSESSMENT INITIATIVE
CENTRAL ILLINOIS PERFORMANCE CLUSTER

 UNITED STATES
POSTAL SERVICE

August 19, 2002

**HAND DELIVERED**

CYNTHIA BENSON
MATTESON
Pay Location: 102

RE:  Request for Medical Restrictions Update

Dear Ms. BENSON:

In conjunction with your modified duty assignment, the attached letter requests your treating physician to provide current medical information/restrictions.

It is requested that your treating physician provide the attached information by close of business on September 3, 2002. If you are unable to provide the requested information within this time period, you should contact your immediate supervisor to discuss the reason for seeking an extension of submission. Failure to provide the information within this 14-day period may result in termination of your modified duty assignment

Please emphasize the importance of a timely response to your physician.

Sincerely,

*Cynthia S. Kellogg*

Manager, Human Resources

Attachment

ExhibitP18.doc
Revised 7/29/02

LIMITED DUTY (LDC 68) AND REHABILITATION (LDC 69) REASSESSMENT INITIATIVE
CENTRAL ILLINOIS PERFORMANCE CLUSTER

**UNITED STATES POSTAL SERVICE**

August 19, 2002

RE:    CYNTHIA BENSON
       Claim #: 102007312
       DOI: 8/1/01

Dear Doctor:

Our records indicate that you are the attending physician for Ms. BENSON, who sustained a workplace injury. Your medical reports indicate that this employee continues with work restrictions because of this injury. This is a request for clarifying information.

Please respond to the following questions:

1. What is the work related diagnosis? _yes B Carpal/ tunnel syndrome_

2. Have all residuals of this injury resolved? Yes____ No ✓

3. If no, what is the expected recovery date? _pending_

4. If work restrictions are required for the work related condition, please describe the restrictions in detail (weight limits, intermittent/continuous, number of hours, etc.):

   _limit repetitive motion to 4 hrs/d_
   _limit 10 lbs._

5. Are these work related restrictions permanent? Yes ✓ No____

6. If yes, when did patient reach Maximum Medical Improvement? _pending_

Printed name/title of individual completing this information: _Maria G. Martirez, MD_

Signature: _MM_

Date: _8/28/02_

We would ask that you reply to the above questions within 14 days. Please be kind enough to return your response in the enclosed self-addressed envelope. You may submit your fee for this report on a standard Form HCFA/OWCP to this office for payment.

Sincerely,

*Lillian R. Weiss*

Senior Area Medical Director

Exhibit#15.doc
Revised 7/25/02

Patient Name:  Cynthia Benson   Account Number: 56631
Patient Birthdate:  09/30/54

2

Advocate Medical Record Number:
Primary Doctor:

## AUGUST 28, 2002

I reviewed her EMG, and it is only equivocal for carpal tunnel ... syndrome.
There's no serious electrophysiological evidence for median ne... opathy
unfortunately. Nevertheless, clinically, she seems as if she h... carpal
tunnel syndrome. I had a long discussion with her about treatm... t options.
My next recommendation at this point would be to give her a di... er intial
injection into her right carpal tunnel to see if it relieves t... s mptoms.
If it relieves the symptoms, and then the symptoms return, tha... wo ld be
strong evidence for carpal tunnel syndrome that would resolve ... th surgical
intervention. However, she does not want to have an injection ... t iis time,
but wants to continue working and try to strengthen up her wri... . . have no
objection with that. She's going to continue strengthening her ... ri t and
recheck with us in about a month, and we'll see if this has be... b neficial
to her.

John D. Sonnenberg, M.D.
Signature mechanically affixed

JDS/js
cc: above


## SEPTEMBER 25, 2002

She finds that she's getting more symptoms while at work. She ... es
repetitive tasks with her right hand at work touching a comput... s reen
which is up and a little bit behind her. She's finding that th... sy ptoms
are a little more prominent in the morning when she gets up, n... al
numbness and tingling, and also occur while doing the repetiti... a tivities
at work. We had a long talk about treatment options at this po... t. I think
it would be important for her not to do the highly repetitive ... ti ities
for a while and to break up her day with different tasks rathe... th n one
specific task the entire day. This would probably go a long wa... to reducing
her carpal tunnel symptoms from the repetitive activities at w... t. I have
written her a recommendation to avoid highly repetitive activi... ss starting
tomorrow, 9/26/02. If she continues to have these work-related
difficulties, we have agreed to give her an injection into her ... ar al canal
to see if we can reduce the inflammation. I will recheck her i... on .
additional month.

John D. Sonnenberg, M.D.
Signature mechanically affixed

JDS/js
cc: US Postal Service
    Workman's Compensation Division
    US Department of Labor
    fax: 312/596-7147


MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

773 298-0284

**MIDLAND**

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL O. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.

A Member of Combined
**Orthopaedic** SPECIALISTS

☐ 3850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 5735 S. MERRION LANE
HOMETOWN, IL 60456
708/422-1150

☐ 6201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7767

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL__ | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL ✓ | 9921 ✓ | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | | |
| COMPLICATING | (9921__)-24 | | PLASTER(#ROLLS__) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS__) | A4590 | | KENELOG ___CC | J8901 | |
| CONSULTATIONS DR.__ | | | UNNA BOOT | 29580 | | | | |
| LEVEL__ | 9924 | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| | | | ELASTICS | 50280 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | | | | EX FIX REMOVAL | 20680 | |
| LEVEL__ | 9927 | | REMOVAL CAST | 29705 | | | | |
| IME__ | 99456 | | WINDOW CAST | 29730 | | X-RAY CONSULTATION | 76140 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | SPECIAL REPORTS | 99080 | |
| WITH PATIENT | 99354 | | | | | EDUCATIONAL | 99071 | |
| W/O PATIENT | 99358 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| PHONE | 9937 | | | ( ) | | | | |
| | | | | ( ) | | FRACTURE CARE | ( ) | |
| | | | | ( ) | | | | |
| | | | | ( ) | | OTHER | ( ) | |
| | | | | | | SUPPLIES | ( ) | |

DIAGNOSIS: ( 9540 ) CARPAL TUNNEL SYNDROME
( R. ) _____

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET: ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF 9-26-02
RESTRICTIONS: _____

SURGERY: ( )SD ( )IS ( )IAM  DATE! _____
OPERATION: _____

P.O.C.-LEVEL _____  MMI AS OF _____
( ) REGULAR DUTY/ NO RESTRICTIONS AS OF _____

ANESTHESIA: _____  TESTING: _____

NEXT APPOINTMENT:
DATE: 10/30/02  DAY: Wednesday  TIME: 8:30
D___ W___ M___  AS NEEDED

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____  DATE 9/25/02

PATIENT INFORMATION

**A C C O U N T   I N F O R M A T I O N**

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 09/25/02 | 8:30 | CYNTHIA HENSON | F | 287.00 |
| CHRG. SLIP NO. | DOCTOR | LOCATION | | TODAY'S CHARGES |
| 366750 | JDS | BEVERLY OFFICE | | |
| ACCT.NO. | RESPONSIBLE PARTY | PHONE NO. | | TODAY'S PAYMENT |
| 36631 | CYNTHIA | 773 / 375-1933 | | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT |
| | .00 | .00 | .00 | .00 |
| INSURANCE COMPANY | POLICY NUMBER | | | BALANCE DUE |
| DOI. | 316545758 | | | BALANCE TYPE |
| FROM DATE: | | THRU DATE: | | W |
| COPAY $ | | | DIAGNOSIS: | |

@004/028

Patient Name:  Cynthia Benson    Account Number:  56631
Patient Birthdate:  09/30/64

3

Advocate Medical Record Number:
Primary Doctor:

## OCTOBER 30, 2002

Ms. Benson is making some improvement with her carpal tunnel sy drome of
her right hand. She has less symptoms of numbness, less pain i th hand,
and her Phelan's sign and Tinel's sign are negative today. How r she has
developed lateral epicondylitis of the right elbow. She states ha she was
lifting an object while at work, and she felt a strain in the gh elbow.
She has a positive McLaughlin's sign over the right elbow. She as full
range of motion of the elbow, but does have weakness on wrist e tension.
Her point of maximum tenderness is actually directly over the ) al
epicondyle.

This lady has developed lateral epicondylitis of the right elb , robably
from some type of lifting activities at work. I would recommanc th t we
give her an injection into the lateral epicondyle of the right lb w to
hopefully reduce her pain responses and also to obtain a counte fo ce sub-
brace over the right elbow. She will continue to do light duty ork with
avoidance of repetitive activities.

When I talk with this lady over an extended period of time, it so mes
apparent to me that she has no intention of returning back to r ormal
duties at work. She has it in her mind that this had caused dif ic lty and
problems, namely carpal tunnel syndrome and has now caused some ndinitis
of her right elbow. She feels that she will need to remain on s ot fied
duty status to avoid repetitive activities.

John D. Sonnenberg, M.D.
Signature mechanically affixed

JDS/jm
cc: US Postal Service
    Workman's Compensation Division
    US Department of Labor
    fax: 312/596-7147

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.

**MIDLAND**
ORTHOPAEDIC
Associates

A Member of Combined
**Orthopaedic**
SPECIALISTS

| | | |
|---|---|---|
| ☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4800 | ☐ 8705 S. MERRION LANE HOMETOWN, IL 60456 708/422-1150 | ☐ 6201 S. WILLOW SPRINGS RD. #240 LA GRANGE, IL 60525 708/482-7787 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER-POINT-R/L | 20550 | |
| COMPLICATING | (9921) -24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___ CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___ CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50260 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | | ( ) | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | | | ( ) | | ( ) | |
| | | | | | ( ) | OTHER | ( ) | |
| | | | | | ( ) | SUPPLIES | ( ) | |

DIAGNOSIS:

SURGERY: ( )SD ( )23 ( )AM   DATE:
OPERATION:

( )BRC ( )CLR ( )EPT

ANESTHESIA: _____ TESTING:

DOCTOR'S SIGNATURE

DATE OF INJURY _____ FIRST CONSULT:
RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN
( ) LIGHT DUTY ONLY AS OF
RESTRICTIONS:

PDC-LEVEL _____ MMI AS OF
( ) REGULAR DUTY; NO RESTRICTIONS AS OF

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME:

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____   DATE _____

## PATIENT INFORMATION

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| CHRG. SLIP NO. | DOCTOR | LOCATION | | TODAY'S CHARGES |
| ACCT.NO. | RESPONSIBLE PARTY | PHONE NO. | | TODAY'S PAYMENT |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| INSURANCE COMPANY | POLICY NUMBER | BALANCE TYPE | | |

06/22/2007 11:08 FAX

@005/028

Patient Name: Cynthia Benson    Account Number: 56631
Patient Birthdate: 09/30/64

4

Advocate Medical Record Number:
Primary Doctor:

## DECEMBER 18, 2002

She has been having some achiness in her hands for the last 2 week). She has been working at least 4 hour days and has been doing repet iv activities. She complains that the achiness and numbness are ar her entire hands, especially at night.

Examination: Reveals medial epicondylitis bilaterally with ten rn ss over the medial epicondyles and pain with power gripping. She does ot have any tenderness over the ulnar nerves. She has a negative Tinel's gn at the wrist and a negative Phalan's test. I really cannot find any ur logical deficit in this lady.

I believe she probably has a repetitive stress disorder of bot of her hands due to the increased mail activity over the holiday seas . I have recommended to her that she use a wrist brace at night to see t is will calm down her symptoms. I have also recommended to her that s t ke some Naprosyn for the next 2 weeks to see if its anti-inflammatory fe t would be of benefit. She will re-check with us in about a month and e ill see how effective this is.

John D. Sonnenberg, M.D.
Signature mechanically affixed

JDS/da


## FEBRUARY 25, 2003

She has been a patient of Dr. Sonnenberg for almost a year with re urring symptoms of carpal tunnel syndrome and epicondylitis: sometime me ial, sometimes lateral, mostly related to repetitive use at the post of ice (especially the lateral epicondylitis while wearing her wrist li its for carpal tunnel syndrome, she's still trying to force her wrist ). In the cases of when she's using her wrists, she should not wear the is . splints. I'm going to give her a tennis elbow band to wear whi hould help more appropriately. When she's resting, she can wear it s e can consciously relax the muscles. Her EMG's in the past have not ho n anything. The last EMG was done in 06/2002. Her symptoms are ti l very consistent with carpal tunnel syndrome. By now, something shou d how up. I'm going to repeat the EMG/NCV and see her back as soon as th 's complete.

Jay M. Brooker, M.D.
Signature mechanically affixed

JMB/da


MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

**GERALD F. LOFTUS, M.D.**
**JOHN D. SONNENBERG, M.D.**
**D. DIRK NELSON, M.D.**
**MICHAEL G. MADAY, M.D.**
**STEPHEN V. PERNS, D.PM.**
**MICHAEL C. MORAN, M.D.**
**WILLIAM A. HELLER, M.D.**
**JAY M. BROOKER, M.D.**
**MICHELLE A. JAWORSKI, M.D.**

**MIDLAND**

ORTHOPEDIC
ASSOCIATES

A Member of **Combined**
**Orthopaedic** SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4900

☐ 5736 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1150

☐ 3901 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7757

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL___ | 9820 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 20075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| | | | SHORT LEG | 25425 | | TRIGGER POINT-R/L | 20550 | |
| LEVEL: ✓ | 99215 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___CC | J0704 | |
| COMPLICATING | (9921___)-24 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___CC | J0401 | |
| SURGICAL FOLLOW-UP | 99024 | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| CONSULTATIONS DR. | | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| LEVEL___ | 9924 | | ELASTICS | 90980 | | EX FIX REMOVAL | 20680 | |
| SECOND OPINION (IME) | | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| LEVEL___ | 9927 | | WINDOW CAST | 29790 | | SPECIAL REPORTS | 99080 | |
| IME | 99456 | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| CASE MANAGEMENT | | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| WITH PATIENT | 99354 | | ___ ( ) | | | FRACTURE CARE ( | | |
| W/O PATIENT | 99358 | | ___ ( ) | | | OTHER ( | | |
| PHONE | 9937 | | ___ ( ) | | | SUPPLIES ( | | |

DIAGNOSIS: ( )

_____

_____

SURGERY: ( )SO ( )23 ( )AM  DATE: _____

OPERATION: _____

_____

_____

( )SPC ( )OLR ( )EPT

ANESTHESIA: _____ TESTING: _____

X _____
**DOCTOR'S SIGNATURE**

DATE OF INJURY: _____ FIRST CONSULT _____

RETURN TO WORK: _____

( ) NOT YET; ESTIMATED RETURN _____

( ) LIGHT DUTY ONLY AS OF _____

RESTRICTIONS: _____

_____

_____

PDC-LEVEL _____ MMI AS OF _____

( ) REGULAR DUTY: NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED

DATE: _____ DAY: _____ TIME: _____

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____  DATE _____

# A C C O U N T   I N F O R M A T I O N

**PATIENT INFORMATION**

| DATE | TIME | PATIENT | SEX: M  F | PRIOR BALANCE |
|---|---|---|---|---|
| | | | | |
| CHRG. SLIP NO. | DOCTOR | LOCATION | | TODAY'S CHARGES |
| | | | | |
| ACCT.NO. | RESPONSIBLE PARTY | PHONE NO. | | TODAY'S PAYMENT |
| | | | | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| | | | | |
| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE | |
| | | | | |

FROM DR. _____    THRU DATE: _____    OTHER _____

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND**

Orthopedic Associates

A Member of Combined **Orthopaedic** SPECIALISTS

| | | |
|---|---|---|
| ☐ 3850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/545-4500 | ☐ 8785 S. MERRION LANE HOMETOWN, IL 60456 708/422-1150 | ☐ 5501 S. WILLOW SPRINGS RD., 6640 LA GRANGE, IL 60525 708/482-7767 | ☐ 9831 S. WESTERN AVE CHICAGO, IL 60643 773/239-3485 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL___ | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL___ | 9921 | | SHORT LEG | 29405 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921__)-24 | | PLASTER(ROLLS___) | A4580 | | CELESTONE ___ CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(ROLLS___) | A4590 | | KENELOG ___ CC | J8201 | |
| CONSULTATIONS  DR.___ | | | | | | | | |
| LEVEL___ | 9924 | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| | | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50690 | | EX FIX REMOVAL | 20680 | |
| LEVEL___ | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99455 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | MINOR SURGERY | | | FRACTURE CARE | ( ) | |
| PHONE | 9927 | | | ( ) | | | | |
| | | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( ) _____
_____
_____

SURGERY: ( )SD ( )SS ( )AM  DATE: _____
OPERATION: _____
_____
_____
_____

ANESTHESIA: _____  TESTING: _____

X _____
         DOCTOR'S SIGNATURE

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
      RESTRICTIONS: _____
_____
_____
_____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED:
DATE: _____ DAY: _____ TIME: _____

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____  DATE _____

PATIENT INFORMATION

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX: M  F | PRIOR BALANCE |
|---|---|---|---|---|
| | | | | |
| CHRG. SLIP NO. | DOCTOR | LOCATION | | TODAY'S CHARGES |
| ACCT. NO. | RESPONSIBLE PARTY | PHONE NO. | | TODAY'S PAYMENT |
| RECAP: | OVER 60 | OVER 90 | OVER 30 | CURRENT | BALANCE DUE |
| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE | |

File Number: 102007312
6059-O-

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300
LONDON KY 40742-8300
Phone: (312) 596-7157

April 29, 2003

Date of Injury: 08/01/2001
Employee:    Cynthia Benson

CYNTHIA DIANE BENSON
7337 S SHORE DR
CHGO, IL 60649

Reference: Our telephone conversation 4/29/03

Dear Ms. Benson:

I am writing to inform you and any addressee shown at the bottom of this letter that the following surgical procedure(s) or diagnostic test(s) are authorized at the expense of this office:

EMG/NCV per Dr. Jay Brooker's request, dated 2/25/03

If a physician or medical facility is not shown on this letter and requires authorization from us to proceed with services directly related to the authorized procedure (such as x-rays or lab tests), a copy of this letter may be given to them as proof of coverage.

Physicians and other non-hospital medical providers should bill us directly at the above address using form HCFA-1500.  Hospitals must use form UB-82 or UB-92.  Bills should reflect the correct case number as shown above to avoid delay in processing.

Sincerely,

Jack Witham
Claims Examiner

US POSTAL SERVICE
CHICAGO - SOUTH SUBURBAN MSC
INJURY COMPENSATION UNIT
6801 WEST 73RD STREET
BEDFORD PARK, IL 60499

Fax copy to 773-375-7006

File Number: 102007312
MEDDEV-O-TR

Thank you for your assistance. Your full reply within 30 days would be very much appreciated. If you have any questions regarding this request, please contact me.

Sincerely,

Marie Oliver
Claims Examiner

Enclosures: OWCP-5c

CYNTHIA DIANE BENSON
7357 S SHORE DR
CHGO, IL 60649

US POSTAL SERVICE
CHICAGO - SOUTH SUBURBAN MSC
INJURY COMPENSATION UNIT
6801 WEST 73RD STREET
BEDFORD PARK, IL 60499

05/22/2007 11:09 FAX                                                    ☎ 008/028

Patient Name:  Cynthia Benson    Account Number:  56631
Patient Birthdate:  09/30/64                                              5

Advocate Medical Record Number:
Primary Doctor:

MAY 12, 2003

She's here in follow up for her hands.  She's doing a lot batt  r ow that
her duty has been modified, allowing her to not do repetitive    ot:ons of
her hands.  She's going to repeat the EMG on this Thursday.  I   il see her
back in 6 days.  It is a positive sign to see that she is doin
significantly better, but we need to follow up with the remain   r of the
treatment and see if there's anything else that can be helpful   o her.
Perhaps she may require some occupational therapy to allow her   o handle
the repetitive motions again once we know one way or another w  t's going
on the EMG.

Jay M. Brooker, M.D.
Signature mechanically affixed

JMB/da


MAY 21, 2003

She's here in follow up for her hand.  An EMG this time does r   se. that
she has mild carpal tunnel syndrome.  Over time, it has progres  ed to the
point where it is noticeable.  In order to make her hand in bet  r shape to
be able to handle repetitive motions, the only thing that I cou  d offer her
would be to have her undergo some occupational therapy to impr   e the
balance and strength in her forearm muscles so that she is not   av ring
flexion versus extension of the wrist and performs her duties i  a more
balanced fashion so that she does not get inflamed in either di  ec ion.  If
this occurs, then she should be able to handle the repetitive m  vements as
long as she keeps up her strength and endurance.  If it continu  s .o be
aggravated, we can always address the carpal tunnel syndrome su  gi'ally if
we have to and then rehabilitate her afterwards.  She should do  is that
way as well.

Jay M. Brooker, M.D.
Signature mechanically affixed

JMB/da


MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

ALD F. LOFTUS, M.D.
HN D. SONNENBERG, M.D.
DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PRINS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

MIDLAND

A Member of... Combined
Orthopaedic
SPECIALISTS

| | | | |
|---|---|---|---|
| ☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4800 | ☐ 6730 S. MERRION LANE HOMETOWN, IL 60456 708/425-1150 | ☐ 5201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7757 | ☐ 1831 S. WESTERN AVE. CHICAGO, IL 60640 773/838-8496 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 9905X | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| OFFICE VISIT (Established) | | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| LEVEL | 9921 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___.CC | J0704 | |
| COMPLICATING | (9921___)-24 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___.CC | J3301 | |
| SURGICAL FOLLOW-UP | 9902X | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| CONSULTATIONS DR. | | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| LEVEL | 9924 | | ELASTICS | 50250 | | EX FIX REMOVAL | 20680 | |
| SECOND OPINION (IME) | | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| LEVEL | 9927 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| IME | 99455 | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| CASE MANAGEMENT | | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| WITH PATIENT | 9934 | | | | ( ) | FRACTURE CARE | ( ) | |
| W/O PATIENT | 9935X | | | | ( ) | | ( ) | |
| PHONE | 9937- | | | | ( ) | OTHER | ( ) | |
| | | | | | ( ) | SUPPLIES | ( ) | |

72651 MEDTAX PHYCONDYL.INTS

DIAGNOSIS: ( )

DATE OF INJURY_____ FIRST CONSULT_____

RETURN TO WORK: _____
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )SD ( )23 ( )AM  DATE: _____
OPERATION: _____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY: NO RESTRICTIONS AS OF _____

( )SRC ( )CLR ( )SPT

ANESTHESIA: _____  TESTING: _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____  DAY: _____  TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____  DATE 7/1/03

## ACCOUNT INFORMATION

PATIENT INFORMATION

1/8/07 1:30pm
8/10/03 - 1:30p.m.
9/15/03  1:30pr
TXT Appt.

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 07/01/03 | 2:00P | CYNTHIA   BENSON | F | .00 |
| CHRG. SLIP NO. 424344 | DOCTOR HAND THERAPY JMB | | LOCATION HOMETOWN OFFICE | TODAY'S CHARGES |
| ACCT. NO. 56631 | RESPONSIBLE PARTY CYNTHIA | | PHONE NO. 773 / 375-1933 | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00   CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318565738/ / | | BALANCE TYPE W | |
| | | THRU DATE: | DIAGNOSIS: | |

**GERALD F. LOFTUS, M.D.**
**JOHN D. SONNENBERG, M.D.**
**D. DIRK NELSON, M.D.**
**MICHAEL G. MADAY, M.D.**
**STEPHEN V. PERNS, D.P.M.**
**MICHAEL O. MORAN, M.D.**
**WILLIAM A. HELLER, M.D.**
**JAY M. BROOKER, M.D.**
**MICHELLE A. JAWORSKI, M.D.**

MIDLAND
ORTHOPEDIC
ASSOCIATES

A Member of... Combined
Orthopaedic SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 5758 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1150

☐ 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7767

☐ 9831 S. WESTERN AVE.
CHICAGO, IL 60643
773/328-8435

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL___ | 9920_ | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99053 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29365 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL___ | 9921_ | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921_)-24 | | PLASTER(ROLLS___) | A4580 | | CELESTONE ___cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(ROLLS___) | A4590 | | KENELOG ___cc | J3301 | |
| CONSULTATIONS DR.___ | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL___ | 9924_ | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50090 | | EX FIX REMOVAL | 20680 | |
| LEVEL___ | 9927_ | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 90456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 9935_ | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937_ | | | ( ) | | | | |
| | | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( )

DATE OF INJURY _____ FIRST CONSULT_____

RETURN TO WORK: _____

( ) NOT YET; ESTIMATED RETURN _____

SURGERY: ( )SD ( )23 ( )AM   DATE:_____
OPERATION:_____

( ) LIGHT DUTY ONLY AS OF _____
    RESTRICTIONS: _____

PDC-LEVEL: _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

( )BRC ( )CLR ( )EPT

ANESTHESIA:_____   TESTING:_____

NEXT APPOINTMENT: ___ D ___ W ___ M  AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X_____  DATE_____

**PATIENT INFORMATION**

**A C C O U N T   I N F O R M A T I O N**

| DATE | TIME | PATIENT | SEX: M  F | PRIOR BALANCE |
|---|---|---|---|---|
| 07/03/03 | 1:30P | CYNTHIA BENSON | F | .00 |
| CHRG. SLIP NO. | DOCTOR | LOCATION | | TODAY'S CHARGES |
| 424763 | HAND THERAPY JMB | HOMETOWN OFFICE | | |
| ACCT. NO. | RESPONSIBLE PARTY | PHONE NO. | | TODAY'S PAYMENT |
| 56631 | CYNTHIA | 773 / 375-1933 | | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE | |
| DOL | 318545758/ | | W | |
| FROM DATE | THRU DATE | | N | |

GERALD R LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND**

A Member of a **Combined Orthopaedic** Associates

☐ 2350 S. WABASH SUITE 100  CHICAGO, IL 60616  312/949-4850

☐ 8795 S. MENARD LANE  HOMETOWN, IL 90455  708/425-1150

☐ 5201 S. WILLOW SPRINGS RD., #340  LA GRANGE, IL 90525  708/482-7787

☐ 6351 S. WESTERN AVE.  CHICAGO, IL 90642  773/239-4195

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29055 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921___)-24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___cc | J3301 | |
| CONSULTATIONS  DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL, CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99364 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | ___ | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | ___ | ( ) | | | | |
| _72631  MEDIAL  EPICONDYLITIS_ | | | ___ | ( ) | | OTHER | ( ) | |
| | | | | | | SUPPLIES | ( ) | |

DIAGNOSIS: ( ___ )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )BD ( )90 ( )AM   DATE: _____
OPERATION: _____

( )BNC ( )OLR ( )EPT

PROSTHESIA: _____   TESTING: _____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_Cynthia D Benson_   DATE _7/8/03_

PATIENT INFORMATION

# ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 07/08/03 | 1:30P | CYNTHIA  BENSON | F | 161.00 |
| CHRG. SLIP NO.  425360 | DOCTOR  HAND THERAPY  JMB | | LOCATION  HOMETOWN OFFICE | TODAY'S CHARGES |
| ACCT.NO.  56631 | RESPONSIBLE PARTY  CYNTHIA | | PHONE NO.  375-1933 | TODAY'S PAYMENT |
| RECAP:  .00 | OVER 90  .00 | OVER 60  .00 | OVER 30  CURRENT  .00 | BALANCE DUE |
| INSURANCE COMPANY  DOL | POLICY NUMBER  318-5758/ | | BALANCE TYPE | |

FROM DATE: _____   THRU DATE: _____

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND**

**Orthopedics**

*A Member of* **Combined Orthopaedic** SPECIALISTS

| ☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/949-4800 | ☐ 5758 S. MERRION LANE HOMETOWN, IL 60456 708/425-1180 | ☐ 5201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7767 | ☐ 3931 S. WESTERN AVE. CHICAGO, IL 60643 773/398-6196 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921__)-24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 80260 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | _____ | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | _____ | ( ) | | | | |
| | | | _____ | ( ) | | OTHER | ( ) | |
| | | | _____ | ( ) | | SUPPLIES | ( ) | |

72031 MEDIAL EPICONDYLITIS

DIAGNOSIS: ( )

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK: _____
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

URGERY: ( )SD ( )SS ( )AM DATE: _____
OPERATION: _____

( )BRO ( )CLR ( )LFT

ANESTHESIA: _____ TESTING: _____

PDC LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY: NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: ____ D ____ W ____ M ____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE 7/10/03

PATIENT INFORMATION

# A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 07/10/03 | 1:30P | CYNTHIA BENSON | F | 386.00 |
| CHRG. SLIP NO. | DOCTOR | LOCATION | | TODAY'S CHARGES |
| 423957 | HAND THERAPY JMB | HOMETOWN OFFICE | | |
| ACCT.NO. | RESPONSIBLE PARTY | PHONE NO. | | TODAY'S PAYMENT |
| 56631 | CYNTHIA | 773 / 375-1933 | | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | | |
| INSURANCE COMPANY | | POLICY NUMBER | | BALANCE TYPE |
| DOL | | 318345756/ | | W P |
| FROM DATE: | | THRU DATE: | | DIAGNOSIS: |

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND ORTHOPAEDIC**

**Combined Orthopaedic SPECIALISTS**

☐ 3860 S. WABASH SUITE 100  CHICAGO, IL 60616  312/842-4650

☐ 3736 S. MERIDIAN LANE  HOMETOWN, IL 60456  708/636-1150

☐ 5901 S. WILLOW SPRINGS RD., #340  LA GRANGE, IL 60525  708/486-7767

☐ 9831 S. WESTERN AVE.  CHICAGO, IL 60643  773/238-8105

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 9905B | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29365 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 )-24 | | PLASTER(4ROLLS___) | A4580 | | CELESTONE ___ CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(4ROLLS___) | A4590 | | KENELOG ___ CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (1ME) | | | ELASTICS | 50290 | | EX FIX REMOVAL | 20690 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 28770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99364 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 997 | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

72082 MEDIAL EPICONDITITIS

DIAGNOSIS: (         )

SURGERY: ( )SD ( )RS ( )AM  DATE:

...ERATION:

...THESIA:               TESTING:

(   )BRO  (   )XLR  (   )RPT

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET: ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
   RESTRICTIONS: _____

FOC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY: NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE 7/15/03

PATIENT INFORMATION          **A C C O U N T   I N F O R M A T I O N**

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 07/15/03 | 1:30P | CYNTHIA BENSON | F | 711.00 |
| ONRG. SLIP NO. 426826 | DOCTOR HAND THERAPY SMB | LOCATION HOMETOWN OFFICE | | TODAY'S CHARGES |
| ACCT. NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 | OVER 60 | OVER 30 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545758/ | .00 | BALANCE TYPE WP | |
| FROM DATE: | THRU DATE: | | DIAGNOSIS | |

Patient Name:  Cynthia Benson   Account Number: 56631
Patient Birthdate:  08/30/54

Advocate Medical Record Number:
Primary Doctor:

## AUGUST 5, 2003

She's here in follow up for her hand. Overall, she does have w  s  f
understanding what causes and how to avoid her symptoms. I'm g  ng to have
her think about some of tingling that she gets at night time to  se  if it
is more in the 4th and 5th digit. She does have some sensitivit   a ong the
medial part of her elbow, and it may be that she's getting a li  ti  bit of
cubital tunnel syndrome with sensitivity at the ulnar nerve in  he region
that she's pointing at in the elbow which would create numbness  an!
tingling in the 4th and 5th digit regardless of any splinting.

The best thing to help that would be to position her elbow on   pi low with
the arm straight. Her work activities, as long as she continues  with the
modifications that we've discussed, she should last a very long  tim
without any problems. Things can exacerbate for any reason, so   hould
keep a close eye on it. We'll see her back in about 3 months.

The patient would do best by having modifications to her activi  / here she
does not do repetitive activities with the right hand. This inc  ide
activities such as repetitive keyboarding, repetitive throwing,  epetitive
lifting and grasping. As long as she is afforded opportunities  ere this
is not done more than 25% of the time that she's at work, she   uld do
well. We will again check her back in about 3 months to assess  w she's
doing.

Jay M. Brooker, M.D.
Signature mechanically affixed

JMB/js


## SEPTEMBER 3, 2003

She is improved with her modifications of duty. Intermittently   e does get
numbness at nighttime. This should be controlled with splinting  s long as
she can tolerate doing so. I'll see her back in a month.

Jay M. Brooker, M.D.
Signature mechanically affixed        JMB/js

## OCTOBER 8, 2003

Here in follow up for her hand. She is okay as long as she stay  with the
modifications of duty and wears her splints, but at this point   do 't
anticipate that if she resumes her activities that it will nece  arily be
okay for her to do so. She is going to need to undergo a modifi  ti n of
her duty. I'm sure there are lateral transfers that she can do   
accommodate this, I will see her back in a few weeks to make su  that his
can be done.

Jay M. Brooker, M.D.
Signature mechanically affixed        JMB/js

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

ERALD F. LOFTUS, I .D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND**

A Member of **Combined Orthopaedic** SPECIALISTS

☐ 5550 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4800

☐ 5755 S. MERRION LANE HOMETOWN, IL 60456 708/425-1150

☐ 5201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7767

☐ 9831 S. WESTERN AVE, CHICAGO, IL 60643 773/291-5485

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99056 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29405 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921_)-24 | | PLASTER(8ROLLS___) | A4580 | | CELESTONE ____CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(8ROLLS___) | A4590 | | KENELOG ____CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | | | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| SECOND OPINION (IME) | | | ELASTICS | 50280 | | PIN REMOVAL | 20670 | |
| | | | | | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | | ( ) | | | ( ) | |
| | | | | ( ) | | OTHER SUPPLIES | ( ) | |

76091 MEDICAL EPICONDYLITIS

DIAGNOSIS: ( )

DATE OF INJURY: _____ FIRST CONSULT _____

RETURN TO WORK: _____

( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____

SURGERY: ( ) ISD ( ) 123 ( ) AM NOTE:
OPERATION:

**MIDLAND ORTHOPEDIC ASSOCIATES**
9831 So. WESTERN AVE.
CHICAGO, IL 60643

RESTRICTIONS: NO lifting over 5lbs
No repetitive grasping w/
____ are 25% of work
day

( )SRC ( )OLR ( )2PT

PDO-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ANESTHESIA: TESTING:

NEXT APPOINTMENT: ___ D ___ W _3_ M AS NEEDED
DATE: 11/5/03 DAY: _____ TIME: 12:30

DOCTOR'S SIGNATURE

HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND
I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _Cynthia D Benson_ DATE 8/5/03

PATIENT INFORMATION

## A C C O U N T   I N F O R M A T I O N

| | DATE | TIME | PATIENT | | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|---|---|
| | 08/05/03 | 8:45A | CYNTHIA BENSON | | F | $13.00 |
| | CHRG. SLIP NO. | DOCTOR | | | | TODAY'S CHARGES |
| | 429051 | JNB | | | | |
| | ACCT. NO. | RESPONSIBLE PARTY | LOCATION | | | TODAY'S PAYMENT |
| | 56631 | CYNTHIA | BEVERLY OFFICE | | | |
| | RECAP: | OVER 90 | OVER 60 | PHONE NO. 773 / 375-1933 | | BALANCE DUE |
| | .00 | .00 | OVER 30 .00 | CURRENT .00 | | |
| | INSURANCE COMPANY DOL | | POLICY NUMBER 318545758/ / | | BALANCE TYPE | |

FROM DATE: _____
COPAY: $

THRU DATE: _____

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. FERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

MIDLAND

ORTHOPEDIC
ASSOCIATES

A Member of... Combined
**Orthopaedic**
SPECIALISTS

☐ 8830 S. WABASH SUITE 160
CHICAGO, IL 60619
312/842-4600

☐ 8735 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1150

☐ 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7767

☐ 8831 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-6405

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29855 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921...)-24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENALOG ___CC | J5501 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | | | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| | | | ELASTICS | 80880 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (NEW) | | | | | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | | | |
| IME | 99455 | | WINDOW CAST | 29730 | | X-RAY CONSULTATION | 76140 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | SPECIAL REPORTS | 99080 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | EDUCATIONAL | 99071 | |
| W/O PATIENT | 99358 | | | | | MEDICAL TESTIMONY | 99075 | |
| PHONE | 9947 | | | ( ) | | | | |

72631 MEDIAL EPICONDYLITIS

DIAGNOSIS: ( )

FRACTURE CARE  ( )
OTHER  ( )
SUPPLIES  ( )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET, ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( ) IPD ( ) IP ( ) AM DATE:
OPERATION:

PDO-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ANESTHESIA:
( )  TESTING: _____ ( )BRC ( )CLR ( )EPT

NEXT APPOINTMENT _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE 9/3/03

PATIENT INFORMATION

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 09/03/03 | 1:15P | CYNTHIA BENSON | F | 77.00 |

CHRG. SLIP NO. 435774 JMB
DOCTOR
LOCATION BEVERLY OFFICE
TODAY'S CHARGES

ACCT. NO. 56631
RESPONSIBLE PARTY CYNTHIA
PHONE NO. 773 / 375-1933
TODAY'S PAYMENT

RECAP .00 | OVER 30 .00 | OVER 60 .00 | OVER 90 .00 | CURRENT .00 | BALANCE DUE

INSURANCE COMPANY DOL
POLICY NUMBER 318545758/
BALANCE TYPE

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS: _____
COPAY $

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND**    10/8/03

A Member of... **Combined Orthopaedic** SPECIALISTS

ORTHOPEDIC ASSOCIATES

☐ 2550 S. WABASH SUITE 100
CHICAGO, IL 90616
312/842-4600

☐ 8706 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1160

☐ 8301 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7767

☐ 9631 S. WESTERN AVE.
CHICAGO, IL 60643
770/296-6406

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 22355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 )-94 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4580 | | KENALOG cc | J5301 | |
| CONSULTATIONS  DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 80880 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | MINOR SURGERY | | | | | |
| PHONE | 9907 | | | ( ) | | FRACTURE CARE | ( ) | |
| 72631 MEDIAL EPICONDYLITIS | | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( ) _____

DATE OF INJURY _____    FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET. ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS:

SURGERY: ( )SD ( )29 ( )AM  DATE: _____
OPERATION: _____

PDC-LEVEL _____  MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ANESTHESIA: _____    TESTING: _____

( ) _____    ( )SRC ( )CLR ( )EPT

NEXT APPOINTMENT:    D  4  W _____  M _____  AS NEEDED
DATE: 11/10/03  DAY: _____  TIME: 75

_____ DOCTOR'S SIGNATURE

HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X Cynthia Benson    DATE 10/8/03

PATIENT INFORMATION    A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 10/08/03 | 1:30P  CYNTHIA  BENSON | | F | 298.00 |

CHRG. SLIP NO. 442118 JMB    DOCTOR    LOCATION BEVERLY OFFICE    TODAY'S CHARGES

ACCT. NO. 56631    RESPONSIBLE PARTY CYNTHIA    PHONE NO. 773 / 375-1933    TODAY'S PAYMENT

RECAP: .00    OVER 90 .00    OVER 60 .00    OVER 30    CURRENT .00    BALANCE DUE

INSURANCE COMPANY  BCBS    POLICY NUMBER 318545798/    BALANCE TYPE    DIAGNOSIS:

FROM DATE: _____    THRU DATE: _____
COPAY $ _____

Patient Name:  Cynthia Benson   Account Number: 56631
Patient Birthdate:  09/30/64

7

Advocate Medical Record Number:
Primary Doctor:

## NOVEMBER 10, 2003

She's here in follow up for her hands. She has reached maximal improvement.
I do not anticipate any further gains from here. She does well as long as
she continues with modified activity, and she can continue with this present
activities as she has been doing so. I will see her back if there are any
problems in the future.

Jay M. Brooker, M.D.
Signature mechanically affixed

JMB/js

## JANUARY 15, 2004

Cynthia Benson is here in follow-up for her lateral epicondylitis and
carpal tunnel syndrome. Her symptoms remain minimal as long as she is
allowed to limit the activities that she performs at work. In this case
she mainly has desk duty that does not involve with work for 4 hour days,
the hands which does allow the problem to remain at bay. If she does
request to any typing or any other repetitive activities, she will worsen
the problem as well as any repeated lifting or throwing.

Today her symptoms of lateral epicondylitis and carpal tunnel syndrome are
mild. It should be alleviated with splinting. When she needs the rest I
have explained to her that the epicondylitis tends to get worse when she
starts to get carpal tunnel symptoms and tends to bring the wrist more into
extension. When she has pain in the elbow, the wrist splint will actually
help to prevent excessive extension of the wrist just as it helps with
excessive flexion. She is also going to keep track of what type of
numbness she gets, whether it is the 4th and 5th digits or all the
digits or whether it is the 1st, 2nd and 3rd. There may be a component of
ulnar nerve compression that is occurring when she is sleeping that we
could treat by putting a pillow underneath the elbow at night time.

I will see her back in about 3 to 4 weeks to assess that.

Jay M. Brooker, M.D.
signature mechanically affixed

JMB/ch
cc:  Department of Labor, Dale Schultz

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.



A Member of **Combined Orthopaedic** SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4900

☐ 8758 S. MERRION LANE
HOMETOWN, IL 60456
708/426-1180

☐ 5201 S. WILLOW SPRINGS RD. #340
LA GRANGE, IL 60525
708/482-7757

☐ 9951 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-8455

| OFFICE VISIT (New) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9980 | | LONG ARM | 29085 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (Established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE ___cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4590 | | KENALOG ___cc | J3301 | |
| CONSULTATIONS  DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50800 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99499 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | MINOR SURGERY | | | FRACTURE CARE | ( ) | |
| PHONE | 9927 | | | ( ) | | | | |
| | | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( )

SURGERY: ) NO ( ) YES ) AM  DATE:
OPERATION:

( )BRC ( )CLR ( )SPT

ANESTHESIA:

TESTING:

X _____
DOCTOR'S SIGNATURE

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK:
( ) NOT YET, ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY, NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE 11/10/03

PATIENT INFORMATION

## A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX M. P. | PRIOR BALANCE |
|---|---|---|---|---|
| 1/10/03 | 1:15P | CYNTHIA BENSON | F | 375.00 |
| CHRG. SLIP NO. 444402 JMB | DOCTOR | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT.NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 .00 | OVER 60 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545758/ | | BALANCE TYPE | |

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS: _____

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

MIDLAND
ORTHOPEDIC
SPECIALISTS

Orthopaedic
SPECIALISTS

*handwritten: 2/9/04*

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 6735 E. MARRION LANE
HOMETOWN, IL 60456
708/425-1150

☐ 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7787

☐ 9921 S. WESTERN
CHICAGO, IL 60643
773/239-6495

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL___ | 9920__ | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| OFFICE VISIT (established) | | | SHORT LEG | 29405 | | TRIGGER POINT-R/L | 20550 | |
| LEVEL 3 | 9921__ | | PLASTER(#ROLLS ___) | A4580 | | CELESTONE ____ CC | J0704 | |
| COMPLICATING | (9921__ )-24 | | FIBERGLASS(#ROLLS ___) | A4590 | | KENELOG ____ CC | J3301 | |
| SURGICAL FOLLOW-UP | 99024 | | | | | | | |
| | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| CONSULTATIONS: DR. | | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| LEVEL___ | 9924__ | | ELASTICS | 50280 | | EX FIX REMOVAL | 20680 | |
| SECOND OPINION (YMS) | | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| LEVEL___ | 9927__ | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| IME__ | 99456 | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| CASE MANAGEMENT | | | | | | MEDICAL TESTIMONY | 99075 | |
| WITH PATIENT | 98354 | | MINOR SURGERY | | | | | |
| W/O PATIENT | 98356 | | _____ ( ) | | | FRACTURE CARE | ( ) | |
| PHONE | 9937__ | | _____ ( ) | | | | | |
| | | | _____ ( ) | | | OTHER | ( ) | |
| *354.0* CARPAL TUNNEL SYNDROME | | | _____ ( ) | | | SUPPLIES | ( ) | |

DIAGNOSIS: ( )

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK: _____
( ) NOT YET, ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )2D ( )1B ( )AM DATE: _____
OPERATION: _____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY: NO RESTRICTIONS AS OF _____

ANESTHESIA: _____ TESTING: _____

X _____
DOCTOR'S SIGNATURE

NEXT APPOINTMENT: _____ W ___ M ___ AS NEEDED
DATE: 2-17-04 DAY: Thurs TIME: 8:15 am/pm

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE _____

## PATIENT INFORMATION                    A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/15/04 | 10:45A | CYNTHIA BENSON | F | 54.00 |
| CHRG. SLIP NO. 461132 JNB | DOCTOR JNB | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 319545758/ | | BALANCE TYPE | |

FROM DATE: _____
COPAY $ _____
THRU DATE: _____
DIAGNOSIS: _____

File Number: 102007312
MEDDEV-O-TR

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300
LONDON KY 40742-8300
Phone: (312) 596-7157

February 4, 2004

Date of Injury: 08/01/2001
Employee:     Cynthia Benson

Midland Orthopedic Associates
Attn: Dr. Jay Brooker
9831 S. Western Avenue
Chicago, IL 60643

Dear Sir/Madam:

I am writing about the claim for benefits under the Federal Employees' Compensation Act
(FECA) filed by your patient for a work-related injury or illness. We have accepted the claim for
bilateral carpal tunnel syndrome. Our records show that you have treated or examined this
patient for the accepted condition(s).

A further issue of entitlement has arisen. We have been notified that the claimant is engaged in
an outside business that requires her to be on her feet and use her hands carrying objects that
may be heavier than indicated in her restrictions given by you, but has been limited on the
amount of hours she can work in her Federal employment. In order to resolve it, we now need
your findings and medical opinion.

Please provide a detailed narrative medical report in which you fully respond to all of the
questions below and provide medical reasons for all opinions you state.

A description of the current objective findings and diagnoses, including the appropriate ICD-9
diagnosis codes.

An opinion, with medical reasons for the opinion, regarding causal relationship of the claimant's
condition to the accepted work injury or disease.

A description of the current treatment plan.

The claimant's employer can readily accommodate medical restrictions up to 8 hours
including assignments of the injured worker into an alternative work location.

Please complete the form OWCP-5c form indicating what limitations does the claimant have
based on an 8 hour workday. If the claimant can not work 8 hours please provide medical
rationale that is objective as to why the claimant is not able to work 8 hours.

Your fee for a report which fully answers the questions will be paid by this Office. The standard
AMA approved billing form, HCFA-1500, should be used for this purpose. Please attach it to
your original report and submit both directly to us.

File Number: 102007312
MEDDEV-O-TR

hank you for your assistance.  Your full reply within 30 days would be very much appreciated.
. you have any questions regarding this request, please contact me.

Sincerely,

Marie Oliver

Marie Oliver
Claims Examiner

Enclosures: OWCP-5c

CYNTHIA DIANE BENSON
7337 S SHORE DR
CHGO, IL 60649

US POSTAL SERVICE
CHICAGO - SOUTH SUBURBAN MSC
INJURY COMPENSATION UNIT
6801 WEST 73RD STREET
BEDFORD PARK, IL 60499

Work Capacity Evaluation
Musculoskeletal Conditions

Employment Standards ~...
Office of Workers' Compensation Programs

| Injured Worker's Name (First, middle, last) | OWCP No. | OMB No: | 1215-0103 |
|---|---|---|---|
| Cynthia Benson | 102007312 | Expires: | 08-31-2005 |

Please answer the questions below concerning your patient (named above) for whom the Office of Workers' Compensation Programs (OWCP) has accepted the following conditions: **bilateral carpal tunnel syndrome**

1a. Is the worker capable of performing his/her usual job? ☐ Yes ☒ No. If no, please explain.

**Many employers can readily accommodate medical restrictions including assignment of the injured worker into an alternative work location.**

b. If the claimant is unable to perform his/her usual job, is the claimant able to work for 8 hours per workday with restrictions? ☒ Yes ☐ No. If no, please provide medical reasons to support your opinion. _____

c. If less that 8 hour per workday, how many can he/she work? _____

d. Do you anticipate an increase in the number of hours this person will be able to work? ☐ Yes ☐ No

e. If yes, when will this person achieve an 8 hour workday? If no, please provide medical reasons to support your opinion

f. How long will the restrictions apply? _____ Indefinite _____

g. Has maximum medical improvement been reached? ☐ Yes ☒ No.

2. Please indicate whether this person has any LIMITATION in the activity listed and how many hours this person can perform each activity. If there are limitations in lifting, pulling and/or pushing, please provide the maximum number of pounds that can be handled by this person.

| Activity | Limitation | # of Hours Able to Work | | Activity | Limitation | # of Hours Able to Work | Lbs. |
|---|---|---|---|---|---|---|---|
| Sitting | ___ Yes | 8 | | Repetitive Movements: | | | |
| Walking | ___ Yes | 8 | | Wrists | ☒ Yes | 1-2 | |
| Standing | ___ Yes | 8 | | Elbow | ☒ Yes | 1-2 | |
| Reaching | ___ Yes | 8 | | Pushing | ☒ Yes | 1 | |
| Reaching above Shoulder | ☒ Yes | 2 | | Pulling | ☒ Yes | 1 | |
| Twisting | ___ Yes | 2 | | Lifting | ☒ Yes | 1hr | 10 lbs | 10 lbs |
| Bending/Stooping | ___ Yes | 8 | | Squatting | ___ Yes | 8 | |
| Operating Motor Vehicle at work | ___ Yes | 8 | | Kneeling | ___ Yes | 8 | |
| | | | | Climbing | ___ Yes | 8 | |
| Operating a Motor Vehicle to/from work | ___ Yes | 8 | | Breaks: | | | |
| | | | | Duration | | Frequency | |
| | | | | Duration | | Frequency | |

3. Are there OTHER medical facts, situational factors, equipment or devices which need to be considered in the identification of a position for this person? If so, please explain. Patent has cleveland epicondilitis as _____

| 4. Physician's Name (Type or print) | 5. Telephone |
|---|---|
| J. Brot | 773 237 7409 |
| 6. Signature | 7. Date |
| J. Brot | 2/15/01 |

The information requested will assist OWCP in determining eligibility to benefits and is required to obtain or retain a benefit. (5 USC 8101 et seq.)

**Public Burden Statement**
We estimate that it will take an average of 15 minutes per response to complete this information collection including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of Workers' Compensation Programs, U.S. Department of Labor, Room S-3229, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

DO NOT SEND THE COMPLETED FORM TO THE OFFICE SHOWN ABOVE.

Form OWCP-5c
Rev October 2001

Patient Name: Cynthia Benson   Account Number: 56631
Patient Birthdate: 09/30/64

**FEBRUARY 12, 2004**

If you refer to the notes from 8/05/03. Essentially the patient has been developing symptoms of numbness and tingling in the 4th and 5th digits despite modifications in her activity to protect her carpal tunnel. These modifications have been implemented. She has only been working 4 hour days but initially they had modified her duty and now they still have her doing repetitive keyboarding, repetitive throwing, repetitive lifting or repetitive grasping. As long as she continues to do this her symptoms will continue to be exacerbated. The reason that she is developing epicondylitis and ulnar nerve entrapment symptoms has to do with the fact that the patient now to spare her symptoms in her wrist is modifying the way that she is using her hand to involve repetitive movements involving the elbow and resting her elbow upon the table in order to avoid excessive motion of the wrist.

Unfortunately when she does this, it does create excessive friction at the ulnar nerve and is creating a neuropathy at this point as well. If she had a continuous modification of her duty to a window job where she is not doing repetitive throwing and keyboard entry, she would be able to perform full time duty. If she is shifted to full time duty in her previous occupation, she will very quickly end up with worsening of her symptoms of the requirement of surgery. The best way to have her produce a full-time employment would be to have her modify her activities completely and permanently. This involves no repetitive throwing, no repetitive lifting, no lifting over 10 pounds and very limited data entry to about 10 to 15% of her employment time.

Please also review the time period of 12/27/03 to 1/23/04. She has never been instructed to work more than 4 hour days at this point and therefore due to the fact that her employment is greater than 4 hour days, she has never had this duty modified thus far unless you are able to make these permanent modifications and thus if she is working under my recommendations of working 1/2 day, she should not be penalized for doing so.

Jay M. Brooker, M.D.
signature mechanically affixed

JMB/ch
cc: Department of Labor, Dale Schultz

8



INJURY COMPENSATION CONTROL OFFICE
CENTRAL ILLINOIS DISTRICT
UNITED STATES
POSTAL SERVICE

**Med Update and 2499x Request**

April 15, 2004

Plant Manager/Postmaster
MATTESON 60443-9998

SUBJECT:   CYNTHIA BENSON   DISTRIBUTION CLERK
           DATE OF INJURY: 06/01/2001  OWCP #: 102007312

The above reference employee has been identified as having restrictions related to a
compensable injury. The latest medical documentation we have of record is dated 02/15/2004.
However, this medical evidence does not provide for work modifications beyond 03/15/2004.

Please provide the following information:

* Is the employee still working limited duty?
* Provide medical documentation that supports continued restrictions beyond 03/15/2004.
* If continued restrictions, complete the attached PS Form 2499x and return to ICCO.
* If employee has returned to full duty, please provide date when released?
* Provide the medical documentation that supports a release to full duty.

In order to properly document the work activities of all employees, it is critical that management
insures proper use of operation codes for productive and non-productive tasks performed
throughout the day.  Management assigning the task must ensure the employee is placed in an
assignment that promotes improving the work capacity level of the injured employee within their
medical limitation, while at the same time, the assignment should add value to the operation's
overall performance.

Please submit the above information by *C.O.B. April 25, 2004*. Should you have any questions,
please contact our office at 708-563-7478.

Dale C. Schultz
Injury Compensation Specialist

cc:    CYNTHIA BENSON
       PO BOX 802913
       CHICAGO, IL  60680-2913

INJURY COMPENSATION CONTROL OFFICE

MedUpdateand 2499xRequest.doc

 **Fiscal Agent Services**
PO Box 8300
A C S  London, KY 40742

 **U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

April 27, 2004

CYNTHIA        D BENSON
7337 S SHORE DR
CHGO                    IL   60649

CLAIMANT NAME:          CYNTHIA        D BENSON
CLAIMANT ID:            102007312    01
AUTHORIZATION NUMBER:   000000411818500

The request for authorization for 04/26/04 to 06/24/04 has been reviewed
and authorized as follows:

95861    MUSCLE TEST, TWO LIMBS                 1 UNITS, $    0.00

The service that is requested is payable for the condition accepted by OWCP.
It is your responsibility to ensure you have the correct ICD9 code from the
claimant for their accepted condition when you bill for the service.

In the event that there are any changes to the authorization (i.e., date of
service, provider or procedure), please contact our office to avoid any
delays in the processing of your bills.  If you have any questions, please
contact us at 866-335-8319.

Sincerely,
ACS Prior Authorizations Department

NEUROLOGY ASSOCIATES LTD.          NO-2000   P. 1

# NEUROLOGIC ASSOCIATES, LTD.

11024 Southwest Highway
Palos Heights, Illinois 60463
(708) 361-0222
Fax (708) 361-0400

Michael R. Balukstra, M.D.
Steven D. Weston, M.D.
Abid M. Ali, M.D.
Arthur Sico, M.D.
Hector M. Ivico, M.D.
Rahoo M. Gunalonda, D.O.

Practice Limited to Neurology

Dr. Brooker
9717 S. Western Ave.
Chicago, IL  60643

NAME: BENSON, CYNTHIA                    SEX: F
DATE OF BIRTH: 9/30/1964                 EXAMINATION DATE: May 7, 2004

PROCEDURE:       EMG

**CLINICAL HISTORY:**

39 year old female complaining of aching around the elbows.  Also has neck pain radiating towards the right shoulder.

On exam, deep tendon reflexes were 1+ and symmetrical.  Motor strength in the muscles of right upper extremity including those innervated by ulnar nerve are within normal limits.

**FINDINGS:**

Right ulnar nerve distal motor latency, motor conduction velocities and compound muscle action potentials on stimulation at the wrist below and above elbow are within normal limits.  Right ulnar nerve sensory response is unremarkable.

Needle EMG recordings of right upper extremity and related paraspinals did not reveal active denervation or abnormalities of voluntary motor unit action potentials.

**IMPRESSION:**

There is no electrophysiological evidence of right ulnar neuropathy at the wrist or elbow. There is no evidence of right cervical motor radiculopathy in the muscles tested.

Abid M. Ali, M.D.

AMA/glh

JUN-25-2004 FRI 19:30AM  TO:

@010/028

Patient Name:  Cynthia Benson   Account Number: 56631                    9
Patient Birthdate:  09/30/64

Advocate Medical Record Number:
Primary Doctor:

## MAY 11, 2004

Cynthia Benson is here in follow-up for her EMG which actually   ce: not
reveal any nerve root impingement to speak of.  Perhaps with he   repetitive
keyboarding and repetitive twisting and turning, she is develo   ng nerve
entrapment in the cervical spine region.  She does have pain t   t s
involving the base of the  neck radiating toward the shoulder   th
occasional numbness and tingling in the 4th and 5th digits that  ha: yet to
be explained.  This may involve a C-8 or T-1 radiculopathy and   il be best
defined with an MRI of the neck at this point.

I am going to send her for that to see if there is any other t  at ent that
can be helpful such as epidural injection.

We will see her back after the MRI is done.

Jay M. Brooker, M.D.
signature mechanically affixed

JMB/ch
cc:  Department of Labor, Dale Schultz

## JUNE 2, 2004

Cynthia Benson is here in follow-up for her neck.  The MRI doe  re eal that
at C5-6 that there is some protrusion of disk that is protrudir   a fecting
posterolaterally on the right and left sid.  Predominantly it i   a fecting
her right side and prior to any consideration of injections, we  ar  going
to send her for some therapy to see if that is going to be hel   al for
modalities and gentle traction and stretching and strengthenin    he
should use a headset for the telephone instead of tilting her h  ad toward
the telephone, otherwise she can continue the same restrictions

I will see her back in a few weeks to assess her progress.

She should only be working 3 to 4 days a week.  She can work 5   ou days
with restrictions involving no greater than 10 pounds of liftin , o
repetitive overhead use and no repetitive activities of any kin  w th the
right arm.

As I stated earlier, she should not be doing any repetitious tw  st ng or
turning with the neck and should avoid tilting her head to the   el phone.

I will check her back in a few weeks to assess her progress.

Jay M. Brooker, M.D.
signature mechanically affixed

JMB/ch
cc:  Department of Labor, Dale Schultz

MIDLAND ORTHOPEDIC ASSOCIATES, s.C.
Chicago, IL

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND**
ORTHOPEDIC
SPECIALISTS

**Orthopaedic** SPECIALISTS

☐ 2950 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 8733 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1180

☐ 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7787

☐ 9717 S. WESTERN AVE
CHICAGO, IL 60643
773/239-8485

| OFFICE VISIT (NEW) | CODE | FEE |
|---|---|---|
| LEVEL | 9920 | |
| EMERGENCY | 99058 | |

| OFFICE VISIT (established) | CODE | FEE |
|---|---|---|
| LEVEL | 9921 | |
| COMPLICATING | (9921)-24 | |
| SURGICAL FOLLOW-UP | 99024 | |

CONSULTATIONS DR.
LEVEL | 9934

SECOND OPINION (IME)
LEVEL | 9927
IME | 95458

CASE MANAGEMENT
WITH PATIENT | 99364
W/O PATIENT | 99356
PHONE | 9927

**3540  CARPAL TUNNEL SYNDROME**

DIAGNOSIS: (       )

| CASTING | CODE | FEE |
|---|---|---|
| LONG ARM | 29065 | |
| SHORT ARM | 29075 | |
| LONG LEG | 29355 | |
| SHORT LEG | 29425 | |
| PLASTER(#ROLLS___) | A4580 | |
| FIBERGLASS(#ROLLS___) | A4590 | |
| UNNA BOOT | 29580 | |
| FINGER SPLINT | 29130 | |
| ELASTICS | 50260 | |
| REMOVAL CAST | 29705 | |
| WINDOW CAST | 29730 | |
| WEDGE CAST | 29770 | |

MINOR SURGERY

| OTHER SERVICES | CODE | FEE |
|---|---|---|
| ASPIRATION SMALL-R/L | 20600 | |
| ASPIRATION MEDIUM-R/L | 20605 | |
| ASPIRATION LARGE-R/L | 20610 | |
| TRIGGER POINT-R/L | 20550 | |
| CELESTONE ___CC | J0704 | |
| KENLOG ___CC | J3301 | |
| DEBRIDEMENT | 11040 | |
| PIN REMOVAL | 20670 | |
| EX FIX REMOVAL | 20680 | |
| X-RAY CONSULTATION | 76140 | |
| SPECIAL REPORTS | 99080 | |
| EDUCATIONAL | 99071 | |
| MEDICAL TESTIMONY | 99075 | |
| FRACTURE CARE | ( ) | |
| OTHER | ( ) | |
| SUPPLIES | ( ) | |

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK: _____
( ) NOT YET, ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS:
_May work Sho. 7/3-4_
_day, on Prev. restriction_
_ie. No repetitive motion. No carrying_
_No lifting over 10 lbs._
_with (R) dominant arm_

PDO LEVEL _____ IMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

SURGERY: ( )SD ( )23 ( )AM  DATE: _____
OPERATION: _____

_____ ( )SRC ( )CLR ( )EPT

ANESTHESIA: _____ TESTING: _____

X _____
DOCTOR'S SIGNATURE

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____  DATE _5/11/04_

**A C C O U N T   I N F O R M A T I O N**

PATIENT INFORMATION
_Billed for CTMS_

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 05/11/04 | 9:15A | CYNTHIA BENSON | F | 79.00 |

| CHPIC. SUB NO. | DOCTOR | LOCATION | TODAY'S CHARGES |
|---|---|---|---|
| 462674 JMB | | BEVERLY OFFICE | |

| ACCT NO. | RESPONSIBLE PARTY | PHONE NO. | TODAY'S PAYMENT |
|---|---|---|---|
| 566.1 | CYNTHIA | 773 / 375-1933 | |

| RECAP | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
|---|---|---|---|---|---|
| .00 | .00 | .00 | | | |

| INSURANCE COMPANY | POLICY NUMBER | BALANCE TYPE | |
|---|---|---|---|
| | 319549759 | W P | |

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS: _____
COPAY $ _____

**M**

ORTHOPEDIC
ASSOCIATES

John D. Sonnenberg, MD
D. Dirk Nelson, MD
Michael G. Maday, MD
William A. Heller, MD
Stephen V. Ferns, DPM
Michael C. Monn, MD
Jay M. Brooker, MD
Michelle A. Jaworski, MD
Gerald P. Lafnu, MD
(emeritus)

Reconstructive Orthopedics
Fracture Management
Sports Medicine
Arthroscopy
Hand Surgery
Foot/Ankle Disorders

## FACSIMILE TRANSMITTAL SHEET

| TO: Cynthia Benson | FROM: Adrienne |
|---|---|
| COMPANY: | DATE: |
| FAX NUMBER: 708-748-4860 | TOTAL NO. OF PAGES: 8 |
| PHONE NUMBER: | RE: CMC Results |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

| 2850 S. Wabash<br>Suite 100<br>Chicago, Illinois 60616<br>(312) 842-4600<br>Fax (312) 842-8690 | 8735 S. Marion Lane<br>Homewood, Illinois 60456<br>(708) 425-1150<br>Fax (708) 425-9454 | 9831 S. Western Ave.<br>2nd Floor<br>Chicago, Illinois 60643<br>(773) 239-5494<br>Fax (773) 298-0284 | 5201 S. Willow Springs Rd.<br>Suite 340<br>LaGrange, Illinois 60525<br>(708) 482-7267<br>Fax (708) 482-7988 |
|---|---|---|---|

Visit us on the web: www.midlandortho.com • E-mail: info@midlandortho.com

### CONFIDENTIAL FACSIMILE

THIS FACSIMILE CONTAINS INDIVIDUALLY IDENTIFIABLE PATIENT HEALTH INFORMATION. THE USE AND DISCLOSURE OF INFORMATION CONTAINED IN THIS FAX IS RESTRICTED BY THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 AND IS PROTECTED UNDER THE PRIVACY ACT OF 1974. IT IS INTENDED FOR THE USE OF THE ADDRESSEE(S) IDENTIFIED ABOVE. THIS FAXED MATERIAL MUST BE DESTROYED APPROPRIATELY WHEN ITS USE IS NO LONGER REQUIRED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT(S) OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE ATTACHED INFORMATION TO THE INTENDED RECIPIENT(S). PLEASE NOTE THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. ANYONE WHO RECEIVES THIS COMMUNICATION IN ERROR SHOULD NOTIFY MIDLAND ORTHOPEDIC IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO THE ADDRESS ON THIS COVER SHEET VIA U.S. MAIL

# NEUROLOGIC ASSOCIATES, LTD.

11154 Southwest Highway
Palos Heights, Illinois 60463

(708) 361-0288
Fax (708) 361-0450

Michael R. Schwartz, M.D.
Melvin B. Weinber, M.D.
Abid M. Ali, M.D.
Arthur Brin, M.D.
Nasser M. Inlov, M.D.
Fawzia M. Companella, D.O.

Practice Limited to Neurology

Dr. Brooker
9831 S. Western Ave.
Chicago, IL 60643

NAME: BENSON, CYNTHIA                    SEX: F
DATE OF BIRTH: 9/30/1964                 EXAMINATION DATE: May 15, 2003

PROCEDURE:     EMG

CLINICAL HISTORY:
   38 year old female complaining of tingling sensation involving both hands, right more than
   the left. No significant neck pain.

   On exam, muscle strength was unremarkable and deep tendon reflexes were 1+ and
   symmetrical.

FINDINGS:
   Bilateral median nerves distal motor latencies, compound muscle action potentials and
   motor conduction velocities are within normal limits. Right median antidromic peak
   sensory latency at 13 cms. is borderline prolonged at 3.52 milliseconds (normal less than
   or equal to 3.50 milliseconds). Right median palmar peak sensory latency is also mildly
   prolonged as compared to ipsilateral ulnar palmar peak latency. Left median sensory
   responses at 13 and 8 cms. are unremarkable. Right ulnar nerve motor and sensory
   conductions are within normal limits.

   Needle EMG recordings of selected muscles of upper extremities did not reveal active
   denervation.

IMPRESSION:
   Very mild compression of right median nerve at the wrist involving sensory fibers. (Right
   carpal tunnel syndrome).

                                                    Abid M. Ali, M.D.

AMA/glh

Name **BENSON, CYNTHIA**

## NEUROLOGIC ASSOCIATES, LTD.
### 11824 SOUTHWEST HIGHWAY
### PALOS HEIGHTS, IL 50463

Physician **Dr Brovler**  5/15/03

Aut. No. _____  Date _____

**EMG**

| | MUSCLE | NERVE(S) | Spontaneous Activity | | | Voluntary Activity | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Insertion Activity | Fibrillation | Others | Amplitude | Duration | Polyphasic | Recruitment Pattern | Peak Motor Recruitment | |
| | Paraspinal Muscles | C8-T1 | | | | | | | | | |
| | Trapezius | CR-11 | | | | | | | | | |
| | Rhomboid | C5 | | | | | | | | | |
| | Supraspinatus | C5-C6 | | | | | | | | | |
| | Infraspinatus | C5-C6 | | | | | | | | | |
| | Deltoid | C5-C6 | | | | | | | | | |
| | Biceps | C5-C6 | | | | | | | | | |
| | Brachioradialis | C5-C6 | | | | | | | | | |
| | Pectoralis Major (clav) | C5-C6-C7 | | | | | | | | | |
| | Serratus Anterior | C5-C6-C7 | | | | | | | | | |
| | Pronator Teres | C5-C7 | | | | | | | | | |
| | Ext. Carpi Radialis | C6-C7 | — | — | CN | | | | | | CN |
| | Flex. Carpi Radialis | C6-C7-C8 | — | — | N | | | | | | N |
| | Latissimus Dorsi | C6-C7-C8 | | | | | | | | | |
| | Triceps (lat. head) | C6-C7-C8 | — | — | CN | | | | | | CN |
| | Flex. Carpi Ulnaris | C7-C8 | | | | | | | | | |
| | Triceps (long head) | C7-C8 | | | | | | | | | |
| | Ext. Carpi Ulnaris | C7-C8 | | | | | | | | | |
| | Pectoralis Major (stern) | C7-C8-T1 | | | | | | | | | |
| | Abd. Digiti Quinti | C8-T1 | | | | | | | | | |
| | First Di. | C8-T1 | | | | | | | | | |
| | Opponens Pollicis | C8-T1 | | | | | | | | | |

ADDITIONAL OBSERVATIONS:























**High Tech Medical Park**
11800 Southwest Highway
Palos Heights, IL  60463

Doctor 1     : CURRIE, LAVERNE
Doctor 2     :
Doctor 3     :
Consulting Dr :

| Procedure | Procedure Date / Time | Accession |
|---|---|---|
| MRI OPEN CERVICAL SPINE WO CON | 5/19/04 4:00:00 PM | MR-04-0018468 |

CPT 4 Codes
72141

Procedure  Open MRI of the cervical spine without contrast

Clinical Data:  Cervical radiculopathy

Technique:  Post-infusion  T1 weighted sagittal and axial sequences were obtained.

Findings:  There are no significant findings at  C2-C3 or C3-C4.

At C4-C5, there is demonstration of tiny focal posterocentral disc protrusion.  This effaces the ventral subarachnoid space but does not compromise the ventral cervical cord. There is no substantial canal or foraminal narrowing at the C4-C5 level.

At C5-C6 there is mild posterior disc protrusion, eccentrically more prominent posterolaterally on both the right and left sides. The posterolateral disc protrusions are accompanied by small endplate osteophytes. There is a mildly narrowed central spinal canal at this level. Also mildly narrowed are  the bilateral C5-C6 anterolateral recesses. There is no substantial bony narrowing of the C5-C6 intervertebral foramina.

Sagittal sequences demonstrate minimal left-sided posterolateral disc protrusion at C7-T1. This does not contribute to any significant degree of anterolateral recess or left-sided neural foraminal inlet narrowing.

The cervical cord is normal in appearance.

IMPRESSION:

1. Tiny posterocentral disc protrusion at C4-C5.

2. C5-C6 posterior spondylosis with no greater than mild central spinal canal stenosis.

3. Tiny left posterolateral focal disc protrusion at C7-T1 with no substantial anterolateral recess narrowing.

Send To:

| | | | |
|---|---|---|---|
| Pt Name | : BENSON, CYNTHIA | Sex | : FEMALE |
| Pt Phone | : (773) 375-1933 | Age | : 39 Years |
| Ord Dr | : CURRIE, LAVERNE | Svc | : HTMOP |
| MR # | : HTI-000457365 | Billing # | : |
| DOB | : 9/30/64 | | 20040519000457365 |

Page  1 of 2

Printed D/T: 6/25/04  10:04



| Procedure | Procedure Date / Time | Accession |
|---|---|---|
| MRI OPEN CERVICAL SPINE WO CON | 5/19/04 4:00:00 PM | MR-04-0018468 |

jsf  5/20/2004 1:53 PM

jsf

**\*\*\*\* F I N A L \*\*\*\***

Transcripted by: JSF  05/20/04 1:53

Dictated By: BUDRIS, DEBORAH M. M.D.
Approved By: DEBORAH M. BUDRIS M.D.  05/20/04 4:38

CENTRAL ILLINOIS DISTRICT
INJURY COMPENSATION CONTROL OFFICE


**UNITED STATES
POSTAL SERVICE**

June 4, 2004

Certified #7003 0500 0001 9012 2835
And Regular Mail

Cynthia D. Benson
P O Box 802913
Chicago IL  60680-2913

Dear Ms. Benson:

Please be advised that you have been scheduled for a Fitness for Duty Examination with Dr. John Fernandez, Orthopedic hand specialist, at 1725 W Harrison Suite 1042, Chicago, IL., on Tuesday, June 28, 2004 at 8:45 a.m. His telephone number is 312-243-4244 for driving directions.

The purpose of this examination is to determine your fitness to perform the duties of a Distribution/Window Clerk.  If you cannot appear for the scheduled appointment, please call Dale Schultz at (708) 563-7478 as soon as possible but at least 24 business hours in advance of your scheduled appointment, so another appointment can be made.

When reporting for the scheduled examination, you have the right to present any information to the examining physician, which is relevant to your current medical status. However, all information should be in writing and conclusive in nature. Also, on receipt of this letter telephone the physician's office to confirm the appointment and to obtain instructions related to the examination and to present any necessary test results; such as MRI, EMG/NEC, X-rays, etc. If necessary, an EMG/NCS study will be performed at Dr. Fernandez's request.

This is an official request.  Please be advised that you will be expected to cooperate and sign all medical forms required by said medical facility and as required by law. Note: If an employee refuses to submit himself or herself for examination or in any way obstructs any examination required, their right to compensation shall be suspended. Also, refusal to cooperate or to report for examination without acceptable reason is just cause of disciplinary action. Repeated refusal is grounds for separation.

Sincerely,

Dale C. Schultz
Injury Compensation Specialist

cc:  Postmaster, Matteson

8801 W. 73RD ST.
BEDFORD PARK, IL 60499-9448
TEL: 708-563-7665
FAX: 708-563-9441

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL G. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

Orthopaedic
SPECIALISTS

| 2850 S. WABASH SUITE 100 | 9755 S. MERRION LANE | 5201 S. WILLOW SPRINGS RD., #340 | 9717 S. WESTERN AVE. |
| CHICAGO, IL 60616 | HOMETOWN, IL 60456 | LA GRANGE, IL 60525 | CHICAGO, IL 60643 |
| 312/842-4800 | 708/423-1150 | 708/482-7767 | 773/239-8495 |

| OFFICE NEW | CODE | FEE | CASTS | CODE | FEE | | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921-)-24 | | PLASTER/(#ROLLS ) | A4580 | | CELESTONE ___ cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS/(#ROLLS ) | A4590 | | KENELOG ___ cc | J9301 | |
| | | | UNNA BOOT | 29580 | | | | |
| DR. | | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | ELASTICS | 50690 | | PIN REMOVAL | 20670 | |
| | | | | | | EX FIX REMOVAL | 20580 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99450 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | | | | MEDICAL TESTIMONY | 99075 | |
| WO PATIENT | 99358 | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9997 | | | ( ) | | | | |
| | | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( 354Ø　CARPAL TUNNEL SYNDROME )

_Correct_ ...

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK _____
( ) NOT YET; ESTIMATED RETURN _____
(X) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )SD ( )IPS ( )AM DATE: _____
OPERATION: _____

ANESTHESIA: _____ TESTING: _____ | )BRC ( )CLR ( )PT

X _____
DOCTOR'S SIGNATURE

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: ____ D ____ W ____ M ____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE _____

PATIENT INFORMATION

## ACCOUNT INFORMATION

| DATE | PATIENT | | PRIOR BALANCE |
|---|---|---|---|
| 05/02/04 | CYNTHIA | BENSON　F. | 75.00 |
| CHRG. SLIP NO. | DOCTOR | LOCATION | |
| 487570-JMB | | BEVERLY OFFICE | TODAY'S CHARGES |
| ACCT.NO. | RESPONSIBLE PARTY | PHONE NO. | TODAY'S PAYMENT |
| 56671 | CYNTHIA | 773 / 375-1933 | |
| RECAP: | OVER 90 | OVER 60　　OVER 30　　CURRENT | BALANCE DUE |
| | .00 | .00　　.00　　.00 | |
| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE |
| | 616545756/ | | N P |

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS: _____



John D. Sonnenberg, MD
D. Dirk Nelson, MD
Michael G. Maday, MD
William A. Heller, MD
Stephen V. Perna, DPM
Michael C. Moran, MD
Jay M. Brooker, MD
Michelle A. Jaworski, MD
Gerald F. Loftus, MD
(emiritus)

Reconstructive Orthopedics
Fracture Management
Sports Medicine
Arthroscopy
Hand Surgery
Foot/Ankle Disorders

June 17, 2004

Dear Ms. Kimble,

This letter is to update you on the condition of Cynthia D. Benson, who was diagnosed with bilateral Carpal Tunnel Syndrome. As a result from her recent MRI test, it is concluded that her Carpal Tunnel Syndrome has progressed into her neck region, creating an aggravated bulging disc.

Ms. Benson is on light duty (three day, maximum 8 hours per day work week. She is also restricted from heavy lifting (11 lbs. and over), bending, overhead reaching/pulling, pushing and repetitive motion with her hands and arms.). Furthermore, I also recommend that she use a headset for telephone use.

If you have any questions, please feel free to contact me.

Sincerely,

Jay M. Brooker, M.D.
JMB/amo

2850 S. Wabash
Suite 100
Chicago, Illinois 60616
(312) 842-4600
Fax (312) 842-8690

8755 S. Merrion Lane
Hametown, Illinois 60456
(708) 425-1150
Fax (708) 425-9454

9201 S. Willow Springs Rd.
Suite 340
LaGrange, Illinois 60525
(708) 482-7767
Fax (708) 482-7988

Visit us on the web: www.midlandortho.com • E-mail: info@midlandortho.com

MIDWEST ORTHPEDICS                                                @001/012

# Midwest Orthopaedics

1725 W. Harrison Street
Suite 1042
Chicago, IL 60612
312-243-4244

## Facsimile Cover Sheet

Date: 7/8/04

To: Benson, Cynthia

Company: Patient

Fax No: 773-375-1933

Phone No: 773-375-1933

No. of Pages Including cover sheet:

From: Aileen/ Yamile @ Dr. Fernandez' Office

Phone: 312-243-4244
Fax: 312-243-1892

Additional Comments:

Thank-You!
Please Sign & Fax Back.

Important: This fax is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby informed that any use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States postal service Thank you.

MIDWEST ORTHPEDICS

002/012

**MIDWEST ORTHOPAEDICS AT RUSH**
**AUTHORIZATION FOR RELEASE**
**OF PROTECTED HEALTH INFORMATION**

**Patient Information**

| Patient's Name: | Benson, Cynthia | Date of Birth: | 9-30-64 |
| Address: | P.O. Box 80203 | Social Security: | |
| City: | Chicago | State/Zip Code: | IL 60680 |

I authorized Midwest Orthopedics to use and disclose my protected health information (PHI) in the manner described below. I understand that this authorization is voluntary. I also understand that my PHI may be redisclosed by the person or entity receiving my PHI from Midwest Orthopedics, and may no longer be protected by the Federal Privacy Regulations or state law. I understand that my health care will not be affected if I do not sign this form.

Please check below any or all of the following health information that may be disclosed by Midwest Orthopedics:

☐ All medical Records
☐ Laboratory Data
☐ Radiology Reports
☐ HIV Test Results
☐ Psychotherapy Notes

☐ Claims/Billing Information
☐ X-Rays/MRI Film
☒ Progress Notes
☐ Alcohol Abuse Records
☐ Other _____

This health information may be disclosed to:
Mailing Address    _____
                   _____
                   _____

Relationship to Individual:    ☐ Personal Representative
                               ☐ Spouse/Relative
                               ☐ Attorney
                               ☐ Other _____

This authorization will be used for: _____

I understand that this authorization will expire on _____ or one year from the date of my signature below, whichever is earlier.

I understand that I may revoke this authorization at any time by notifying Midwest Orthopedics in writing. I understand that revocation of this authorization will not affect any actions already taken by Midwest Orthopedics in reliance on this authorization. I understand that I have the right to review my health information before release. I also understand that I have a right to receive a copy of this authorization.

Signed _Cynthia D Benson_          Dated _7/8/04_

If not signed by the patient, please indicate relationship:

☐ Parent or guardian
☐ Guardian or legal representative of an incompetent patient.

_Please Sign_
_& fax Back!_

Form, Authorization for Release of Health Information
Rev. January 2004

01/08/2004  11:02 FAX  312          MIDWEST ORTHPEDICS                    ☎003/012

BENSON, CYNTHIA                          JOHN J. FERNANDEZ, MD, FAAOS
DOB:  09-30-1964
06-29-04 POS (JJF/AMBER:SOC)

## INDEPENDENT MEDICAL EXAMINATION

CLAIMANT:                        BENSON, CYNTHIA
DATE OF BIRTH:                   SEPTEMBER 30, 1964
SOCIAL SECURITY NO.:             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
DATE OF INJURY/SYMPTOMS:         AUGUST 1, 2001
EXAMINING PHYSICIAN:             JOHN J. FERNANDEZ, MD, FAAOS
EXAMINATION LOCATION:            MIDWEST ORTHOPAEDICS
DATE OF EXAMINATION:             JUNE 29, 2004

### INTRODUCTION:

Cynthia Benson has been referred to us for an independent medical examination.  I have explained to Ms. Benson the purpose of the examination and how it would be performed.  I explained to her that the purpose was not for me to become her treating physician and that the information contained within the report would not be confidential.  I also explained to her that a copy of the report would be sent to the requesting individuals.

Ms. Benson verbalized an understanding of this and gave consent to the examination process.  She reported no significant difficulties as a result of the examination.

### HISTORY:

Clinical Chronology: Ms. Benson states that in August of 2001 she began to notice the symptoms of numbness and tingling in the hands bilaterally, right greater than left. In addition she noted concomitant pain and swelling in the wrist.

She was initially evaluated and treated by her primary-care physician and underwent initial conservative treatment measures with splinting and anti-inflammatories as needed.

Unfortunately, more recently her symptoms have progressed and worsened.  She has undergone more recent therapy.  At this point she is being treated with restrictions.

She has had previous diagnostic studies including EMG studies and MRI scan.

She has not yet received any injections.  She has been wearing her wrist splints, but no elbow pads.

She is currently working; however, in a restricted capacity.  She states that she was initially employed for eight years as a mail carrier and subsequently she has been working as a customer service representative.

CONTINUED

MIDWEST ORTHPEDICS    ☎ 004/012

BENSON, CYNTHIA                          JOHN J. FERNANDEZ, MD, FAAOS
DOB:  09-30-1964
06-29-04 POS (LJP/AMBER:SOC)             Chart Note Continued (Page 2)

## INDEPENDENT MEDICAL EXAMINATION

**Current Symptoms:** At this time Ms. Benson is primarily complaining of discomfort in the hands and wrists bilaterally extending into the digits. Her primary symptoms have to do with numbness and tingling primarily affecting the median nerve distribution, right greater than left. She, however, states that she also has some symptoms in the ulnar nerve distribution radiating from the elbow.

She states the symptoms are worse with activities and improve with rest. In general she rates her symptoms as a 8 to a 10 out of 10 in severity depending on activities.

### PAST MEDICAL HISTORY:

**Medical:**

None listed.

**Surgical:**

None listed.

### MEDICATIONS:

None listed.

### ALLERGIES:

None listed.

### FAMILY HISTORY:

None listed.

### REVIEW OF SYSTEMS:

Noncontributory to the problem.

### SOCIAL HISTORY:

Tobacco:     Negative.
Alcohol:     Negative.
Special Hobbies/Activities:  Singing and reading.

**CONTINUED**

MIDWEST ORTHPEDICS                    @005/012

BENSON, CYNTHIA                          JOHN J. FERNANDEZ, MD, FAAOS
DOB:  09-30-1964
06-29-04 POB (JJP/AMBER:SCC)                   Chart Note Continued (Page 3)

INDEPENDENT MEDICAL EXAMINATION

OCCUPATIONAL HISTORY:

Employer: United States Postal Service.
Occupation: Clerk.
Duration of Employment: Nineteen years.
Current Work Status: Working with restrictions.
Description: See the enclosed job description. In addition, Ms. Benson has given
me a history of her own. She states that when at work she "leans onto the elbows
while working." She demonstrated the position to me here in the office and this is a
somewhat hyperflexed position of the elbow with direct pressure over the medial
epicondyles. She states that at times she is in this position for the entire work day.

In addition she was previously working as a mail carrier and a clerk for ten years
during which time she was "throwing and casing mail." This job position is also
familiar to me.

PHYSICAL EXAMINATION:

Vitals:      Height:      5 feet 7 inches
             Weight:      200 pounds

General: The patient is a 39-year-old, right-hand dominant female.

Skin: Warm and dry without any significant lesions or wounds. There was normal
color, temperature, and texture without significant dystrophic findings.

NEUROLOGIC:

Sensory: There were subjective paresthesias in the hands bilaterally, right
greater than left, median nerve greater than the ulnar nerve. Two-point
discrimination was intact without significant loss or contracture.

Provocative Testing: There was irritability of the median nerve at the wrist
on percussion and compression with positive Tinel's and Phalen's tests;
however, this was relatively mild.

In addition, there was irritability of the ulnar nerve at the elbow consistent with
cubital tunnel syndrome, again right greater than left.

Motor: There was subjective weakness in the hands and arms, but without
frank atrophy or paralysis.

CONTINUED       Coordination: Smooth and accurate in the upper extremity in general.

MIDWEST ORTHOPEDICS                                          ☎ 008/012

BENSON, CYNTHIA                          JOHN J. FERNANDEZ, MD, FAAOS
DOB:   09-30-1964
06-29-04 POB (JJF/AMBER:SOC)             Chart Note Continued (Page 4)

INDEPENDENT MEDICAL EXAMINATION

MUSCULOSKELETAL:

Appearance:  Inspection revealed no gross deformities or areas of significant swelling.

Palpatory:  There was discomfort along the carpal canal and the cubital tunnel, but without significant instability or mechanical symptoms such as crepitus, locking, or triggering.

Range of motion:
   Bilateral Elbows:  EXT/FLX 0/160.
   Bilateral Wrists:  EXT/FLX 70/70.

DIAGNOSTIC STUDIES:

Radiographic Studies:  Multiple x-ray views of both hands and wrists and elbows taken today here in the office revealed normal bone quality and alignment without any evidence of fracture, dislocation, or degenerative process.

Electrodiagnostic Studies:  Previous EMG studies of May 15, 2003, revealed "very mild carpal tunnel syndrome on the right side." More recent EMG studies of May 7, 2004, revealed normal findings without significant evidence of neuropathy.

MRI Scan:  MRI scan from May 9, 2004 revealed evidence of a posterior central disc protrusion at C4-C5 and C5-C6 posterior spondylosis.

CONCLUSIONS:

Diagnoses:

1. **BILATERAL WRIST CARPAL TUNNEL SYNDROME, CLINICALLY ACTIVE.**
2. **BILATERAL ELBOW CUBITAL TUNNEL SYNDROME, CLINICALLY ACTIVE.**

Causality and Apportionment:  It would appear that there is a causal relationship between Ms. Benson's current symptoms and complaints and the history of her work exposure.  It should be noted, however, that carpal tunnel syndrome is a multifactorial disorder most commonly seen in females, particularly in this age group.  In particular, this condition does have a normal incidence in the general population.  For those reasons, I believe that at least 50% of the apportionment of the causality lies with an underlying predisposition to this condition which is intrinsic to her.  However, the other 50% of the causal relationship also lies with the work exposure.
CONTINUED

REQUEST UNIMPEDED                                    ☎ 007/012

BENSON, CYNTHIA
DOB: 09-30-1964
06-29-04 POS (JJF/AMBER:SOC)

JOHN J. FERNANDEZ, MD, FAAOS

Chart Note Continued (Page 5)

## INDEPENDENT MEDICAL EXAMINATION

For those reasons, I believe that her conditions should currently be treated as work related.

**Work Capacity:** I believe it is safe for her to continue to work in her current capacity. He formal restrictions would be light restrictions with up to 10 pounds of force frequently, negligible force constantly, and 20 pounds of force occasionally regarding the use of the upper extremities bilaterally.

In addition, I would recommend restrictions from repetitive pushing, pulling, twisting, grasping, or pinching with the hands or arms to be no greater than 1 per every 10 minutes for 1 to 3 hours total in a day.

I believe that she is currently at maximum medical improvement without any other interventions. Those restrictions essentially may become permanent.

**Treatment:**

Conservative Treatment: One option would be continued conservative treatment measures with wrist splints and elbow pads with anti-inflammatory medication. She could also benefit from an injection into the affected wrist and monitor her for a response.

There is, of course, the possibility that her symptoms could worsen and deteriorate in the future requiring further, more aggressive treatment such as surgical intervention.

However, at this point, we would recommend continued conservative measures with the splinting and the elbow pads.

I will now answer some of the specific questions placed to me in the cover letter by Dale Schultz.

1.    Is there bilateral carpal tunnel syndrome still present? How do you determine if it has resolved?

I do believe that there is still evidence of bilateral carpal tunnel syndrome. I do not believe it has resolved. The way to determine if it has resolved is to ask the patient whether they continue to have active symptoms. On an objective basis, it is difficult to determine this. She does have irritability and irritation of the nerve when percussing it and on compression. Although her EMG studies are negative, in up to 15% of individuals the EMG studies can be negative. It should also be noted that pervious EMG studies were positive, although only for mild disease.

**CONTINUED**

@009/012

BENSON, CYNTHIA
DOB:  09-30-1954
06-29-04 POB (JJF/AMBER:SDC)

JOHN J. FERNANDEZ, MD, FAAOS

Chart Note Continued (Page 6)

## INDEPENDENT MEDICAL EXAMINATION

2.    If there are residuals from the carpal tunnel syndrome, do these residuals disable and limit the employee from performing her full duty as a distribution clerk/window clerk?

The residuals are the fact that the carpal tunnel syndrome continues to be active. The condition of carpal tunnel syndrome is essentially chronic. It can improve or resolve with time, but it also may continue or worsen. In her particular case, her symptoms have continued and are active at this time. These active symptoms are what currently limit her from normal and heavy activities. The work capacity was previously outlined.

3.    What continued treatment if any is needed for the carpal tunnel syndrome?

I would recommend an injection with cortisone into the affected wrist with the continued use of a splint and anti-inflammatories. If there is no significant further improvement and if there is further significant disabling pain, I would then recommend the consideration of surgical intervention.

4.    According to a recent MRI, a bulging disc is apparent in the cervical area. Can this disc be aggravated by the carpal tunnel syndrome?

There is no connection between the bulging disc itself and the carpal tunnel syndrome. These are two completely physiologically and mechanically different entities. The symptoms of the carpal tunnel syndrome; however, can be aggravated by the bulging disc if there is compression of the disc upon the nerves at the cervical nerve roots. If there is compression of the nerve at the neck, the nerve at the neck can become "weakened" and can aggravate or magnify the symptoms relating to the carpal tunnel syndrome. The disease process, however, is completely separate, but the symptoms may be aggravated by a bulging disc.

5.    Considering the employee as a whole person, is she capable of working her preinjury job as a distribution clerk or window clerk? Why or why not? Is she at MMI?

I believe that she is essentially at MMI at this time unless she considers further treatment interventions. At this point it does not appear that she is capable of returning back to her preinjury job as a distribution clerk/window clerk.

## CONTINUED

MIDWEST ORTHPEDICS                                    @008/012

BENSON, CYNTHIA                              JOHN J. FERNANDEZ, MD, FAAOS
DOB: 09-30-1964
06-29-04 POB (JJF/AMBER;SOC)                    Chart Note Continued (Page 7)

INDEPENDENT MEDICAL EXAMINATION

              However, I do believe that she is capable of performing many other tasks and
              I believe that she is certainly capable of continuing to perform in her current
              work capacity.

John J. Fernandez, MD, FAAOS
Board Certified Hand Surgeon
Board Certified Orthopedic Surgeon
Assistant Professor of Orthopedic Surgery
Rush-Presbyterian-St. Luke's Medical Center
JJF/soc

cc:     Fax: 708-863-8441
        Dale Schultz
        US Postal Office
        6801 West 73rd Street
        Bedford Park, IL  60499
        Tel:  708-863-7479

        Fax: 708-863-8441
        Harold T. Pye, MD, MPH
        Medical Director
        United States Postal Service
        Central Illinois Medical Unit

BENSON, CYNTHIA                           JOHN J. FERNANDEZ, MD, FAAOS
DOB:  09-30-1964
06-25-04 POS (JJF/AMBER:SOC)

Please note fax number given above for Dr. Pya.  No address provided.  This is
fax/address file on record.  Please advise if there is "new" information for our records.
Thank you.

Fax:  773-775-0974
Harold T. Pye, M.D.
Univ. of Illinois at Chicago Medical Center
O'Hare, Terminal Two, Upper Level Air Side
P. O. Box 60666
Chicago, IL  60666
Tel:  773-779-0909

## X-RAY REPORT

| | |
|---|---|
| **PATIENT:** | BENSON, CYNTHIA |
| **DATE OF BIRTH:** | 09-30-1984 |
| **EXAMINING PHYSICIAN:** | JOHN J. FERNANDEZ, MD, FAAOS |
| **DATE OF EXAMINATION:** | JUNE 29, 2004 |
| **DESCRIPTION OF EXAMINATION:** | MULTIPLE X-RAY VIEWS OF BOTH HANDS AND WRISTS |

**EXAMINATION REPORT:**

**Radiographic Studies:** Multiple x-ray views of both hands and wrists and elbows taken today here in the office revealed normal bone quality and alignment without any evidence of fracture, dislocation, or degenerative process.

## ELECTRODIAGNOSTIC TESTING

**PATIENT:**                             BENSON, CYNTHIA
**DATE OF BIRTH:**                       08-30-1964
**EXAMINING PHYSICIAN:**                 JOHN J. FERNANDEZ, MD, FAAOS
**DATE OF EXAMINATION:**                 MAY 7, 2004
**DESCRIPTION OF EXAMINATION:**          EMG TESTING

**EXAMINATION REPORT:**

Electrodiagnostic Testing: Previous EMG studies of May 15, 2003, revealed "very
mild carpal tunnel syndrome on the right side." More recent EMG studies of May 7,
2004 revealed normal findings without significant evidence of neuropathy.

05/22/2007 11:10 FAX                                                    0011/028

Patient Name:  Cynthia Benson    Account Number: 56631                    10
Patient Birthdate:  09/30/64

Advocate Medical Record Number:
Primary doctor:

## JULY 14, 2004

Cynthia Benson is here in follow up for her hands and neck.  B  ically the
patient was assessed by an independent medical evaluation which  co firmed
that she does have cubital tunnel and carpal tunnel syndrome.  he patient
is thus far not interested in any surgery. Much data has been p  es nted pro
and con for injections or against injections in the carpal tunn  l  egion.
Personally I do not find very good results with injections in t  e  arpal
tunnel region and that is why I don't usually recommend them.  d  find
excellent results with surgical intervention if needed.  On ea  s  n it is
just as traumatic to do surgery as it is to do the injection. :  do agree
that she is at maximum improvement unless she decides to have a  me hing
done to release the carpal tunnel or the cubital tunnel.  She   ou d pad
her elbows well at work and at home in order to alleviate any   es ure that
is undue on this region.  She should have an advantageous posi  on to keep
the wrists in a slightly extended position to keep them from hy  r lexing.
She should also try to avoid tilting her head from one side to  he other as
I have stated early, she does have nerve root impingement in t   n ck which
we are going to treat through her insurance because it does no  se m that
they are approving this as a work related injury.  Granted tha   t ents at
any age group can develop cervical degeneration, it does seem t  at
repetitive twisting and turning of her neck with the repetitiv  ac ivities
that she is performing could exacerbate this condition. I have   en  wed the
notes of Dr.Hernandez , the independent consultant and he did   t  onfirm
or deny this fact. He basically responded to a question that a  ed if
cervical radiculopathy can worsen carpal tunnel syndrome, nobo  ce ition.
whether cervical radiculopathy can be caused by this patient's  e  aused by
The answer to that question is that cervical radiculopathy can  he  neck
her vocation if she is doing repetitive twisting and turning of  and we
and repetitive tilting of her head which she does.  Basically   ga dless,
the patient does need medical treatment and she will receive t  : nd we
will see her back in a few weeks to make sure that portion imp  ve . If
she is not improved with medical therapy, we can consider inje  io .

Jay M. Brooker, M.D.
signature mechanically affixed

JMB/ptp
CC:  Department of Labor, Dale Schultz

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

05/22/2007 11:10 FAX                                                                    ☎012/028

Patient Name:  Cynthia Benson   Account Number: 56631                        11
Patient Birthdate:   09/30/54

Please make sure the cc is sent.  JMB said that Dale Schultz s :d that they
were not getting the notes.

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND ORTHOPAEDIC ASSOCIATES**

Combined **Orthopaedic** SPECIALISTS

| | 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4500 | 8766 S. MENARD LANE HOMETOWN, IL 60456 708/485-1150 | 6201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/485-7767 | 6631 S. WESTERN AVE. CHICAGO, IL 60643 773/239-5485 |
|---|---|---|---|---|

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921__)-24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE____CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG____CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9934 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20690 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | | ( ) | FRACTURE CARE | | ( ) |
| PHONE 3540 CARPAL TUNNEL SYNDROME | | | | | ( ) | OTHER | | ( ) |
| | | | | | ( ) | SUPPLIES | | ( ) |

DIAGNOSIS: ( ) _____

_____

_____

SURGERY: ( ) ISO ( ) I29 ( ) IAM   DATE: _____

OPERATION: _____

_____

_____

_____

( ) PRO ( ) OLR ( ) PT

ANESTHESIA: _____ TESTING: _____

< _____

**DOCTOR'S SIGNATURE**

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____
No Change
_____
_____

PDC-LEVEL _____ MMI AS OF 6/2004
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: _____ D 4 W _____ M _____ AS NEEDED
DATE: 3-1 DAY: _____ TIME: 2:15

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE: _____

**A C C O U N T   I N F O R M A T I O N**

PATIENT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 07/14/04 | 2:00P | CYNTHIA BENSON | F | .00 |
| OUR REF. NO. JM DOCTOR | | BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT. NO. 00831 | RESPONSIBLE PARTY | | PHONE NO. 375-1933 | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY | | POLICY NUMBER / | | BALANCE TYPE |

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS: _____

Patient Name: Cynthia Benson    Account Number: 56631                    10
Patient Birthdate: 09/30/64

Advocate Medical Record Number:
Primary doctor:

JULY 14, 2004

Cynthia Benson is here in follow up for her hands and neck. Basically the
patient was assessed by an independent medical evaluation which confirmed
that she does have cubital tunnel and carpal tunnel syndrome. The patient
is thus far not interested in any surgery. Much data has been presented pro
and con for injections or against injections in the carpal tunnel region.
Personally I do not find very good results with injections in the carpal
tunnel region and that is why I don't usually recommend them. I do find
excellent results with surgical intervention if needed. On occasion it is
just as traumatic to do surgery as it is to do the injection. I do agree
that she is at maximum improvement unless she decides to have something
done to release the carpal tunnel or the cubital tunnel. She should pad
her elbows well at work and at home in order to alleviate any pressure that
is undue on this region. She should have an advantageous position to keep
the wrists in a slightly extended position to keep them from hyperflexing.
She should also try to avoid tilting her head from one side to the other as
I have stated early, she does have nerve root impingement in the neck which
we are going to treat through her insurance because it does not seem that
they are approving this as a work related injury. Granted the patients at
any age group can develop cervical degeneration, it does seem that
repetitive twisting and turning of her neck with the repetitive activities
that she is performing could exacerbate this condition. I have renewed the
notes of Dr.Hernandez , the independent consultant and he did not confirm
or deny this fact. He basically responded to a question that asked if
cervical radiculopathy can worsen carpal tunnel syndrome, nobody asked him
whether cervical radiculopathy can be caused by this patient's vocation.
The answer to that question is that cervical radiculopathy can be caused by
her vocation if she is doing repetitive twisting and turning of her neck
and repetitive tilting of her head which she does. Basically regardless,
the patient does need medical treatment and she will receive that and we
will see her back in a few weeks to make sure that portion improves. If
she is not improved with medical therapy, we can consider injection.

Jay M. Brooker, M.D.
signature mechanically affixed

jmb/prg
CC:  Department of Labor, Dale Schultz

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago  IL

Patient Name:  Cynthia Benson   Account Number: 56631
Patient Birthdate:  09/30/64                                        11

Please make sure the cc is sent.   JMB said that Dale Schults se d that they
were not getting the notes.

05/22/2007 11:10 FAX @013/025

Patient Name: Cynthia Benson   Account Number: 56631
Patient Birthdate: 09/30/64                                    12

## AUGUST 11, 2004

Cynthia Benson is here in follow-up for her neck. She has been approved to
start therapy and has been unwilling right now. She is improving. I
will see her back in about 3 weeks. If she improves further, she may be
able to do some work conditioning.

Jay M. Brooker, M.D.
signature mechanically affixed

JMB/ch

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND**
ORTHOPEDIC
ASSOCIATES

A Member of Combined
**Orthopaedic**
SPECIALISTS

| | | | |
|---|---|---|---|
| ☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4600 | ☐ 8735 S. MERRION LANE HOMETOWN, IL 60456 708/425-1160 | ☐ 5201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7797 | ☐ 9717 S. WESTERN AVE. CHICAGO, IL 60643 773/291-5405 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL ___ | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL ___ | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 ___)-24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___ CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___ CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL ___ | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION(DR) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20694 | |
| LEVEL ___ | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| PAIN MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | | | FRACTURE CARE | ( ) | |
| PHONE | 9307 | | ___ ( ) | | | | | |
| | | | ___ ( ) | | | OTHER | ( ) | |
| | | | ___ ( ) | | | SUPPLIES | ( ) | |

8540 CARPAL TUNNEL SYNDROME

DIAGNOSIS: ( ) ___

___

SURGERY: ( ) ISD ( ) OS ( ) AM  DATE: ___
OPERATION: ___

___

___

NESTHESIA ___ TESTING: ___

X ___
DOCTOR'S SIGNATURE

DATE OF INJURY ___ FIRST CONSULT ___
RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN ___
( ) LIGHT DUTY ONLY AS OF ___
RESTRICTIONS: ___

___

PDD LEVEL ___ MMI AS OF ___
( ) REGULAR DUTY; NO RESTRICTIONS AS OF ___

NEXT APPOINTMENT ___ D  3  W ___ M ___ AS NEEDED
DATE: ___ DAY: ___ TIME: 8:15

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X ___ DATE ___

## ACCOUNT INFORMATION

PATIENT INFORMATION

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 08/11/04 | 2:15P | CYNTHIA BENSON | F | 79.00 |
| CHRG. SLIP NO. 497743 JMB | DOCTOR | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT.NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 .00 | OVER 60 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545758/ | | BALANCE TYPE W D | |

FROM DATE: ___ THRU DATE: ___ DIAGNOSIS: ___

05/22/2007 11:10 FAX　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ø014/029

Patient Name: Cynthia Benson    Account Number: 56631
Patient Birthdate: 09/30/64

13

## SEPTEMBER 1, 2004

Cynthia Benson is here in follow-up for her hands and her neck.
Apparently her work needs some clarification as to the neck sym...ors but
basically these symptoms have been going on as long as I have s...n her
about her hands.

There are 2 separate sets of symptoms, pain that radiates from...e neck
into her arm and pain that is continuously in the arm. The han... are
controlled as long as limitations and repetitive motion are all...ed and as
long as repetitive lifting and repetitive activities is limited...The neck
as been well-addressed with appropriate physical therapy at thi...point and
with postural modification and strengthening, it should continu...to
improve.

The same repetitive activities and repetitive activities in pos...re and
twisting and turning involved in her repetitive activities in h...p evious
vocation can cause cervical radiculopathy just as well as it ca...ed carpal
tunnel syndrome. There are 2 different repetitive motions. Th...h ve been
both going on for the same length of time and they are both und...c ntrol
at this stage.

Does she have a permanent impairment? - yes she does and this...b...ically
due to the fact that whenever she increases her activity level t...a...arpal
tunnel syndrome will always get worse and there is a risk that t...a...ervical
radiculopathy may flare up.

Under the present activities, she should have permanent restrict...ns. I do
not really anticipate that she will be able to resume the same d...i s that
she had before without getting worse again.

I will fill out and approve any paperwork to this effect once it...s given
to me.

Jay M. Brooker, M.D.
signature mechanically affixed

JMB/sh

## SEPTEMBER 20, 2004

Please refer to letter to U.S. Postal Service.

JMB/ptp

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
Chicago, IL

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

MIDWEST ORTHOPEDIC ASSOCIATES

*Sept report*

Combined
**Orthopaedic** SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/949-4800

☐ 2736 S. HARRISON LANE
HOMETOWN, IL 60456
708/422-1180

☐ 5201 S. WILLOW SPRINGS RD., #240
LA GRANGE, IL 60525
708/422-7787

☐ 9717 S. WESTERN AVE
CHICAGO, IL 60643
773/239-9499

| OFFICE VISIT (new) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| OFFICE VISIT (established) | | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| LEVEL | 9921 | | PLASTER (#ROLLS___) | A4580 | | CELESTONE ___ cc | J0704 | |
| COMPLICATING | (9921 ___)-24 | | FIBERGLASS (#ROLLS___) | A4590 | | KENALOG ___ cc | J3301 | |
| SURGICAL FOLLOW-UP | 99024 | | | | | | | |
| | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| CONSULTATIONS: DR. | | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| LEVEL | 9924 | | ELASTICS | 50860 | | EX FIX REMOVAL | 20680 | |
| SECOND OPINION (NEW) | | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| LEVEL | 9927 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| TIME | 99455 | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| CARE MANAGEMENT | | | | | | MEDICAL TESTIMONY | 99075 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | | | |
| W/O PATIENT | 99358 | | | | ( ) | FRACTURE CARE | ( ) | |
| PHONE | 9927 | | | | ( ) | | ( ) | |
| | | | | | ( ) | OTHER | ( ) | |
| | | | | | ( ) | SUPPLIES | ( ) | |

3540   CARPAL TUNNEL SYNDROME
DIAGNOSIS: ( )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET, ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____ 9/26/04
RESTRICTIONS: OK to do limited activity
1/4 hr only
by need 2 consecutive
day off act and other days!

SURGERY: ( ) ISO ( ) 25 ( ) AM  DATE: _____
OPERATION: _____

FDC LEVEL _____ MM AS OF _____ w/l/pd
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ANESTHESIA: _____  ( )SRC ( )CLR ( )EPT

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: 10.5.04  DAY: TUES  TIME: 9:30 AM

X _____
DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____   DATE _____

AOC

PATIENT INFORMATION

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 09/03/04 | 1:45P  CYNTHIA | BENSON | F | 75.00 |
| CHRG. SLIP NO. 507743 YMB | DOCTOR | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT.NO. 36631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545758/ | W P | BALANCE TYPE |

FROM NOTES:



John D. Sonnenberg, MD
D. Dirk Nelson, MD
Michael G. Malay, MD
William A. Heller, MD
Stephen V. Peroz, DPM
Michael C. Moran, MD
Jay M. Brooker, MD
Michelle A. Jaworski, MD
Gerald E. Lofaus, MD
(emeritus)

Reconstructive Orthopedics
Fracture Management
Sports Medicine
Arthroscopy
Hand Surgery
Foot/Ankle Disorders

**September 20, 2004**

Maria Oliver, Claims Examiner
U.S. Postal Service
Chicago South Suburban  Injury Compensation Unit
6801 W. 73rd Street
Bedford Park, IL 60499

Re: Cynthia Benson   Account Number:  56631
Patient Birthdate: 09/30/64

Dear Ms. Oliver:

This is in response to your request regarding issues about Cynthia
Benson. Her file number is 102007312 FF-0.  The patient has been under
the care of Midland Orthopedic Associates since 2002.  She was
originally seen by my partner and the initial question as to whether
the cervical condition was found on her initial exam is No.  However
her pain did progress into the right upper extremity over the ensuing
several months to one year.  She had not gotten modifications of her
duties until approximately a year after treatment and the repetitive
motions eventually led to lateral epicondylitis and the same kinds of
repetitive movements can lead to repetitive twisting and turning of
the neck which can worsen and basically lead to an impingement in the
cervical nerve root.  The patient began to develop tingling and
numbness in the 4th and 5th digit approximately one year ago.  She was
complaining in August of 2003.  She did get improvement with her
modifications of duty.  She never complained that this bothered her
with her outside business venture, basically because it does not
involve any strenuous activity whatsoever, nor does it involve any
repetitive movements.

2850 S. Wabash
Suite 100
Chicago, Illinois 60616
(312) 842-6600
Fax (312) 842-8690

8755 S. Manlon Lane
Hometown, Illinois 60456
(708) 425-1150
Fax (708) 425-9454

5201 S. Willow Springs Rd.
Suite 340
LaGrange, Illinois 60525
(708) 482-7767
Fax (708) 482-7988

Visit us on the web: www.midlandortho.com • E-mail: info@midlandortho.com

Page 2
Cynthia Benson
September 20, 2004

These symptoms of carpal tunnel syndrome, lateral epicondylitis and her eventual cervical pain arose from repetitive twisting and turning and repetitive movements of the hands, repetitive lifting at work and have been well documented in the past by first Dr. Sonnenberg and then

As to the question as to whether the cervical condition can aggravate the carpal tunnel syndrome or the carpal tunnel syndrome can aggravate the cervical condition; basically neither condition is directly connected, however both conditions are caused by repetitive twisting and turning and repetitive motion and lifting. Both can be caused by similar functions. Quite often when one patient has an arm that is weakened from carpal tunnel syndrome, the arm and neck can be more vulnerable to other repetitive injuries such as cervical radiculopathy or lateral epicondylitis which has also occurred in this patient. Patients can even develop impingement syndrome of the shoulder from the same pathology. Again, her outside business venture which is basically a beauty product consultant is not something that generally would involve repetitive lifting, twisting, turning or repetitive key boarding, data entry or any of the above mentioned activities that would cause these problems and in this case there would be no indication as to why it would be caused in this case.

As far as the findings last year of possibility of cubital tunnel syndrome, basically that has never really materialized into a full problem. After further evaluation, it seemed that the tingling that was radiating down the arm was more based within her neck. It is possible that leaning the elbow on a table or surface can create some friction to the ulnar nerve which can create a different type of numbness and tingling. Quite often the patients can get cubital tunnel syndrome as well as carpal tunnel syndrome because not only do people repetitively manipulate the wrists but also repetitively lean and rub the elbow. At this stage, cubital tunnel syndrome did not really seem to be much of an issue and the other issues remain stable as long as her activity level is not increased. She does need to have permanent restrictions. I do not see a way of increasing her activity level and I don't necessarily feel that surgery would help her either. With the present restrictions that have been outlined in the past, she should do very well.

I don't really have any other treatment recommendations at this point except that if she does get flare ups of her symptoms, she can be

Page 3
Cynthia Benson
September 20, 2004

intermittently treated with therapy.  The carpal tunnel syndrome could
be treated with surgery if it gets worse, but right now there is not
really any need for surgery as the symptoms have settled down with
modification of activity.  If the neck condition worsens, again it may
require injections or surgery depending on the severity of the
symptoms.

If you have any further questions, please contact me.

Sincerely,


Jay M. Brooker, M.D.
JMB/ptp

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL O. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND**
ORTHOPAEDIC ASSOCIATES

**Combined Orthopaedic SPECIALISTS**

| | | |
|---|---|---|
| ☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4600 | ☐ 5734 S. MARION LANE HOMETOWN, IL 60456 708/425-1150 | ☐ 9801 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7767 ☐ 9717 S. WESTERN AVE. CHICAGO, IL 60643 773/239-6485 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9820 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29065 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9821 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9821 )-24 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4590 | | KENALOG CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9824 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (SMR) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9827 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 98354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99355 | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9997 | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( CARPAL TUNNEL SYNDROME )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET/ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )IP ( )IS ( )AM DATE: _____
OPERATION: _____

FDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY, NO RESTRICTIONS AS OF _____

( )SRC ( )OLR ( )EPT

ANESTHESIA: _____ TESTING: _____

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED
DATE: 1050 9  DAY: TUES  TIME: 830 AM

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE _____

# ACCOUNT INFORMATION

PATIENT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 09/28/04 | 9:20A | CYNTHIA BENSON | F | 79.00 |
| CHRG. SLIP NO. 309251 | DOCTOR JMB | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT. NO. 55631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545758/ / | | W P | BALANCE TYPE |
| FROM DATE | THRU DATE | | DIAGNOSIS | |

P.05/05

Patient Name:    CYNTHIA   BENSON          Account Number: 55631

Patient Birthdate: 09/30/1964                                    Page    1

John D. Hannenberg, MD
D. Dirk Nelson, MD
Michael G. Henley, MD
William A. Keller, MD
Stephen V. Tema, RPM
Michael G. Mowen, MD
Jay M. Brooker, MD
Robert J. Strugala, MD
Gerald F. Leddua, MD
        (emeritus)

Patient Name:    CYNTHIA   BENSON          Account Number: 55631
Patient Birthdate: 09/30/1964

10/29/2004

Cynthia Benson is here in follow up for her wrist. She is improved. As long as we
continue with restrictions that I've recommended in the past, these continue to be
permanent. They have not done that as of yet and she'll continue to need to follow
up as long as they keep doing it in this way. So I will see her in a month.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/z

11/05/2004

Ms. Benson is here in follow up for her hands. Presently, she has been having pain
in her elbow region. She has been developing tenderness and swelling over the
medial epicondyle of the elbow. On exam, she has tenderness and obvious swelling
over the medial epicondyle with pain with resisted flexion at the wrist. The
repetitive movements that create her carpal tunnel syndrome can generate
epicondylitis as well. I think she has had lateral epicondylitis in the past as
well. Presently, she is doing too much repetitive flexion and is creating medial
epicondylitis. She needs to keep her hand in a more neutral position. She can wear
her tennis elbow brace over the medial aspect of her elbow. If things do not settle
down, we may need to go down the road of needing injections or therapy.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/lp

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
CHICAGO, IL

TOTAL P.05

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D: DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL O. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.



Combined
Orthopaedic
SPECIALISTS

| 5280 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4900 | 9735 S. MERRION LANE HOMETOWN, IL 60456 708/425-1182 | 5801 S. WILLOW SPRINGS RD., #840 LA GRANGE, IL 60525 708/482-7757 | 2717 S. WESTERN AVE. CHICAGO, IL 60648 773/299-5495 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921__).24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENLOG ___cc | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| | | | ELASTICS | 60250 | | EX FIX REMOVAL | 20680 | |
| SECOND OPINION (NEW) | | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| LEVEL | 9927 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| ME | 99455 | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| | | | | | | MEDICAL TESTIMONY | 99075 | |
| CARE MANAGEMENT | | | MINOR SURGERY | | | | | |
| WITH PATIENT | 99354 | | | | | FRACTURE CARE ( ) | | |
| W/O PATIENT | 99358 | | | ( ) | | | | |
| PHONE | 9937 | | | ( ) | | OTHER | | |
| | | | | ( ) | | SUPPLIES ( ) | | |

354?   CARPAL TUNNEL SYNDROME

DIAGNOSIS: (          )

DATE OF INJURY _____   FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS:

SURGERY: ( )SD ( )23 ( )AM   DATE: _____

LOCATION: _____

_____ ( )SRC ( )CLR ( )EPT

ANESTHESIA: _____   TESTING: _____

PCC-LEVEL _____   MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: _____ D _____ W _____ M   AS NEEDED
DATE: 1:30   DAY: _____   TIME: _____

_____
DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____   DATE 10-20-04

PATIENT INFORMATION

A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 10/20/04 | 2:45P | CYNTHIA BENSON | F. | 116.00 |
| CHRG. SLIP NO. 513953 JMB | DOCTOR | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545758/ | | BALANCE TYPE W P | |

FROM DATE: _____   THRU DATE: _____   DIAGNOSIS: _____
COPAY $ 0

RALD F. LOFTUS, M.D.
HN D. SONNENBERG, M.D.
DIRK NEILSON, M.D.
CHAEL G. MADAY, M.D.
EPHEN V. PERNS, D.P.M.
CHAEL C. MORAN, M.D.
LLIAM A. HELLER, M.D.
Y M. BROOKER, M.D.

**MIDLAND**
ORTHOPAEDIC ASSOCIATES

A Member of Combined **Orthopaedic** SPECIALISTS

☐ 3650 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 14735 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1150

☐ 8201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7767

☐ 8717 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-5499

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921___)-24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENALOG ___cc | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| CONSULTATION (new) | | | ELASTICS | 60580 | | EX FIX REMOVAL | 20690 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| LAB MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| TH PATIENT | 99054 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| O PATIENT | 99058 | | | ( ) | | FRACTURE CARE | ( ) | |
| ONE | 9937 | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

3540   CARPAL TUNNEL SYNDROME

DIAGNOSIS: (   ) _____

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )SD ( )29 ( )AM   DATE: _____
DURATION: _____

FCC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ANESTHESIA: _____   TESTING: _____

NEXT APPOINTMENT   D  3  W ___  M ___  AS NEEDED
DATE: 11-29-04   DAY: 3 MON   TIME: 2:30 PM

DOCTOR'S SIGNATURE

HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE _____

**A C C O U N T   I N F O R M A T I O N**

PATIENT INFORMATION

MD F/U

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 11/08/04 | 11:15A | CYNTHIA  JENSON | F | 79.00 |

| CHRG. SLIP NO. | DOCTOR | LOCATION | TODAY'S CHARGES |
|---|---|---|---|
| 519783 JMB | | BEVERLY OFFICE | |

| ACCT.NO. | RESPONSIBLE PARTY | PHONE NO. | TODAY'S PAYMENT |
|---|---|---|---|
| 56631 | CYNTHIA | 773 / 375-1933 | |

| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | | |

| INSURANCE COMPANY | POLICY NUMBER | BALANCE TYPE |
|---|---|---|
| DOL | 318545758/ | W P |

FROM DATE: _____   THRU DATE: _____   DIAGNOSIS: _____
COPAY $ _____

Patient Name:     CYNTHIA   BENSON
Patient Birthdate: 09/30/1954                    Account Number: 56531                    Page    2

**11/29/2004**

Cynthia Benson is here in follow up for her medial epicondylitis in her hands.
Basically the cause of the epicondylitis is the same repetitive activities that
aggravated her carpal tunnel syndrome, repetitive flexion at the wrist. I'm going to
have her undergo some therapy to help improve this situation and I will see her back
in a month.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/r

**12/29/2004**

Cynthia Benson is here in follow up for her medial epicondylitis that is related to
the carpal tunnel syndrome related to the repetitive activities that develop flexion
at the wrist. She's only begun therapy last week and actually should improve with
rest and therapy. Therapy alone does not seem to help thus far because she continues
to do the same activities at work and we're going to stop that for a couple of weeks
and see if we can get her to improve effectively. If I can't get it to settle down
completely, I will also inject the area.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/r

**01/12/2005**

Cynthia Benson is here in follow up for her medial epicondylitis. She is improving
but has not fully improved as of yet. I would recommend she complete the therapy and
if she has not gotten full relief, I would also recommend I inject the area.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/r

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
CHICAGO, IL

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.

MIDWEST
ORTHOPEDIC
ASSOCIATES

A Member of Combined
Orthopaedic
SPECIALISTS

☐ 2850 S. WABASH/SUITE 100
CHICAGO, IL 60616
312/842-4600

☐ 5739 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1160

☐ 5201 S. WILLOW SPRINGS RD. 8345
LA GRANGE, IL 60525
708/482-7767

☐ 9717 S. WESTERN AVE.
CHICAGO, IL 60643
773/238-5455

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29055 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550/ | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___CC | J9301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11045 | |
| LEVEL | 9934 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20690 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| IN-PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| OUT-PATIENT | 99355 | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( )  3540  CARPAL TUNNEL SYNDROME

DATE OF INJURY ___ FIRST CONSULT ___

RETURN TO WORK:
( ) NOT YET, ESTIMATED RETURN ___
( ) LIGHT DUTY ONLY AS OF ___
RESTRICTIONS: ___

SURGERY: ( ) ISD ( ) 23 ( ) AM DATE: ___
OPERATION: ___

POC-LEVEL ___ MMI AS OF ___
( ) REGULAR DUTY: NO RESTRICTIONS AS OF ___

ANESTHESIA ___ ( )BRC ( )CLR ( )EPT
TESTING: ___

NEXT APPOINTMENT: ___ D ___ W ___ M AS NEEDED
DATE: 12/29  DAY: ___  TIME: 3:00

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

___ DATE ___

ACCOUNT INFORMATION

PATIENT INFORMATION

| DATE | TIME | PATIENT | | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|---|
| 11/23/04 | 2:30P | CYNTHIA | BENSON | F | 158.00 |
| CHRG. SLIP NO. | DOCTOR | | LOCATION | | TODAY'S CHARGES |
| 521325 JMB | | | BEVERLY OFFICE | | |
| ACCT.NO. | RESPONSIBLE PARTY | | PHONE NO. | | TODAY'S PAYMENT |
| 56631 | CYNTHIA | | 773 / 375-1933 | | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | | |
| INSURANCE COMPANY | | POLICY NUMBER | | BALANCE TYPE | |
| DOL | | 318545758/ | | W P D | |
| FROM DATE: | | THRU DATE: | | DIAGNOSIS: | |
| COPAY $ | | | | | |

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.

**MIDLAND**

A Member of **Combined Orthopaedic** Specialists

| | 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4800 | 5735 S. MERRION LANE HOMETOWN, IL 60456 708/422-1180 | 5301 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7767 | 9717 S. WESTERN AVE. CHICAGO, IL 60643 773/239-5495 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 90800 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 90530 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4590 | | KENELOG CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 98071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( )

JRGERY ( )SD ( )29 ( )AM　DATE:
PERATION:

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK:
( ) NOT YET. ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
　　RESTRICTIONS:

( )BRC ( )CLR ( )EPT

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ESTHESIA: _____ TESTING: _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

IIEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND IIEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

( _____ )　DATE 12/27/04

PATIENT INFORMATION

**ACCOUNT INFORMATION**

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 12/27/04 | 2:00P | CYNTHIA BENSON | F | 79.00 |
| CHRG. SLIP NO. 529813 | DOCTOR HAND THERAPY | SMB | LOCATION HOMETOWN OFFICE | TODAY'S CHARGES |
| ACCT.NO. 56631 | RESPONSIBLE PARTY CYNTHIA | | PHONE NO. 773 / 375-1933 | TODAY'S PAYMENT |
| RECAP .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY POL | POLICY NUMBER 318545758/ | | BALANCE TYPE W | |

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS:
　COPAY $

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.

**MIDLAND**

ORTHOPAEDIC
ASSOCIATES

A Member of ... **Combined Orthopaedic** SPECIALISTS

☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4600

☐ 6735 S. MERRION LANE HOMETOWN, IL 60456 708/425-1120

☐ 5201 S. WILLOW SPRINGS RD., #240 LA GRANGE, IL 60525 708/482-7787

☐ 8717 S. WESTERN AVE. CHICAGO, IL 60643 773/239-5495

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9960 | | LONG ARM | 29065 | | ASPIRATION SMALL-P/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-P/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-P/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-P/L | 20550 | |
| COMPLICATING | (9921__)-24 | | PLASTER (#ROLLS__) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 99130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50290 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99458 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| AGE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | MINOR SURGERY | | | | | |
| PHONE | 9937 | | | | | FRACTURE CARE | ( ) | |
| | | | | | ( ) | | | |
| | | | | | ( ) | OTHER | ( ) | |
| | | | | | ( ) | SUPPLIES | ( ) | |

DIAGNOSIS: ( 3540  CARPAL TUNNEL SYNDROME )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK: _____

(NOT YET) ESTIMATED RETURN _____

RESTRICTIONS: _____

SURGERY: ( )BD ( )23 ( )AM DATE: _____

OPERATION: _____

PDO-LEVEL _____ MMI AS OF _____

( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ANESTHESIA: _____    TESTING: _____

NEXT APPOINTMENT: DATE: 1/12/05  DAY: wed.  TIME: 2.00 pm

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

Cynthia D Benson    DATE 12/29/04

# A C C O U N T   I N F O R M A T I O N

PATIENT INFORMATION

1 month F/U

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 12/29/04 | 3:00p CYNTHIA | BENSON | F | 253.00 |
| CHRG. SLIP NO. | DOCTOR | LOCATION | | TODAYS CHARGES |
| 525205 JMB | RESPONSIBLE PARTY | BEVERLY OFFICE | | TODAYS PAYMENT |
| ACCT.NO. | | PHONE NO. | | |
| 56631 | CYNTHIA | 773 / 375-1933 | | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE | |
| DOL | 318545758/ | | | |

FROM DATE: _____   THRU DATE: _____   DIAGNOSIS: _____

COPAY $ _____

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

ORTHOPAEDIC
ASSOCIATES

A Member of the **Combined Orthopaedic** SPECIALISTS

| | | |
|---|---|---|
| ☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/949-4500 | ☐ 8735 S. MERRION LANE HOMETOWN, IL 60456 708/485-1150 | ☐ 3201 S. WILLOW SPRINGS RD., #540 LA GRANGE, IL 60525 708/482-7767 | ☐ 9717 S. WESTERN AVE CHICAGO, IL 60643 773/239-5495 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29055 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4590 | | KENALOG cc | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| | | | ELASTICS | 50950 | | EX FIX REMOVAL | 20680 | |
| SECOND OPINION (IME) | | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| LEVEL | 9927 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| IME | 9948 | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| CASE MANAGEMENT | | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| WITH PATIENT | 99354 | | | | | FRACTURE CARE ( ) | | |
| W/O PATIENT | 99355 | | | ( ) | | | | |
| PHONE | 9927 | | | ( ) | | OTHER ( ) | | |
| | | | | ( ) | | SUPPLIES ( ) | | |

0010 CARPAL TUNNEL SYNDROME

DIAGNOSIS: ( )
_____
_____
_____

SURGERY: ( )SD ( )23 ( )AM   DATE:
OPERATION:
_____
_____
_____
( )BRC ( )CLR ( )EPT

ANESTHESIA: _____ TESTING: _____

DOCTOR'S SIGNATURE

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____
_____
_____
_____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

< _____ DATE 12/30/04

**PATIENT INFORMATION**

**A C C O U N T   I N F O R M A T I O N**

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 12/30/04 | 10:00A | CYNTHIA BENSON | F | $53.00 |
| CHRG. SLIP NO. 531100 | DOCTOR HAND THERAPY SMS | | LOCATION HOMETOWN OFFICE | TODAY'S CHARGES |
| ACCT.NO. 56631 | RESPONSIBLE PARTY CYNTHIA | | PHONE NO. 773 / 375-1933 | TODAY'S PAYMENT |
| RECAP: | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545758/ / | | BALANCE TYPE W | |

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS: _____
COPAY $ _____

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

**ORTHOPAEDIC ASSOCIATES**

A Member of Combined **Orthopaedic** SPECIALISTS

| | | | |
|---|---|---|---|
| ☐ 3580 S. WABASH SUITE 100 CHICAGO, IL 60616 312/949-4400 | ☐ 8735 S. MERRION LANE HOMETOWN, IL 60456 708/422-1180 | ☐ 5201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7787 | ☐ 8717 S. WESTERN AVE. CHICAGO, IL 60643 773/233-9495 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29345 | | ASPIRATION LARGE-R/L | 2051D | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 40650 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS ___) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ___) | A4560 | | KENELOG ___CC | J8901 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (SMS) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | _____ ( ) | | | FRACTURE CARE ( ) | | |
| PHONE | 9037 | | _____ ( ) | | | | | |
| | | | _____ ( ) | | | OTHER ( ) | | |
| | | | _____ ( ) | | | SUPPLIES ( ) | | |

**9610  CARPAL TUNNEL SYNDROME**

DIAGNOSIS: ( _____ ) _____

_____

_____

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
(  ) NOT YET; ESTIMATED RETURN _____
(  ) LIGHT DUTY ONLY AS OF _____
    RESTRICTIONS: _____

INJURY: (  )SD (  )23 (  )AM   DATE: _____
OPERATION: _____

_____

_____

_____

_____

PDC-LEVEL _____ MMI AS OF _____
(  ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

_____ )SRC (  )CLR (  )PT

ANESTHESIA: _____ TESTING: _____

| NEXT APPOINTMENT: ___ D ___ W ___ M | AS NEEDED |
|---|---|
| DATE: _____ DAY: _____ TIME: _____ | |

**DOCTOR'S SIGNATURE**

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

*Cynthia D Benson*  DATE 1/5/05

**PATIENT INFORMATION**

_____

_____

_____

_____

_____

# A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/05/05 | 10:00A | CYNTHIA    BENSON | F | 74.00 |
| CHRG. SLIP NO. 532045 | DOCTOR HAND THERAPY  JMB | | LOCATION HOMETOWN OFFICE | TODAY'S CHARGES |
| ACCT.NO. 56631 | RESPONSIBLE PARTY CYNTHIA | | PHONE NO. 773 / 375-1933 | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOI. | POLICY NUMBER 318565758/ / | | BALANCE TYPE P B | |
| FROM DATE: COPAY $ | THRU DATE: | | DIAGNOSIS: | |

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

ORTHOPAEDIC SPECIALISTS

A Member of... **Combined Orthopaedic** SPECIALISTS

| | 2950 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4600 | | 3735 S. MERRION LANE HOMETOWN, IL 60456 708/422-1160 | | 5201 S. WILLOW SPRINGS RD., #540 LA GRANGE, IL 60525 708/482-7767 | | 0717 S. WESTERN AVE. CHICAGO, IL 60643 773/239-6499 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29055 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99059 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29084 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29405 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921__)x4 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___CC | J3301 | |
| CONSULTATIONS DR._____ | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | PLASTICS | 50280 | | EX FIX REMOVAL | 20690 | |
| LEVEL | 0027 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | _____ | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | _____ | ( ) | | | | |
| | | | _____ | ( ) | | OTHER | ( ) | |
| | | | _____ | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( 3540    CARPAL TUNNEL SYNDROME )

DATE OF INJURY_____ FIRST CONSULT_____

RETURN TO WORK:
( ) NOT YET, ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )SD ( )23 ( )AM  DATE: _____
LOCATION: _____

PDC-LEVEL_____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

( )BRO ( )CLR ( )EPT

ESTHESIA: _____ TESTING: _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE 1/6/05

PATIENT INFORMATION

# ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/06/05 | 10:00A | CYNTHIA BENSON | F | 74.00 |

| CHRG. SLIP NO. | DOCTOR | | | TODAY'S CHARGES |
|---|---|---|---|---|
| 332305 | HAND THERAPY   SMB | LOCATION HOMETOWN OFFICE | | |

| ACCT. NO. | RESPONSIBLE PARTY | PHONE NO. | | TODAY'S PAYMENT |
|---|---|---|---|---|
| 56631 | CYNTHIA | 773 / 375-1933 | | |

| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | |

| INSURANCE COMPANY | POLICY NUMBER | BALANCE TYPE |
|---|---|---|
| DOI | 318545758/ | P |

FROM DATE: _____    THRU DATE: _____    DIAGNOSIS:
COPAY $

STEPHEN V. PERNS, D.P.M.
MICHAEL O. MORAN, M.D.
WILLIAM A. HELLER, M.D.
RAY M. BROOKER, M.D.

ORTHOPEDIC
SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4906

☐ 8736 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1160

☐ 6201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7767

☐ 9717 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-3496

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9020 | | LONG ARM | 29065 | | ASPIRATION SMALL-RVL | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-RVL | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-RVL | 20610 | |
| LEVEL 3 | 9021 | | SHORT LEG | 29405 | | TRIGGER POINT-RVL | 20550 | |
| COMPLICATING | (9921 )-94 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___ CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___ CC | J3301 | |
| CONSULTATIONS   DR. | | | UNNA BOOT | 29580 | | | | |
| LEVEL | 9024 | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| SECOND OPINION (IME) | | | ELASTICS | 50050 | | PIN REMOVAL | 20570 | |
| LEVEL | 9027 | | | | | EX FIX REMOVAL | 20680 | |
| IME | 98456 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| CASE MANAGEMENT | | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| WITH PATIENT | 99354 | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| W/O PATIENT | 99358 | | | | | MEDICAL TESTIMONY | 99075 | |
| PHONE | 99371 | | MINOR SURGERY | | | | | |
| 7540   CARPOL TUNNEL SYNDROME | | | | ( ) | | FRACTURE CARE | ( ) | |
| | | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( ) _____

SURGERY: ( ) ISD ( ) 125 ( ) AM   DATE: _____
OPERATION: _____

ANESTHESIA: _____ TESTING: _____

( ) SRC ( ) OLR ( ) SPT

DOCTOR'S SIGNATURE

DATE OF INJURY: _____ FIRST CONSULT: _____
RETURN TO WORK:
( ) NOT YET, ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____ 1/26
RESTRICTIONS: _____
_should not be done_
_Maintenance + cleaning_
_of fixture one close_
_NO repetitive grasping lifting_
FDC LEVEL _____ NMI AS OF _____
( ) REGULAR DUTY, NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: ___ D __3__ W ___ M ___ AS NEEDED
DATE: 2/2/05  DAY: Wed.  TIME: 2:00

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____   DATE _____

PATIENT INFORMATION
2 WK F/U

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | | SEX M. F. | PRIOR BALANCE |
|---|---|---|---|---|---|
| 01/12/05 | 2:00P | CYNTHIA | BENSON | F | 174.00 |

| CHRG. SLIP NO. | DOCTOR | LOCATION | TODAY'S CHARGES |
|---|---|---|---|
| 531031 JMB | | BEVERLY OFFICE | |

| ACCT.NO. | RESPONSIBLE PARTY | PHONE NO. | TODAY'S PAYMENT |
|---|---|---|---|
| 56631 | CYNTHIA | 773 / 375-1933 | |

| RECAP | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | |

| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE |
|---|---|---|---|
| DOL | 318545758/ | | W P |

FROM DATE: _____   THRU DATE: _____   DIAGNOSIS: _____
COPAY $ 0

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

ORTHOPAEDIC ASSOCIATES

A Member of Combined **Orthopaedic** SPECIALISTS

| ☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4800 | ☐ 5758 S. MERRION LANE HOMETOWN, IL 60456 708/425-1180 | ☐ 5201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7787 | ☐ 8717 S. WESTERN AVE. CHICAGO, IL 60643 773/238-6495 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 8020 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29345 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921___)-84 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___CC | J3301 | |
| CONSULTATIONS DR.___ | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20690 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99355 | | ___ | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9927 | | ___ | ( ) | | ___ | ( ) | |
| | | | ___ | ( ) | | OTHER | ( ) | |
| | | | ___ | ( ) | | SUPPLIES | ( ) | |

9990 CARPAL TUNNEL SYNDROME

DIAGNOSIS ( )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK: _____

( ) NOT YET; ESTIMATED RETURN _____

( ) LIGHT DUTY ONLY AS OF _____

RESTRICTIONS: _____

SURGERY ( ) ISD ( ) 2ID ( ) AM  DATE: _____

OPERATION: _____

( ) 3RD ( ) 3LR ( ) EPT

PDC-LEVEL _____ MMI AS OF _____

( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ANESTHESIA: _____ TESTING: _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED

DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE 1/12/05

**PATIENT INFORMATION**

## A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/12/05 | 1:15P | CYNTHIA   BENSON | F | 653.00 |
| CHRG. SLIP NO. 5536485 | DOCTOR HAND THERAPY  JMB | LOCATION HOMETOWN OFFICE | | TODAY'S CHARGES |
| ACCT.NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY DCL | POLICY NUMBER 318545758/ | | BALANCE TYPE | |

FROM DATE: _____     THRU DATE: _____     DIAGNOSIS: _____
COPAY $

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

A Member of **Combined**
**Orthopaedic** SPECIALISTS

[ ] 2220 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4900

[ ] 6735 S. MERRION LANE
HOMETOWN, IL 60456
708/423-1150

[ ] 9201 S. WILLOW SPRINGS RD., 6340
LA GRANGE, IL 60525
708/482-7767

[ ] 9717 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-6455

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921_)-24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___ CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___ CC | J8301 | |
| CONSULTATIONS  DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50260 | | EX FIX REMOVAL | 20690 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IMP. | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99356 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | _____ | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | _____ | ( ) | | | | |
| | | | _____ | ( ) | | OTHER | ( ) | |
| | | | _____ | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( )_____

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( ) _80 ( ) _25 ( ) AM  DATE: _____
OPERATION: _____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

( )ERC ( )CLR ( )BPT

ANESTHESIA: _____ TESTING: _____

NEXT APPOINTMENT: _____ D ___ W ___ M ___ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE 1. 18 0?

## ACCOUNT INFORMATION

PATIENT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/18/05 | 9:00A | CYNTHIA  BENSON | F | 653.00 |
| ORIG. SLIP NO. 534600 | HAND THERAPY | LOCATION HOMETOWN OFFICE | | TODAY'S CHARGES |
| ACCT.NO. 56631 | RESPONSIBLE PARTY  CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOI | POLICY NUMBER 31850575#/ | | BALANCE TYPE | |
| FROM DATE COPAY $ | THRU DATE | | DIAGNOSIS | |

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

**Orthopedic**

A Member of **Combined Orthopaedic** SPECIALISTS

☐ 3360 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 5735 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1160

☐ 6201 S. WILLOW SPRINGS RD., #840
LA GRANGE, IL 60525
708/482-7767

☐ 9717 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-8400

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99055 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 30605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20615 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE DD | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4590 | | KENELOG DD | J3201 | |
| CONSULTATIONS OR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| | | | ELASTICS | 50250 | | EX FIX REMOVAL | 20555 | |
| SECOND OPINION (SUE) | | | | | | | | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 7614O | |
| IME | 90456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 9908P | |
| | | | WEDGE CAST | 29770 | | EDUCATIONAL | 9907 | |
| CASE MANAGEMENT | | | | | | MEDICAL TESTIMONY | 9905 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | | | |
| WO PATIENT | 99358 | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9907 | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )SD ( )23 ( )AM  DATE: _____
OPERATION: _____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

( )BRC ( )CLR ( )EPT

ANESTHESIA: _____ TESTING: _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED

DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE 1/18/05

# A C C O U N T   I N F O R M A T I O N

PATIENT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/18/05 | 10:00A | CYNTHIA BENSON | F | 653.00 |

| CHRG. SLIP NO. | DOCTOR | | LOCATION | TODAY'S CHARGES |
|---|---|---|---|---|
| 534954 | HAND THERAPY 5MN | | HOMETOWN OFFICE | |

| ACCT.NO. | RESPONSIBLE PARTY | PHONE NO. | TODAY'S PAYMENT |
|---|---|---|---|
| 56631 | CYNTHIA | 773 / 379-1933 | |

| RECAP: | OVER 60 | OVER 60 | OVER 90 | CURRENT | BALANCE DUE |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | | |

| INSURANCE COMPANY | POLICY NUMBER | BALANCE TYPE |
|---|---|---|
| DOI | 318545758 | N P W |

DATE: _____
COPAY $ _____

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PENNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

ORTHOPEDIC
ASSOCIATES

A Member of Combined
**Orthopaedic** SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 5758 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1180

☐ 6201 S. WILLOW SPRINGS RD., #240
LA GRANGE, IL 60525
708/442-7767

☐ 5717 S. WESTERN AVE.
CHICAGO, IL 60643
773/238-5425

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL___ | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL___ | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20556 | |
| COMPLICATING | (9921___)-24 | | PLASTER(ROLLS___) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(ROLLS___) | A4590 | | KENALOG ___CC | J3301 | |
| CONSULTATIONS DR.___ | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL___ | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50890 | | EX FIX REMOVAL | 20690 | |
| LEVEL___ | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| ___ME | 99455 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99364 | | | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99368 | | MINOR SURGERY | | | | | |
| PHONE | 9937 | | | ( ) | | FRACTURE CARE | ( ) | |
| | | | | ( ) | | | | |
| | | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

3__40  CARPAL TUNNEL SYNDROME

DIAGNOSIS: (        )

_____

_____

___RGERY: (  )SD (  )23 (  )AM  DATE: _____

___ERATION: _____

_____

_____

(  )BRC (  )CLR (  )EPT

___STHESIA: _____  TESTING: _____

DATE OF INJURY _____  FIRST CONSULT _____

RETURN TO WORK: _____

(  ) NOT YET; ESTIMATED RETURN _____

(  ) LIGHT DUTY ONLY AS OF _____

RESTRICTIONS: _____

_____

_____

PDO-LEVEL _____  MMI AS OF _____

(  ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

| NEXT APPOINTMENT: | D | W | M | AS NEEDED |
|---|---|---|---|---|
| DATE: | DAY: | | TIME: | |

**DOCTOR'S SIGNATURE**

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____  DATE  1/20/05

___ATIENT INFORMATION

# A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/20/05 | 10:00A | CYNTHIA BENSON | F | 732.00 |
| CHRG. SLIP NO. | DOCTOR | | LOCATION | TODAY'S CHARGES |
| 535186 | HAND THERAPY  JMB | | HOMETOWN OFFICE | |
| ACCT.NO. | RESPONSIBLE PARTY | | PHONE NO. | TODAY'S PAYMENT |
| 56631 | CYNTHIA | | 773 / 375-1933 | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY | | POLICY NUMBER | | BALANCE TYPE |
| DOL | | 318565758/ | | W |
| | | / | | P |

FROM DATE: _____  THRU DATE: _____  DIAGNOSIS: _____

COPAY $ _____

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

Orth

| | | 2950 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4800 | 8795 S. MERRION LANE HOMETOWN, IL 60456 708/425-1150 | 5801 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7757 | 571. CHICA. 773/229- |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| **OFFICE VISIT (established)** | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4590 | | KENLOG cc | J3301 | |
| **CONSULTATIONS DR.** | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9994 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| **SECOND OPINION (IME)** | | | ELASTICS | 60280 | | EX PIX REMOVAL | 20686 | |
| LEVEL | 9927 | | REMOVAL CAST | | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29705 | | SPECIAL REPORTS | 99080 | |
| **CASE MANAGEMENT** | | | WEDGE CAST | 29730 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | | 28770 | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | **MINOR SURGERY** | | | FRACTURE CARE ( ) | | |
| PHONE | 9957 | | ( ) | | | | | |
| | | | ( ) | | | OTHER ( ) | | |
| | | | ( ) | | | SUPPLIES ( ) | | |

DIAGNOSIS: ( 354.0 *CARPAL TUNNEL SYNDROME* )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

URGERY: ( )ISD ( )23 ( )AM  DATE: _____
PERATION: _____

POC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY: NO RESTRICTIONS AS OF _____

ESTHESIA: _____ TESTING: _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

EREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND REBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE 1/26/05

**ATIENT INFORMATION**

## A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/26/05 | 10:00A | CYNTHIA BENSON | F | 1097.00 |
| CHRG. SLIP NO. | DOCTOR | | LOCATION | TODAY'S CHARGES |
| 9363.3 HAND THERAPY | SMB | | HOMETOWN OFFICE | |
| ACCT. NO. | RESPONSIBLE PARTY | | PHONE NO. | TODAY'S PAYMENT |
| 56631 | CYNTHIA | | 773 / 375-1933 | |
| RECAP: | OVER 30 | OVER 60 | OVER 90 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE | |
| DOL | 318545759/ | | W | |

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS: _____
COPAY $ _____

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

ORTHOPEDIC

Combined **Orthopaedic** SPECIALISTS

| | 2550 S. WABASH SUITE 100 CHICAGO, IL 60616 312/842-4600 | | 8785 S. MERRION LANE HOMETOWN, IL 60456 708/485-1180 | | 5201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7757 | | 9717 S. WESTERN AVE. CHICAGO, IL 60643 773/239-5485 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL __ | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-P/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-P/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-P/L | 20610 | |
| LEVEL __ | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-P/L | 20550 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___ CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENLOG ___ CC | J8501 | |
| CONSULTATIONS  DR. | | | UNNA BOOT | 29580 | | | | |
| LEVEL __ | 9924 | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| SECOND OPINION (IME) | | | ELASTICS | 50280 | | PIN REMOVAL | 20670 | |
| LEVEL __ | 9927 | | REMOVAL CAST | | | EX FIX REMOVAL | 20680 | |
| IME | 99450 | | WINDOW CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| WITH PATIENT | 99354 | | | 29770 | | EDUCATIONAL | 99071 | |
| W/O PATIENT | 99358 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| PHONE | 9937 | | | | ( ) | FRACTURE CARE | ( ) | |
| | | | | | ( ) | OTHER | ( ) | |
| | | | | | ( ) | SUPPLIES | ( ) | |

DIAGNOSIS: ( _____ )  3580   CARPAL TUNNEL SYNDROME

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK
( ) NOT YET, ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )SD ( )OS ( )AM  DATE: _____
OPERATION: _____

( )BRC ( )OLR ( )EPT

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY, NO RESTRICTIONS AS OF _____

ANESTHESIA: _____ TESTING: _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE 1/27/05

PATIENT INFORMATION

## A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/27/05 | 10:00A | CYNTHIA   BENSON | F | 1097.00 |
| CHRG. SLIP NO. | DOCTOR | 3 MIS | | TODAY'S CHARGES |
| 636649 | HAND THERAPY | LOCATION | | |
| ACCT. NO. | RESPONSIBLE PARTY | HOMETOWN OFFICE | | TODAY'S PAYMENT |
| 86631 | CYNTHIA | PHONE NO. | | |
| FROM | OVER 90 | OVER 60 | 773 / 375-1939 | |
| | | OVER 30 | CURRENT | BALANCE DUE |
| | .00 | .00 | .00 | |
| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE | |
| DOL | 318545758/ | | N | |
| | | | P | |
| FROM DATE: | THRU DATE: | | DIAGNOSIS: | |
| COPAY $ | | | | |

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

MIDLAND
ORTHOPEDIC
ASSOCIATES

A Member of Combined
Orthopaedic SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 8759 S. MERIDIAN LANE
HOMETOWN, IL 60456
708/499-5180

☐ 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7767

☐ 8717 S. WESTERN AVE.
CHICAGO, IL 60643
773/231-2485

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29045 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (Established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29405 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 )-24 | | PLASTER(ROLLS____) | A4580 | | CELESTONE ____CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(ROLLS____) | A4590 | | KENELOG ____CC | J3301 | |
| CONSULTATIONS  DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99455 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | MINOR SURGERY | | | | | |
| PHONE | 9907 | | | | ( ) | FRACTURE CARE | ( ) | |
| | | | | | ( ) | | ( ) | |
| | | | | | ( ) | OTHER | ( ) | |
| | | | | | ( ) | SUPPLIES | ( ) | |

3540  CARPAL TUNNEL SYNDROME

DIAGNOSIS: (          )

SURGERY: (   )SD. (   )23 (   )AM   DATE:
SERATION:

DATE OF INJURY _____  FIRST CONSULT _____

RETURN TO WORK:
(   ) NOT YET; ESTIMATED RETURN _____
(   ) LIGHT DUTY ONLY AS OF _____
      RESTRICTIONS: _____

POC-LEVEL _____  MMI AS OF _____
(   ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ANESTHESIA: _____   TESTING: _____

[   ]BRC (   )CLR (   )EPT

DOCTOR'S SIGNATURE

NEXT APPOINTMENT:
DATE: March   DAY: Wed   TIME:   AS NEEDED

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE

PATIENT INFORMATION

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|---|
| 02/02/05 | 2:00P | CYNTHIA | BENSON | F | 1226.00 |

| CHRG SLIP NO. | DOCTOR | LOCATION | | | TODAY'S CHARGES |
|---|---|---|---|---|---|
| 533704 JMB | | BEVERLY OFFICE | | | |

| ACCT NO. | RESPONSIBLE PARTY | PHONE NO. | | | TODAY'S PAYMENT |
|---|---|---|---|---|---|
| 56631 | CYNTHIA | 773 / 375-1933 | | | |

| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | |

| INSURANCE COMPANY | POLICY NUMBER | BALANCE TYPE |
|---|---|---|
| DOI | 318545758 | |

FROM DATE:
COPAY $          THRU DATE:          DIAGNOSIS:

Patient Name:    CYNTHIA    BENSON
Patient Birthdate: 09/30/1964                 Account Number: 56631                        Page    3

02/02/2005

Cynthia Benson is here in follow up for her medial epicondylitis.  Presently
everything is recovering and is functioning nicely.   She needs to continue with the
following restrictions:

The patient will be allowed to do lifting up to 8 pounds.  The  patient should not do
repetitive lifting involving lifting for  more than 4 items without taking a rest
which would involve at  least a 15 minute rest.  The patient is not allowed to
repetitively grasp and reach overhead or in front of her to case  mail due to the
repetitive strain that this creates to the medial epicondyle on the rotator cuff
region.  The patient is not  allowed to do any repetitive data entry with keyboard,
is allowed to do occasional data entry involving typing that does not  involve data
of more than minimal information such as one or two  sentences at a time.  She should
not be doing data entry that  involves 100 to 200 words per minute for several hours
at a time, occasional data entry for purpose of documentation at her work  is o.k. to
do.  She is not allowed to do any repetitive lifting  or jerking of the arms that
involves heavier lifting than the  mentioned weight.   In terms of repetitive
activity she should  never do repetitive lifting as stated earlier.   She should only
do very low amounts for very short repetitions such as 4 times.   She can perform the
functions of a clerk or secretarial type  person.  I am only concerned about the
repetitive activities  involved in casing mail.  My experience with other patients is
that it generally exacerbates conditions that involve carpal  tunnel syndrome or
epicondylitis or impingement of the shoulder  due to the fact that the casing mail
involves several hours of  repetitively moving mail from one position to the next at
a rapid pace and this is not something that the patient is capable of  performing at
all.

This should be permanently noted.  It is not going to change.   The remainder of her
functions are intact.  She can do gross and  fine manipulation.  She is simply not
allowed to do repetitive  activities as stated earlier that involve flexion,
extension of  the wrist, elbow and shoulder.

Should you have any further questions, please feel free to  contact me directly.

Incidentally please note that answering a telephone is not a  repetitive activity and
that this problem could simply be  remedied if there was a great concern by giving
her a corded  headset that does not involve lifting a receiver.  However, I do  not
feel that repetitive lifting a telephone 25 times a day is  going to create a
problem.

AW M. BROOKER, M.D.
Signature mechanically affixed

MB/r

MIDLAND ORTHOPEDIC ASSOCIATES. S.C.

File Number: 102007312
CA-1008-D-CL

U.S. DEPARTMENT OF LABOR

US DEPT OF LABOR CENTRAL MAILROOM
DISTRICT 10
PO BOX 8300
LONDON, KY 40742-8300
Phone: (312) 596-7136

February 7, 2005

Date of Injury: 08/01/2001
Employee: CYNTHIA D. BENSON

CYNTHIA DIANE BENSON
7337 S SHORE DR
CHGO, IL 60649

Dear Sir/Madam:

This is to notify you that  72632 Bilateral epicondylitis,  has ben included as yours work related
diagnosis due to the above injury.

**Please advise all medical providers who are treating you for this injury of the accepted ICD-9
code(s). If this code needs to be revised, your doctor should explain in writing. Accurate
coding facilitates timely bill processing.**

Your file indicate you have been released to limited  duty,.

If you have any questions regarding your claim you may contact the Office at the above address.
Automated information regarding compensation payments is available 24 hours per day by phoning
1-866-OWCP IVR (1-866-692-7487). All medical providers should call 1-866-335-8319 for any and all
requests for authorization. For all inquiries regarding any and all bills, including claimant
reimbursements, contact 1-866-335-8319.

Sincerely,

Paula Spriggins
Claims Examiner

US POSTAL SERVICE
CHICAGO - SOUTH SUBURBAN MSC
INJURY COMPENSATION UNIT
6801 WEST 73RD STREET
BEDFORD PARK, IL 60499

Patient Birthdate: 09/30/1964     Account Number: 56631     P. 01/05

700-740-4060
FAX

03/02/2005

Cynthia Benson is here in follow up for her epicondylitis. She is improved with the appropriate restrictions. They have not really allowed her to work that much. I feel that she could perform 30 to 40 hours a week of lighter work but I don't know that they're really offering that for her right now. I will see her back in about 8 weeks.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/r

04/13/2005

I did a work capacity evaluation for Ms. Benson today which essentially gives her final restrictions as one to two hours of general reaching, no reaching over the shoulder, no repetitive movements of the wrist and elbow, no pushing, pulling or lifting more than 1 or 2 hours with a cart. She should only push or pull 15 pounds and she should lift only 8 pounds. She should be able to take breaks every 15 minutes for short periods of time up to 10 minutes and that should allow everything that may become inflamed to settle down. I will assess her at this point whenever she needs to.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/r

06/23/2005

Cynthia Benson is here in follow up for her carpal tunnel syndrome and cubital tunnel syndrome of both hands. She is here for filing of paperwork to obtain permanent impairment rating. I did that and I will have her follow up as needed.

She was given a job offer that does not include the original restriction that she should have, two days consecutively off, to allow her symptoms to settle down. I feel that with nerve impingement at the carpal tunnel and the cubital tunnel of both arms, she would be better off if she were allowed to rest for two consecutive days to allow this to settle down. This is the only modification of the permanent duties that I would state would be necessary. Everything else that she has been offered

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
CHICAGO, IL

Patient Name:
Patient Birthdate: 09/30/1966

P.04/05

seems acceptable.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/r

File Number: 102007312
CA-6015-O-J

U.S. DEPARTMENT OF LABOR

US DEPT OF LABOR CENTRAL MAILROOM
DISTRICT 10
PO BOX 8300
LONDON, KY 40742-8300
Phone: (312) 596-7157

March 14, 2005

Date of Injury: 08/01/2001
Employee: CYNTHIA D. BENSON

CYNTHIA DIANE BENSON
7337 S SHORE DR
CHGO, IL 60649

Dear Ms. BENSON:

Please arrange for the physician that is treating you for your employment related condition to complete the enclosed work tolerance questionnaire OWCP-5c.

We are requesting this information in order to determine the extent of your continuing employment-related disability.

Please ensure that your physician returns the completed from within 30 days.

Sincerely,

Paula Spriggins
Claims Examiner

Enclosure(s): OWCP-5c

US POSTAL SERVICE
CHICAGO - SOUTH SUBURBAN MSC
INJURY COMPENSATION UNIT
6801 WEST 73RD STREET
BEDFORD PARK, IL 60499

03/16/2005  15:49  7005639441                    USPS                              PAGE  03

**Employing Agency Portion**
For first CA-7 claim sent, complete sections 8 through 15.  10 -
For subsequent claims, complete sections 12 through 15 only.  2007312

| SECTION 8 | | | | |
|---|---|---|---|---|
| Date of Injury: | Show Pay Rate as of Base Pay | Additional Pay | Additional Pay | Additional Pay |
| Date: ___/___/___ | $ _____ per _____ | Type _____ $ ____ per ____ | Type _____ $ ____ per ____ | Type _____ $ ____ per ____ |
| Grade: _____ Step _____ | | | | |
| Date Employee Stopped Work: | | | | |
| Date: ___/___/___ | $ _____ per _____ | Type _____ | Type _____ | Type _____ |
| Grade: _____ Step _____ | | $ ____ per ____ | $ ____ per ____ | $ ____ per ____ |

Additional pay types include, but are not limited to: Night differential (ND), Sunday Premium (SP), Holiday Premium (HP), Subsistence (SUB), Quarters (QTR), etc. (List each separately)

**SECTION 9**

a. Does employee work a fixed 40-hour per week schedule?  Yes ☐  No ☐
   1. If Yes, circle scheduled days:    S    M    T    W    TH    F    S
   2. If No, show scheduled hours for the two week pay period in which work stopped. Circle the day that work stopped.

FOR EXAMPLE ONLY

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| WEEK 1 From 5/14 to 5/20 | | 8 | 4 | 6 | 6 | | |
| WEEK 2 From 5/21 to 5/27 | | 8 | | 8 | 8 | 4 | |

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| WEEK 1 From ___ to ___ | | | | | | | |
| WEEK 2 From ___ to ___ | | | | | | | |

b. Did employee work in position for 11 months prior to injury?    Yes ☐    No ☐
   If No, would position have afforded employment for 11 months but for the injury?    Yes ☐    No ☐

**SECTION 10**    On date pay stopped, was employee enrolled in:

a. Health Benefits under the FEHBP?  ☐ No  ☐ Yes  Code ☐☐☐
b. Basic Life Insurance?  ☐ No  ☐ Yes
c. Optional Life Insurance?  ☐ No  ☐ Yes  Class _____
d. A Retirement System?  ☐ No  ☐ Yes  Plan _____

**SECTION 11**    Continuation of Pay (COP) Received (Show inclusive dates):

From ___/___/___  To ___/___/___

Intermittent?   ☐ Yes — Complete Time Analysis Sheet, Form CA-7a
                ☐ No

**SECTION 12**    Show pay status and inclusive dates for period(s) claimed:

|  | | From | To | Intermittent? | |
|---|---|---|---|---|---|
| Sick Leave | From | ___/___/___ | To ___/___/___ | ☐ Yes  ☐ No | If Intermittent, complete Form CA-7a Time Analysis Sheet. |
| Annual Leave | From | ___/___/___ | To ___/___/___ | ☐ Yes  ☐ No | |
| Leave without Pay | From | 1/26/05 | To 3/11/05 | ☐ Yes  ☐ No | If leave buy back, also submit completed Form CA-7b. |
| Work | From | ___/___/___ | To ___/___/___ | ☐ Yes  ☐ No | |

**SECTION 13**    Did employee return to work?  Yes ☑  No ☐
                  If Yes, date ___/___/___

If returned, did employee return to the pre-date-of-injury job, with the same number of hours and the same duties?
Yes ☐    No ☐    If No, explain: _____

**SECTION 14**    Remarks: This woman works for Mary Kay Cosmetics & drives a "Pink car". She must have top sales to earn a vehicle. Please investigate this in "earnings" she is not reporting.

**SECTION 15**    An employing agency official who knowingly certifies to any false statement, misrepresentation, or concealment of fact, with respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on this form is true to the best of my knowledge, with any exceptions noted in Section 14, Remarks, above.

Signature _Dale C. Schultz_    Title _IC Specialist_    Date _3/16/05_

Name of Agency _____

If OWCP needs specific pay information, the person who should be contacted is:

Name _____

INJURY COMPENSATION UNIT
CENTRAL ILLINOIS DISTRICT
6801 W 73rd STREET
BEDFORD PARK IL  60499-9445

Telephone No. (708) 563-7478    Fax No. (708) 563-9441

Work Capacity Evaluation
Musculoskeletal Conditions

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

ME-OV

| Injured Worker's Name *(First, middle, last)* CYNTHIA D. BENSON | OWCP No. 102007312 | OMB No: 1215-0103 Expires: 06-31-2005 |

Please answer the questions below concerning your patient (named above) for whom the Office of Workers' Compensation Programs OWCP) has accepted the following conditions:

1a. Is the worker capable of performing his/her usual job? ☐ Yes ☒ No. If no, please explain. _attempts_
_direction, torentin, Motion of hand, (AM), cover, Labor sens, of_

Many employers can readily accommodate medical restrictions including assignment of the injured worker into an alternative work location.

b. If the claimant is unable to perform his/her usual job, is the claimant able to work for 8 hours per work day with restrictions? ☒ Yes ☐ No. If no, please provide medical reasons to support your opinion. _____

c. If less that 8 hour per workday, how many can he/she work? _____

d. Do you anticipate an increase in the number of hours this person will be able to work? ☐ Yes ☒ No

e. If yes, when will this person achieve an 8 hour workday? If no, please provide medical reasons to support your opinion _____

f. How long will the restrictions apply? _Permanent_

g. Has maximum medical improvement been reached? ☒ Yes ☐ No.

2. Please indicate whether this person has any LIMITATION in the activity listed and how many hours this person can perform each activity. If there are limitations in lifting, pulling and/or pushing, please provide the maximum number of pounds that can be handled by this person.

| Activity | Limitation | # of Hours Able to Work | | Activity | Limitation | # of Hours Able to Work | Lbs. |
|---|---|---|---|---|---|---|---|
| Sitting | ☒ Yes | 8 | | Repetitive Movements: | | | |
| Walking | Yes | 8 | | Wrists | ☒ Yes | 0 | |
| Standing | Yes | 8 | | Elbow | ☒ Yes | 0 | |
| Reaching | ☒ Yes | 1-2 | | Pushing | ☒ Yes | 1-2 without | 15 lbs |
| Reaching above Shoulder | ☒ Yes | 0 | | Pulling | ☒ Yes | 1-2 without | 15 lbs |
| Twisting | ☒ Yes | 1-3 | | Lifting | ☒ Yes | 20 | 5 lb 8 lb |
| Bending/Stooping | ☒ Yes | 1-3 | | Squatting | Yes | 8 | |
| Operating Motor Vehicle at work | ☒ Yes | 8 | | Kneeling | Yes | 8 | |
| | | | | Climbing | Yes | 8 | |
| Operating a Motor Vehicle to/from work | ☒ Yes | 8 | | Breaks: | | | |
| | | | | Duration | 10 min | Frequency | 15 minute |
| | | | | Duration | 70 min | Frequency | |

3. Are there OTHER medical facts, situational factors, equipment or devices which need to be considered in the identification of a position for this person? If so, please explain.

| 4. Physician's Name *(Type or print)* Tony McBrown | 5. Telephone 27323 5495 |
| 6. Signature | 7. Date 4/13/05 |

The information requested will assist OWCP in determining eligibility to benefits and is required to obtain or retain a benefit. (5 USC 8101 et. seq.)

**Public Burden Statement**

We estimate that it will take an average of 15 minutes per response to complete this information collection including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of Workers' Compensation Programs, U.S. Department of Labor, Room S-3229, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

DO NOT SEND THE COMPLETED FORM TO THE OFFICE SHOWN ABOVE.

Form OWCP-5c
Rev October 2001

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL C. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

ORTHOPEDIC

Combined
**Orthopaedic**
SPECIALISTS

| | | | |
|---|---|---|---|
| ☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/949-4800 | ☐ 8765 S. MERRION LANE HOMETOWN, IL 60456 708/485-1150 | ☐ 5801 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7757 | ☐ 6717 S. WESTERN AVE. CHICAGO, IL 60643 773/929-5495 |

| OFFICE VISIT (NEW) | CODE | FEE |
|---|---|---|
| LEVEL | 9920 | |
| EMERGENCY | 99058 | |
| OFFICE VISIT (established) | | |
| LEVEL | 9921 | |
| COMPLICATING | (9921__)-24 | |
| SURGICAL FOLLOW-UP | 99024 | |
| CONSULTATIONS DR. | | |
| LEVEL | 9924 | |
| SECOND OPINION (2ND) | | |
| LEVEL | 9927 | |
| IME | 96465 | |
| CASE MANAGEMENT | | |
| WITH PATIENT | 99354 | |
| W/O PATIENT | 99358 | |
| PHONE | 9987 | |

| CASTING | CODE | FEE |
|---|---|---|
| LONG ARM | 29065 | |
| SHORT ARM | 29075 | |
| LONG LEG | 29355 | |
| SHORT LEG | 29425 | |
| PLASTER(#ROLLS__) | A4580 | |
| FIBERGLASS(#ROLLS__) | A4590 | |
| UNNA BOOT | 29580 | |
| FINGER SPLINT | 29130 | |
| ELASTICS | 50280 | |
| REMOVAL CAST | 29705 | |
| WINDOW CAST | 29730 | |
| WEDGE CAST | 29770 | |
| MINOR SURGERY | | |
| | | ( ) |
| | | ( ) |
| | | ( ) |

| OTHER SERVICES | CODE | FEE |
|---|---|---|
| ASPIRATION SMALL-R/L | 20600 | |
| ASPIRATION MEDIUM-R/L | 20605 | |
| ASPIRATION LARGE-R/L | 20610 | |
| TRIGGER POINT-R/L | 20550 | |
| CELESTONE __ CC | J0704 | |
| KENALOG __ CC | J3301 | |
| DEBRIDEMENT | 11040 | |
| PIN REMOVAL | 20670 | |
| EX FIX REMOVAL | 20690 | |
| X-RAY CONSULTATION | 76140 | |
| SPECIAL REPORTS | 99080 | |
| EDUCATIONAL | 99071 | |
| MEDICAL TESTIMONY | 99075 | |
| FRACTURE CARE | ( ) | |
| OTHER | ( ) | |
| SUPPLIES | ( ) | |

9540  CARPAL TUNNEL SYNDROME

DIAGNOSIS: (

SURGERY: ( )  IPD ( )  IB ( ) IAM  DATE:
IPERATION:

( )BRO ( )CLR ( )EPT

NESTHESIA:                TESTING:

( 

DOCTOR'S SIGNATURE

DATE OF INJURY _____  FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET: ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

POOL LEVEL _____  MMI AS OF _____
( ) REGULAR DUTY: NO RESTRICTIONS AS OF _____

| NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED |
|---|
| DATE: _____  DAY: _____  TIME: _____ |

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____  DATE 04/13/05

**PATIENT INFORMATION**

**A C C O U N T   I N F O R M A T I O N**

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 04/13/05 | 2:00P  CYNTHIA | BENSON | F | 252.00 |
| CHRG. SLIP NO. 543778 JMB | DOCTOR | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT.NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545798/ | | BALANCE TYPE W | |

FROM DATE:                THRU DATE:                DIAGNOSIS:
COPAY $

File Number: 102007312
JAXLETTER136-O-J

U.S. DEPARTMENT OF LABOR

US DEPT OF LABOR CENTRAL MAILROOM
DISTRICT 10
PO BOX 8300
LONDON, KY 40742-8300
Phone: (312) 596-7157

April 26, 2005

Date of Injury: 08/01/2001
Employee: CYNTHIA D. BENSON

US POSTAL SERVICE
CHICAGO - SOUTH SUBURBAN MSC
INJURY COMPENSATION UNIT
6801 WEST 73RD STREET
BEDFORD PARK, IL 60499

Dear Sir/Madam:

We have determined that the weight of the medical evidence in this employee's case rests with Dr. Jay Brooker who has provided permanent work tolerances and limitations. Enclosed is a copy of OWCP-5 dated 4/13/2005 which outlines these permanent restrictions.

If possible, please offer this employee a permanent job within these restrictions.

Any job offer you make must be in writing and include:

1. A description of the duties to be performed;
2. The specific physical requirements of the position;
3. The geographic location;
4. The date on which the job will be available;
5. The rate of pay for the position;
6. The date by which a response from the employee to the job offer is required.

A copy of the job offer should also be forwarded to this office.

If your agency is unable to accommodate this employee with permanent light duty, please so advise.

Your earliest response would be appreciated, preferably within the next 30 days. Please note that if your agency is unable to accommodate this employee's work restrictions, we will proceed with vocational rehabilitation intervention as necessary. Thank you for your assistance.

Sincerely,

Paula Spriggins
Claims Examiner

CYNTHIA DIANE BENSON

File Number: 102007312
JAXLETTER136-O-J

7337 S SHORE DR
"CHGO, IL 60649

File Number:10 07312
1303-nyc-O-TR

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 10 CHI
LONDON, KY 40742-8300
Phone:  (312) 596-7157

May 23, 2005

Date of Injury: 08/01/2001
Employee:  CYNTHIA D. BENSON

Dr. Jay Brooker
2850 S Wabash Suite 100
Chicago Il 60616

Dear Sir/Madam:

We are asking this employee to contact you for an appointment to determine the extent of permanent
partial impairment of the wrists due to the employment injury on the date above. The AMA Guides to
the Evaluation of Permanent Impairment (Fifth Edition) is our standard for impairment rating
purposes. Please examine this employee, provide the information requested on the attachment, and
return the attachment along with this letter.

Please use a billing Form OWCP-1500a/HCFA 1500 with the claim number clearly marked in the
upper right corner. The form must contain the provider's signature in Block 25 and the tax
identification number (Social Security Number or EIN) in Block 33. The medical report must
accompany the bill to ensure prompt payment. A bill submitted without a medical report will be held
for its arrival, or returned.

If you find it necessary to obtain a consultation with another specialist or to hospitalize the claimant in
order to render a fully rationalized opinion, please contact the Office at (646) 264-3000 to obtain
further authorization

Sincerely,

Sadia Spriggins
Claims Examiner

WRIST

CYNTHIA DIANE BENSON
7337 S SHORE DR
CHGO, IL 60649

US POSTAL SERVICE
CHICAGO - SOUTH SUBURBAN MSC
INJURY COMPENSATION UNIT
6801 WEST 73RD STREET
BEDFORD PARK, IL 60499

File Number: 1    07312

**WRIST**

The AMA Guidelines provide for an impairment to be calculated based on:

A.    Loss of function due to pain, discomfort, sensory, alteration (hypesthesia, dysesthesia or hyperesthesia).

B.    Loss of function due to limitation of motion and/or ankylosis of specific joints.

C.    Loss of function due to muscle atrophy or weakness.

D.    Loss of function due to additional factors such as causalgia, instability.

Factors to be Calculated

A.    What is the intensity of the individual's wrist pain, if any? Can the discomfort or pain be localized to one particular area or nerve distribution? How does the pain or discomfort, if present, interfere with daily activity? Is there sensory loss or alteration of sensation?

_Pt has ba that Car be 9/10 with working when for fnl _____ towerem daily activity_

B.    What is the range of motion of the affected wrist compared to the opposite wrist?

1.    Dorsiflexion: Affected vs. opposite side:

_45°, 45°_ (normal dorsiflexion to 60°).

2.    Palmar flexion: Affected vs. opposite side:

_50°, 50°_ (normal to 70°).

3.    Radial deviation: Affected vs. opposite side:

_15, 15°_ (normal to 20°).

File Number: 1C  07312

4.    Ulnar deviation: Affected vs. opposite side:

_____20_,_20_____ (normal to 30°).

5.    Is there any ankylosis and, if so, which motion is fused and at what degree?

_____NO_____.

C.    Does the individual have any weakness or atrophy of the upper extremity as a result of the wrist pathology? If so, what is the estimate of the weakness and is there any measurable atrophy of the affected side vs. the opposite side? Can the weakness or atrophy, if present, be localized to a specific muscle group or a specific muscle. If grip strength is affected, what are the values on the affected side vs. the opposite side?

Are there any pinch strength changes? If so, provide the measurements for the affected side vs. the opposite side.

D.    Does the individual have any additional factors of disability, for example, wrist instability, causalgia, hypertrophic scarring?

_____NO_____

E.    What is the date of maximal improvement?

_____2/2005_____

IMPORTANT:  PLEASE COMPLETE THIS DOCUMENT, ATTACH IT TO YOUR NARRATIVE REPORT, AND ON YOUR NARRATIVE REPORT ESTIMATE THE PERCENTAGE LOSS OF STRENGTH, CITE MUSCLE GROUPS INVOLVED, AND CITE ATROPHY AND BEHAVIORAL OBSERVATIONS TO SUPPORT THE FINDINGS WHEN APPROPRIATE.

Signature: _____

File Number: 1r    07312

Date:    6/282r

JUN-02-2005  14:57    MIDLAND ORTHOPEDICS                          P.01/01

Michael G. Maday, MD
William A. Heller, MD
Stephen V. Perna, DPM
Michael C. Moran, MD
Jay M. Brooker, MD
Robert J. Szugala, MD
Gerald B Loftus, MD
(emeritus)

# Fax Transmittal Form

**To:** Cynthia Benson          **From:** Adrienne
**Fax:**
**Phone:**
                                 Phone: 773-239-549.5
                                 Fax: 773-239-1542

Urgent

For Review

Please Comment                   Date sent:
                                 Time sent:
Please Reply                     Number of pages including cover page:

Message:

John D. Sonnenberg, MD
& Dirk Nelson, MD
Michael G. Maday, MD
Stephen V. Perna, DPM
Michael C. Moran, MD
William A. Heller, MD
Jay M. Brooker, MD
Robert J. Szugala, MD

R℞ FOR **Cynthia Benson** DATE **6-2-05**

ADDRESS _____

**SAME Restrictions (two consecutive days off)**

**until Next Appt. 6-27-05**

REFILL _____ TIMES

NON REP _____

☐ MAY SUBSTITUTE _____ M.D.

☐ MAY NOT SUBSTITUTE

9717 S. Western Ave.
Chicago, Illinois 60643
(773) 239-5495
Fax (773) 239-1542

**GERALD E. LOFTUS, M.D.**
**JOHN D. SONNENBERG, M.D.**
**D. DIRK NELSON, M.D.**
**MICHAEL G. MADAY, M.D.**
**STEPHEN V. PERNS, D.P.M.**
**MICHAEL C. MORAN, M.D.**
**WILLIAM A. HELLER, M.D.**
**JAY M. BROOKER, M.D.**
**ROBERT J. STRUGALA, M.D.**

**MIDLAND**

ORTHOPEDIC
ASSOCIATES

A Member of Combined
**Orthopaedic**
SPECIALISTS

☐ 8820 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 8735 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1180

☐ 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/426-7767

☐ 9717 S. WESTERN AV
CHICAGO, IL 60646
773/238-8485

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL___ | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-RVL | 20600 | |
| EMERGENCY | 99064 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-RVL | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-RVL | 20610 | |
| LEVEL___ | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-RVL | 20550 | |
| COMPLICATING | (9921___) 24 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___cc | J3301 | |
| CONSULTATIONS DR.___ | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL___ | 9984 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (2ND) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20680 | |
| LEVEL___ | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME___ | 99456 | | WINDOW CAST | 29735 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 9995A | | ___ | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9897 | | ___ | ( ) | | OTHER | ( ) | |
| | | | ___ | ( ) | | SUPPLIES | ( ) | |

**DIAGNOSIS:** ( 3540 CARPAL TUNNEL SYNDROME

_Narrative o. DOT_

**SURGERY:** (  IPD  ) (  99  ) (  IAM  DATE: ___
**OPERATION:** ___

(BRC # SEEN W/ DEPT

**ANESTHESIA:** ___  **TESTING:** ___

X ___
**DOCTOR'S SIGNATURE**

**DATE OF INJURY** ___ **FIRST CONSULT** ___
**RETURN TO WORK:** ___
( ) NOT YET; ESTIMATED RETURN ___
( ) LIGHT DUTY ONLY AS OF ___
**RESTRICTIONS:** ___

**PRO LEVEL:** ___ **MMI AS OF** ___
( ) REGULAR DUTY; NO RESTRICTIONS AS OF ___

| NEXT APPOINTMENT: | ___ D ___ W ___ M ___ | AS NEEDED |
|---|---|---|
| DATE: ___ | DAY: ___ | TIME: ___ |

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X ___  **DATE** 6/28/05

**PATIENT INFORMATION**

# ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 06/28/05 | 7:450 | CYNTHIA BENSON | F | 252.00 |
| CHRG. SLIP NO. | DOCTOR | | LOCATION | TODAY'S CHAR |
| 567732 JMB | | BEVERLY OFFICE | | |
| ACCT. NO. | RESPONSIBLE PARTY | PHONE NO. | | TODAY'S P/ |
| 55531 | CYNTHIA | 773 / 375-1933 | | |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE |
| | .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY | | POLICY NUMBER | | BALANCE TYPE |
| DOL | | 318945758 | P | |

MIDLAND ORTHOPEDIC ASSOCIATES
2850 S. WABASH AVE.
SUITE 100
CHICAGO IL 60616

CYNTHIA BENSON

Date of note:10/17/2005

October 17, 2005

Elaine Ferguson, MD
US Postal Service Central Illinois
Performance Cluster

RE:  Cynthia Benson
Account:  56631  Birthday:  9/30/64
SS#:  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

Ms. Benson has been a patient in our office since 6/2/02. She  initially saw my partner, Dr.
John Sonnenberg a hand surgeon.  Essentially, she was diagnosed with carpal tunnel syndrome
and  developed medial and lateral epicondylitis over time as a result of repetitive over use of
both hands.  Conservative treatment and activity modification have allowed her symptoms to
settle down effectively.  She was placed on permanent restrictions as a result of the fact that
her condition only worsens in any attempt at further repetitive use of her hands.  You may want
to refer  to a narrative report from 9/20/04 that essentially summarizes all of these issues.
She had some episode of recurrence that was related to use of a new machine that was probably
involving more lifting than was initially required or recommended.  After some  therapy and
injection, she improved by 2/05.  Patient is aware of the fact that surgical treatment may
allow her to get stronger  than she is, however she is not interested in surgical treatment
for this problem.  She has improved to maximum level and has been so for quite some time at
least since 1/05 from the recent  recurrence.  She is restricted to lifting anything 8 pounds
or  less and repetitive lifting should involve 4 items or less and  then she must rest for 15
minutes if she is doing repetitions.   If she is doing low amounts of repetitions over a period
of 15  minutes to a half hour, she can continue to do her work. These restrictions are more
clearly outline in the 2/2/05 narrative  report and all of these have been forwarded in the
past to the Dept of Labor, however we will forward them again to you as well.

Sincerely yours,

By M. Brooker, M.D.

B/lm

(faxed prior to getting Dr. Brooker's signature)

Patient Name:    CYNTHIA   BENSON
Patient Birthdate: 09/30/1964                    Account Number:56631                    Page    5

Signature mechanically affixed

JMB/r


10/17/2005
See report to Dr. Elaine Ferguson.
JMB/lm


12/07/2005

Cynthia Benson is here in follow up for her medial epicondylitis.  They have given
her some new duties at work and I reviewed them with her and explained how she can do
them without causing a flare-up.  She really has to put her arm in a more
mechanically advantageous position with her arm more neutral so that she is not
repetitively flexing the wrist.  That would involve her getting a little bit lower to
the ground and it would also probably help her back as well in case she starts to
feel soreness in that region from lifting in that position.  Looking downward
repetitively can also strain the neck, and again putting her at a more level position
would help that as well.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/r


MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
CHICAGO, IL

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

12/7/05

**Combined Orthopaedic SPECIALISTS**

| | | | |
|---|---|---|---|
| ☐ 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/949-4900 | ☐ 8735 S. MERRION LANE HOMETOWN, IL 60456 708/425-1180 | ☐ 5201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7767 | ☐ 9717 S. WESTERN #1 CHICAGO, IL 60643 773/239-9430 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921__)-24 | | PLASTER/FIBROLITE | A4580 | | CELESTONE ___ CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBREGLASS/WILLITE | A4590 | | KENELOG ___ CC | J5801 | |
| CONSULTATIONS: DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29100 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | ELASTICS | 29580 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST-A | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 99456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99364 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | | ( ) | | OTHER | | |
| | | | | ( ) | | SUPPLIES | | |

__354.0 CARPAL TUNNEL SYNDROME__

DIAGNOSIS: ( )

SURGERY: ( ) IPD ( ) IME ( ) JAM DATE:
OPERATION:

ANESTHESIA: ___ TESTING:

X _____

DOCTOR'S SIGNATURE

DATE OF INJURY ___ FIRST CONSUL.___

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN ___
( ) LIGHT DUTY ONLY AS OF ___
RESTRICTIONS: ___

PDC LEVEL ___ W/M AS OF ___
( ) REGULAR DUTY; NO RESTRICTIONS AS OF ___

NEXT APPOINTMENT: ___ D ___ W ___ M ___ NOTES

DATE: ___ DAY: ___ TIME: ___

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND
I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE 12/7/05

## PATIENT INFORMATION

## A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 12/07/05 | 2:00P | CYNTHIA BENSON | F | .00 |
| CHRG. SLIP NO. 598859 JMB | DOCTOR | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT.NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY LOL | POLICY NUMBER 318545758 | | BALANCE TYPE | |

FROM DATE ___ THRU DATE ___ DIAGNOSIS

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

64 / 31
:9 / 67

**MIDLAND**

A Member of a **Combined**
**Orthopaedic** SPECIALISTS

☐ 2950 S. WABASH SUITE 100
CHICAGO, IL 60616
312/949-4500

☐ 5735 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1150

☐ 9301 S. WILLOW SPRINGS RD., #240
LA GRANGE, IL 60526
708/482-7767

☐ 9717 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-5166

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-P/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-P/L | 20605 | |
| OFFICE VISIT (ESTABLISHED) | | | LONG LEG | 29355 | | ASPIRATION LARGE-P/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29435 | | TRIGGER POINT-P/L | 20550 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4590 | | KENELOG ___CC | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20970 | |
| SECOND OPINION (NEW) | | | ELASTICS | 50280 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29700 | | X-RAY CONSULTATION | 76140 | |
| IME | 99455 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | ___ | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | ___ | ( ) | | | ( ) | |
| | | | ___ | ( ) | | OTHER | ( ) | |
| | | | ___ | ( ) | | SUPPLIES | ( ) | |

8510 CARPAL TUNNEL SYNDROME

DIAGNOSIS: ( ) ___

SURGERY: ( )BD ( )SS ( )AM  DATE: ___
OPERATION: ___

( )XRO ( )OLR ( )PT

ANESTHESIA: ___  TESTING: ___

<
**DOCTOR'S SIGNATURE**

DATE OF INJURY ___  FIRST CONSULT ___
RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN ___
( ) LIGHT DUTY ONLY AS OF ___
RESTRICTIONS: ___

PDC-LEVEL ___  MM AS OF ___
( ) REGULAR DUTY NO RESTRICTIONS AS OF ___

NEXT APPOINTMENT: ___ W ___ M ___ AS NEEDED
DATE: ___  DAY: ___  TIME: ___

HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X ___  DATE ___

PATIENT INFORMATION

F/U

# A C C O U N T   I N F O R M A T I O N

11:0

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 08/21/06 | 10:45A | CYNTHIA BENSON | F | .00 |
| CHRG. SLIP NO. 648401 JMB | DOCTOR | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT. NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 .00 | OVER 60 OVER 30 .00 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 100489215/ / | | BALANCE TYPE W A | |

FROM DATE: 11  THRU DATE: ___  DIAGNOSIS:

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

**ORTHOPEDIC**
ASSOCIATES

A Member of the **Combined Orthopaedic** SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4800

☐ 2735 S. MERRION LANE
HOMETOWN, IL 60456
708/436-1180

☐ 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/485-7767

☐ 9717 S. WESTERN AV
CHICAGO, IL 60643
773/233-6466

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99052 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29405 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 )-84 | | PLASTER(ROLLS___) | A4580 | | CELESTONE ___cc | JO704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(ROLLS___) | A4590 | | KENELOG ___cc | J3301 | |
| CONSULTATIONS, PR | | | UNNA BOOT | 29580 | | | | |
| LEVEL | 99__ | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| SECOND OPINION (IME) | | | ELASTICS | 90280 | | PIN REMOVAL | 20670 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | EX FIX REMOVAL | 20680 | |
| IME | 99456 | | WINDOW CAST | 29730 | | X-RAY CONSULTATION | 76140 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | SPECIAL REPORTS | 99080 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | EDUCATIONAL | 99071 | |
| W/O PATIENT | 99358 | | | | | MEDICAL TESTIMONY | 99075 | |
| PHONE | 9957 | | | ( ) | | FRACTURE CARE | ( ) | |
| | | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( ) 3549 CARPAL TUNNEL SYNDROME

SURGERY: ( )SD ( )23 )AM  DATE:
OPERATION:

_____ ( )SRO ( )OLR ( )EPT

ANESTHESIA: _____ TESTING: _____

X _____
DOCTOR'S SIGNATURE

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK:
( ) NOT YET: ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES. AND I
HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____ DATE 11-20-06

PATIENT INFORMATION
HAND F/U

PT did NOTGO
for EMG
Results

**A C C O U N T   I N F O R M A T I O N**

| DATE | TIME | PATIENT | SEX M F | PREVIOUS BALANCE |
|---|---|---|---|---|
| 11/20/06 CHRG. SLIP NO. | 2:30P DOCTOR | CYNTHIA BENSON | F | .00 |
| 569233 TMB ACCT.NO. | RESPONSIBLE PARTY | LOCATION BEVERLY OFFICE PHONE NO. | | TODAY'S CHARGES |
| 56631 RECAP: | CYNTHIA | 773 / 375-1933 | | TODAY'S PAYMENT |
| OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 INSURANCE COMPANY | .00 | .00 POLICY NUMBER | .00 BALANCE TYPE | |
| DOL | | 100489215/ | | |

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL O. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

**MIDLAND**

A Member of... Combined
**Orthopaedic** SPECIALISTS

| | | |
|---|---|---|
| ☐ 2820 S. WABASH SUITE 100 CHICAGO, IL 90616 312/842-4800 | ☐ 5736 S. MERRION LANE HOMETOWN, IL 90456 708/424-1150 | ☐ 5301 S. WILLOW SPRINGS RD., #840 LA GRANGE, IL 90525 708/482-7787 | ☐ 9717 S. WESTERN AVE. CHICAGO, IL 90645 773/399-8456 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9820 | | LONG ARM | 29055 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL 3 | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921 )-24 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4590 | | KENELOG CC | J8501 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (DATE) | | | ELASTICS | 60250 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| IME | 90456 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | | ( ) | FRACTURE CARE ( ) | | |
| PHONE | 9907 | | | | ( ) | | | |
| | | | | | ( ) | OTHER ( ) | | |
| | | | | | ( ) | SUPPLIES ( ) | | |

DIAGNOSIS: ( )

RO/THY: ( ) JBD ( ) JBB ( ) JAM DATE:

OPERATION:

( )BRC ( )OLR ( )EPT

ESTHESIA: TESTING:

DOCTOR'S SIGNATURE

DATE OF INJURY_____ FIRST CONSULT_____

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN_____
( ) LIGHT DUTY ONLY AS OF_____
RESTRICTIONS: _No repetitive use of hands_
_twenty limited lbs on the_
_limited mechanics_

PDC LEVEL_____ MM AS OF_____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF_____

NEXT APPOINTMENT:_____ D_____ W_____ M_X_ AS NEEDED
DATE:_____ DAY:_____ TIME:_____

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE 1-24-07

PATIENT INFORMATION

# A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/24/07 | 3:15P | CYNTHIA BENSON | F | 95.11 |
| CHRG. SLIP NO. DOCTOR | | LOCATION | | TODAY'S CHARGES |
| 691815 TMB | | BEVERLY OFFICE | | |
| ACCT NO. RESPONSIBLE PARTY | | PHONE NO. | | TODAY'S PAYMENT |
| 56631 CYNTHIA | | 773 / 375-1933 | | |
| RECAP: OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY | POLICY NUMBER | | BALANCE TYPE | |
| DOL | 1004592157 | | W O | |
| FROM DATE: | THRU DATE: | | DIAGNOSIS: | |
| COPAY $ | | | | |