07 C 7100

**File Date:** ~~07cv 7110~~

**Case No:** _____

**ATTACHMENT #** _____

**EXHIBIT** Exhibit C _____

**TAB (DESCRIPTION)** _____

# EXHIBIT C

## Limited Duty Job Offer Assignment





 **UNITED STATES POSTAL SERVICE**
**LIMITED DUTY JOB OFFER ASSIGNMENT-68**

Employee: BENSON CYNTHIA
SSN: 318·54·5758
Job Title: DISTRIBUTION CLERK
Tour of Duty: P.T.F
Geographical Location: O.I.D

OWCP Claim#: 402007512
DOI: 8·1·02
Level/Step:
N/B Days Off: PTF (SUN)
Salary:
EFFECTIVE DATE: 2.27.03

**CTION 1:**

a USPS is officially offering you the following modified assignment which lists a description of the duties assigned along with physical requirements to perform the assigned tasks. This modified assignment is offered to you in good faith and is tailored meet your physical needs. You are hereby instructed to work within those medically defined restrictions and you must submit dical documentation beyond 30, 60, 90 DAYS .

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR PHYSICAL DOCUMENTATION, THE /THIS JOB OFFER CONSIST OF
ANSWERING THE USPS (MATTESON, IL 60443) PHONE, OBTAINING INFORMATION FOR CUSTOMER
and LOBBY. SWEEPS (ASSISTING CUSTOMER W/ VACATION HOLD MAIL) IN BETWEEN STUDYING
MESON/OLYFLD SCHEME, READING USPS MANUAL, SAFETY AWARNESS.

ASED ON MEDICAL DATED 2.25.03 , THIS JOB WAS DEVELOPED TO CONFORM WITH THE
FOLLOWING PHYSICAL RESTRICTIONS.

NDING N/A
KING N/A
RYING WEIGHT 2.5 lb
LING WEIGHT 2.5 lb
STING . N/A
CHING

SITTING N/A
LIFTING WEIGHT
PUSHING WEIGHT
BENDING N/A
CLIMBING HEIGHT N/A
DRIVING N/A

a USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments
a in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty
ıment. *Please indicate your decision  by signing in the appropriate space below your acceptance or rejection.  In accordance*
9 CFR 10.507, this job offer must be returned to the ICCO within Two days of your receipt .

ordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable
or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

-  ( ) I accept the above job offer_____
                                                                                Date

( ) I reject the above job offer _____
                                                                                Date

for refusal:  EMPLOYEE  DID NOT WANT  TO SIGN
— SHE WANTS  TO TAKE  THE  LIMITED DUTY  JOB
ASSIGNMENT  TO HER  DOCTOR

ısed By_____
                                                       Date Authorized_____

d Duty Job Offer Assignment No—





# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT-68

Employee: BENSON CYNTHIA
SSN: 318·54·5758
Job Title: DISTRIBUTION CLERK
Tour of Duty: P.T.F
Geographical Location: C.I.D

OWCP Claim#: 402007312
DOI: 8·1·01
Level/Step:
N/S Days Off: PTF (SUN)
Salary:
EFFECTIVE DATE: 2·27·03

**SECTION 1:**

The USPS is officially offering you the following modified assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This modified assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within those medically defined restrictions and you must submit medical documentation beyond 30, 60, 90 DAYS.

### DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR PHYSICAL DOCUMENTATION, THE /THIS JOB OFFER, CONSIST OF ANSWERING THE USPS (MATTESON, IL 60443) PHONE, OBTAINING INFORMATION FOR CUSTOMER W/ LOBBY· SWEEPS (ASSISTING CUSTOMER W/ VACATION HOLD MAIL) IN BETWEEN STUDYING MATTESON/OLYMPID SCHEME, READING USPS MANUAL, SAFETY AWARNESS.

BASED ON MEDICAL DATED 2·25·03 , THIS JOB WAS DEVELOPED TO CONFORM WITH THE FOLLOWING PHYSICAL RESTRICTIONS.

STANDING N/A
WALKING N/A
CARRYING WEIGHT12.5¼
PULLING WEIGHT 12.5
TWISTING N/A
REACHING

SITTING N/k
LIFTING WEIGHT
PUSHING WEIGHT
BENDING N/A
CLIMBING HEIGHT N/k
DRIVING N/k

Where USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in strict compliance with any physical activity restrictions existing at the time the modified assignment is made to the limited duty assignment. Please indicate your decision, by signing in the appropriate space below your acceptance or rejection. In accordance 20 CFR 10.307, this job offer must be returned to the ICCO within Two days of your receipt.

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is not entitled to compensation.

( ) I accept the above job offer _____

_____ Date

( ) I reject the above job offer _____

_____ Date

Reason for refusal: EMPLOYEE DID NOT WANT TO SIGN, C. BENSON WANTED TO WAIT UNTIL TOMORROW TO MAKE HER DECISE + C.S.A.JACKSON — C.E.R INFORM HER SHE NEED TO DECIDE AS OF THIS JOB OFFER

Authorized By _____

Date Authorized _____

Limited Duty Job Offer Assignment 74



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT-68

Employee: BENSON CYNTHIA
SSN: 318·54·5758
Job Title: DISTRIBUTION CLERK
Tour of Duty: P.T.F
Geographical Location: O.I.D

OWCP Claim: A02007312
DOI: 8·1·01
Level/Step:
N/S Days Off: PTF (SUN)
Salary:
EFFECTIVE DATE: 2·27·03

**SECTION 1:**

the USPS is officially offering you the following modified assignment which lists a description of the duties assigned along with a physical requirements to perform the assigned tasks. This modified assignment is offered to you in good faith and is tailored meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit dical documentation beyond **30, 60, 90 DAYS**

### DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR PHYSICAL DOCUMENTATION, THE /THIS JOB OFFER CONSIST OF
ANSWERING THE USPS (NATESON, IL 60443) PHONE. OBTAINING INFORMATION FOR CUSTOMER
IN LOBBY. SWEEPS (ASSISTING CUSTOMER W/VACATION HOLD MAIL) IN BETWEEN STUDYING
STETSON/OLYMPIC SCHEME, READING USPS MANUAL, SAFETY AWARNESS.

BASED ON MEDICAL DATED **2·25·03**, THIS JOB WAS DEVELOPED TO CONFORM WITH THE
FOLLOWING PHYSICAL RESTRICTIONS.

STANDING N/A
WALKING N/A
CARRYING WEIGHT? 5LB
PULLING WEIGHT 34B
LIFTING N/A
REACHING

SITTING N.K.
LIFTING WEIGHT
PUSHING WEIGHT
BENDING N/A
CLIMBING HEIGHT N/A
DRIVING N/A

are USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments
be in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty
nment. *Please indicate your decision by singing in the appropriate space below your acceptance or rejection. In accordance*
*20 CFR 10.507, this job offer must be returned to the ICCO within Two days of your receipt.*

cordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable
or who refuses or neglects to work after suitable work is offered, is not entitled to compensation.

( ) I accept the above job offer _Cynthia D. Benson_ _3/3/03_
                                                                        Date

( ) I reject the above job offer _____
                                                                        Date

a for refusal: _____
_____    Date
_____
_____
_____

rized By_____    Date Authorized_____

d Duty Job Offer 4 changes and

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

**MIDLAND**

ORTHOPÆDIC

**Orthopædic** SPECIALISTS
A Member of Combined

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4500

☐ 3735 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1150

☐ 6201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7797

☐ 8831 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-5466

| OFFICE VISIT (NEW) | CODE | FEE | | CASTING | CODE | FEE | | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | | LONG ARM | 29065 | | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | | SHORT ARM | 29075 | | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | | LONG LEG | 29355 | | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | | SHORT LEG | 29425 | | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921, J-24) | | | PLASTER(ROLLS__) | A4580 | | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | | FIBERGLASS(ROLLS__) | A4590 | | | KENALOG ___CC | J0301 | |
| CONSULTATIONS DR. | | | | UNNA BOOT | 29580 | | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | | FINGER SPLINT | 29130 | | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | | ELASTICS | 50290 | | | EX FIX REMOVAL | 20690 | |
| LEVEL | 9927 | | | REMOVAL CAST | 29705 | | | X-RAY CONSULTATION | 76140 | |
| IME | 99455 | | | WINDOW CAST | 29730 | | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | | WEDGE CAST | 29770 | | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99354 | | | MINOR SURGERY | | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | | | ( ) | | FRACTURE CARE | ( ) | |
| PHONE | 9937 | | | | | ( ) | | OTHER | ( ) | |

DIAGNOSIS: ( )

URGERY: ( ) ISD ( ) IES ( ) IAM DATE:

PERATION:

IESTHESIA: , TESTING:

DOCTOR'S SIGNATURE

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
    RESTRICTIONS: _____

FDO-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

IEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND ERIBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

( ) _____ DATE _____

## ACCOUNT INFORMATION

PATIENT INFORMATION

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 02/25/03 | 8:45A | CYNTHIA BENSON | F | .00 |

| CHRG. SLIP NO. | DOCTOR | LOCATION | TODAY'S CHARGE |
|---|---|---|---|
| 396092JMB | | BEVERLY OFFICE | |

| ACCT. NO. | RESPONSIBLE PARTY | PHONE NO. | TODAY'S PAYM'T |
|---|---|---|---|
| 5B531 | CYNTHIA | 773 / 875-1933 | |

| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | |

| INSURANCE COMPANY | POLICY NUMBER | BALANCE TYPE |
|---|---|---|
| DOL | 310043758 | W |

FROM DATE _____     THRU DATE _____     DIAGNOSIS



# UNITED STATES POSTAL SERVICE
# LIMITED DUTY JOB OFFER ASSIGNMENT-68

**Employee:** BENSON CYNTHIA
**SSN:** XXX 34 5750
**Job Title:** DISTRIBUTION CLERK
**Tour of Duty:** PTF
**Geographical Location:** O. T. D

**OWCP Claim#:** 102007312
**DOI:** 8 · 1 · 01
**Level/Step:**
**N/S Days Off:** PTF (SUB)
**Salary:**
**EFFECTIVE DATE:** 5·19·03 ( UPDATED )

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within those medically defined restrictions and you must submit medical documentation beyond **50, 60, 80**

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR PHYSICAL DOCUMENTATION, THE /THIS JOB OFFER CONSIST OF
THE FOLLOWING : ANSWERING THE USPS (MATTESON, IL 60443) PHONE, OBTAINING
INFORMATION FOR CUSTOMER CALL, LOBBY SWEEPS (ASSISTING CUSTOMER W/ VACATION
HOLD MAIL (PARCEL PICK UP) STUDYING SCHEDULE / USPS MANUAL, SAFETY AWARENESS

**LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED AND BASED ON MEDICAL DATED 5·12·03**

**STANDING** N/A
**WALKING** N/A
**CARRYING WEIGHT** 2.5 LB
**PULLING WEIGHT** 2.5 LB
**TWISTING** N/A
**REACHING**

**SITTING** N/A
**LIFTING WEIGHT**
**PUSHING WEIGHT**
**BENDING** N/A
**CLIMBING HEIGHT** N/A

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, *all job assignments will be in strict compliance* with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision* by signing in the appropriate space below and return this job offer to the ICCO within *five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

[ ✗ ] I accept the above job offer   *Cynthia D Benson*   5/21/03
                                                           **Date**

[   ] I reject the above job offer _____
                                                           **Date**

**Reason for refusal:** _____
                                           **Date**

47.17  November 1999 (US.000.0000)

**...FTUS, M.D.**
**J. SONNENBERG, M.D.**
**MICHAEL G. MADAY, M.D.**
**STEPHEN V. PERNS, D.P.M.**
**MICHAEL C. MORAN, M.D.**
**WILLIAM A. HELLER, M.D.**
**JAY M. BROOKER, M.D.**
**MICHELLE A. JAWORSKI, M.D.**

**MIDLAND**

Orthopaedic

A Member of... **Combined Orthopaedic** SPECIALISTS

2880 S. WABASH SUITE 100
CHICAGO, IL 60616
312/949-4600

3735 S. MERRION LANE
HOMETOWN, IL 50456
708/425-1150

5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 50555
708/482-7787

6631 W. WESTERN AVE.
CHICAGO, IL 60643
773/263-5495

| OFFICE VISIT (NEW) | CODE | FEE |
|---|---|---|
| LEVEL | 9920 | |
| EMERGENCY | 99058 | |

OFFICE VISIT (established)
LEVEL ___ 9921
COMPLICATING (9901)__.)24
SURGICAL FOLLOW-UP 99024

CONSULTATIONS DR. ___
LEVEL ___ 9924

SECOND OPINION (IME)
LEVEL ___
IME ___ 9927 99455

CASE MANAGEMENT
WITH PATIENT 99354
W/O PATIENT 99355
PHONE 9937

| CASTING | CODE | FEE |
|---|---|---|
| LONG ARM | 29065 | |
| SHORT ARM | 29075 | |
| LONG LEG | 29355 | |
| SHORT LEG | 29425 | |
| PLASTER(#ROLLS__) | A4580 | |
| FIBERGLASS(#ROLLS__) | A4590 | |
| UNNA BOOT | 29580 | |
| FINGER SPLINT | 29180 | |
| ELASTICS | 50290 | |
| REMOVAL CAST | 29705 | |
| WINDOW CAST | 29730 | |
| WEDGE CAST | 29770 | |

MINOR SURGERY

726.31 MEDIAL EPICONDYLITIS

| OTHER SERVICES | CODE | FEE |
|---|---|---|
| ASPIRATION SMALL-R/L | 20600 | |
| ASPIRATION MEDIUM-R/L | 20605 | |
| ASPIRATION LARGE-R/L | 20610 | |
| TRIGGER POINT-R/L | 20550 | |
| CELESTONE __CC | J0704 | |
| KENELOG __CC | J3301 | |
| DEBRIDEMENT | 11040 | |
| PIN REMOVAL | 20670 | |
| EX FIX REMOVAL | 20690 | |
| X-RAY CONSULTATION | 76140 | |
| SPECIAL REPORTS | 99080 | |
| EDUCATIONAL | 99071 | |
| MEDICAL TESTIMONY | 99075 | |

DIAGNOSIS: ( )

FRACTURE CARE ( )
OTHER ( )
SUPPLIES ( )

DATE OF INJURY: ___ FIRST CONSULT ___
RETURN TO WORK: ___
( ) NOT YET, ESTIMATED RETURN ___
( ) LIGHT DUTY ONLY AS OF ___
RESTRICTIONS: ___

SURGERY: ( )SO ( )SS ( )AM DATE: ___
OPERATION: ___

ANESTHESIA: ___ ( )BRO ( )OLR ( )EPT
TESTING: ___

PDC-LEVEL ___ MMI AS OF ___
( ) REGULAR DUTY; NO RESTRICTIONS AS OF ___

DOCTOR'S SIGNATURE

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED
DATE: ___ DAY: ___ TIME: ___

HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

___ DATE 5/21/03

**PATIENT INFORMATION**

## A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 05/21/03 | 2:00P | CYNTHIA BENBON | F | .00 |

CHRG. SLIP NO. 414605 JNB
DOCTOR
LOCATION BEVERLY OFFICE
TODAY'S CHARGES

ACCT NO. 56631
RESPONSIBLE PARTY CYNTHIA
PHONE NO. 773 / 375-1933
TODAY'S PAYMENT

RECAP: .00
OVER 90 .00
OVER 90 .00
OVER 90 .00
CURRENT .00
BALANCE DUE

INSURANCE COMPANY DOL
POLICY NUMBER 318545758/
BALANCE TYPE

FROM DATE:
COPAY $
THRU DATE:
DIAGNOSIS:



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT-68

Employee: BENSON CYNTHIA
SSN: 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
Job Title: PTF DISTRIBUTION CLERK
Tour of Duty:
Geographical Location: C.I.D

OWCP Claim#: 1CR007512
DOI: 8-01-01
Level/Step:
N/S Days Off: PTF (SUN)
Salary:
EFFECTIVE DATE: 8-13-03

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond __30 DAYS__.

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR PHYSICAL DOCUMENTATION. THE /THIS JOB OFFER CONSIST OF THE FOLLOWING:
• ANSWERING THE PHONE (ASSITING CUSTOMERS REG. CALL) LOBBY SWEEPS (CUSTOMERS W/ FACTION MAIL).
25% 25%
WORKING THROUGH THE CASE (HITTING HOW TO HOTCASE) AND UBBM (AS NEEDED) ASSIST WITH
25%
RIFLING THROUGHT OPS LETTER TRAYS. AND STUDYING SCHEME, READING USPS MANUAL & SAFETY AWARENESS

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED
AND BASED ON MEDICAL DATED __7-10-03__

STANDING W/A
WALKING N/A
CARRYING WEIGHT 2.5 LB
PULLING WEIGHT 2.5 LB
TWISTING N/A
REACHING

SITTING N/A
LIFTING WEIGHT 0
PUSHING WEIGHT 0
BENDING N/A
CLIMBING HEIGHT N/A

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty assignment. _Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within five days of your receipt_.

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is _not_ entitled to compensation.

{ } I accept the above job offer

{ } I reject the above job offer    Cynthia D Benson    Date 8/13/03

Reason for refusal: Declai Will Sent a more Clion
Description to limited Duty
Presented by my delegate Refuse
this job offer

41-17, November 1998 (52479-9998)



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT- 68

Employee: BENSON CYNTHIA
SSN: 98 34 5758
Job Title: PTF DST. CLERK
Tour of Duty:
Geographical Location: C.J.b

OWCP Claim#: 102007312
DOI: JUK 1 01
Level/Step:
N/S Days Off: PTF (SUN)
Salary:
EFFECTIVE DATE: 8-14-03

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond 30 DAYS.

### DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR LATEST PHYSICAL LIMITATIONS / DOCUMENTATION. THE /THIS JOB OFFER CONSIST OF THE FOLLOWING : ANSWERING PHONE (ASSITING CUSTMERS PER CALL) LOBBY SWEEPS (CUSTOMERS W/VACATION HOLD), IN BETWEEN STUDYING MATERSENS /DLY RD SCHEME, REVIEW USPS MANUAL, SAFETY AWARNESS

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED
AND BASED ON MEDICAL DATED 7-10-03

STANDING N/A
WALKING N/A
CARRYING WEIGHT 2LB
PULLING WEIGHT 2.5
TWISTING N/A
REACHING

SITTING N/A
LIFTING WEIGHT
PUSHING WEIGHT
BENDING N/A
CLIMBING HEIGHT N/A

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty assignment. Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within five days of your receipt.

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is not entitled to compensation.

( X ) I accept the above job offer _Cynthia D Benson_  8-14-03
                                                    Date

( ) I reject the above job offer _____
                                                    Date

Reason for refusal: _____
                                        Date



John D. Sonnenberg, MD
D. Dirk Nelson, MD
Michael G. Maday, MD
William A. Heller, MD
Stephen V. Parise, DPM
Michael C. Moran, MD
Jay M. Brooker, MD
Michelle A. Jaworski, MD
Gerald F. Lofthus, MD
(Emeritus)

Reconstructive Orthopedics
Fracture Management
Sports Medicine
Arthroscopy
Hand Surgery
Foot/Ankle Disorders

August 13, 2003

To Whom It May Concern,

Ms. Cynthia Benson is unable to perform any job duties that consist of working throw back case, UBBM and rifling through trays.

If you have any questions, please feel free to contact me.

Sincerely,



Jay M. Brooker M.D.
JMB/amc

3850 S. Wabash
Suite 100
Chicago, Illinois 60616
(312) 842-4000
Fax (312) 842-8690

8735 S. Merrian Lane
Hometown, Illinois 60456
(708) 425-1130
Fax (708) 425-9654

5201 S. Willow Springs Rd.
Suite 340
LaGrange, Illinois 60525
(708) 482-7797
Fax (708) 482-7988

Visit us on the web: www.midlandortho.com • E-mail: info@midlandortho.com

TOTAL P.01



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT-68

Employee: BENSON CYNTHIA
SSN: 318. 54. 5758
Job Title: DISTRIBUTION CLERK
Tour of Duty: PTF
Geographical Location: CLA

OWCP Claim#: 102.007812
DOI: 8-01-01
Level/Step:
N/S Days Off: PTF (SUN.)
Salary:
EFFECTIVE DATE:

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond 30&0.00

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR WORK CAPACITY EVALUATION (DATED FEB 2004) THIS JOB OFFER CONSIST OF
ANSWERING THE USPS (60498) PHONE, OBTAINING INFORMATION PER CUSTOMER CALL,
LOBBY SWEEP (VACATION HOLD & 3849 SLIP'S WITHIN YOUR LIMITATION), ASSIST W/ WRITING UP 2ND & FINAL
NOTICE, ASSIST W/ACCEPTING ACCOUNTABLES AND W/ (ORDER) POWERS & GATHERING USPS MANUAL & SAFETY AWARENESS

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED
AND BASED ON MEDICAL DATED 2-17-04

STANDING
WALKING
CARRYING WEIGHT
PULLING WEIGHT
TWISTING
REACHING

SITTING
LIFTING WEIGHT
PUSHING WEIGHT
BENDING
CLIMBING HEIGHT

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in *strict compliance* with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

{  } I accept the above job offer _____

{ ✓ } I reject the above job offer _Cynthia D B____   Date 3/5/04

Reason for refusal: _____

AJ-17, November 1998 (68499-9998)

Patient Name:  Cynthia Benson.          Number:  56631
Patient Birthdate:  09/30/64

## FEBRUARY 12, 2004

If you refer to the notes from 8/05/03.  Essentially the patient has been
developing symptoms of numbness and tingling in the 4th and 5th digits
despite modifications in her activity to protect her carpal tunnel.  These
modifications have been implemented.  She has only been working 4 hour days
but initially they had modified her duty and now they still have her doing
repetitive keyboarding, repetitive throwing, repetitive lifting or
repetitive grasping.  As long as she continues to do this her symptoms will
continue to be exacerbated.  The reason that she is developing
epicondylitis and ulnar nerve entrapment symptoms has to do with the fact
that the patient now to spare her symptoms in her wrist is modifying the
way that she is using her hand to involve repetitive movements involving
the elbow and resting her elbow upon the table in order to avoid excessive
motion of the wrist.

Unfortunately when she does this, it does create excessive friction at the
ulnar nerve and is creating a neuropathy at this point as well.  If she had
a continuous modification of her duty to a window job where she is not
doing repetitive throwing and keyboard entry, she would be able to perform
full time duty.   If she is shifted to full time duty in her previous
occupation, she will very quickly end up with worsening of her symptoms of
the requirement of surgery.  The best way to have her produce a full-time
employment would be to have her modify her activities completely and
permanently.  This involves no  repetitive throwing, no repetitive lifting,
no lifting over 10 pounds and very limited data entry to about 10 to 15% of
her employment time.

Please also review the time period of 12/27/03 to 1/23/04.  She has never
been instructed to work more than 4 hour days at this point and therefore
due to the fact that her employment is greater than 4 hour days, she has
never had this duty modified thus far unless you are able to make these
permanent modifications and thus if she is working under my recommendations
of working 1/2 day, she should not be penalized for doing so.

Jay M. Brooker, M.D.
signature mechanically affixed

JMB/ch
cc:  Department of Labor, Dale Schultz

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL G. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

Combined
Orthopaedic
SPECIALISTS

| | | 3280 W. WABASH SUITE 100<br>CHICAGO, IL 60615<br>312/842-4400 | | 8735 S. MERRION LANE<br>HOMETOWN, IL 60456<br>708/425-1500 | | 8901 S. WILLOW SPRINGS RD., #240<br>LA GRANGE, IL 60625<br>708/482-7767 | | 9931 S. WESTERN AVE.<br>CHICAGO, IL 60643<br>773/298-5498 |

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9991 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9991 )x4 | | PLASTER(#ROLLS) | A4580 | | CELESTONE ___ cc | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS) | A4590 | | KENELOG ___ cc | J3301 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | | | |
| | | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| LEVEL | 9924 | | ELASTICS | 90580 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (IME) | | | | | | EX FIX REMOVAL | 20680 | |
| LEVEL | | | REMOVAL CAST | 29705 | | | | |
| IME | 9927 | | WINDOW CAST | 29730 | | X-RAY CONSULTATION | 76140 | |
| | 99456 | | WEDGE CAST | 29770 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | | | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 99364 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 99358 | | | | | | | |
| PHONE | 9997 | | | ( ) | | FRACTURE CARE | ( ) | |
| | | | | ( ) | | | | |
| 3543 CARPAL TUNNEL SYNDROME | | | | ( ) | | OTHER | ( ) | |
| | | | | | | SUPPLIES | ( ) | |

DIAGNOSIS: ( )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____

SURGERY: ( )90 ( )90 ( )AM  DATE: _____
OPERATION: _____

RESTRICTIONS: _____
_____
_____
_____
_____

( ) P.D.L. _____ MM AS OF _____
( ) REGULAR DUTY: NO RESTRICTIONS AS OF _____ this is date

ANESTHESIA: _____ TESTING: _____

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED
DATE: _____ DAY: _____ TIME: _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE 2/12/04

PATIENT INFORMATION

A C C O U N T   I N F O R M A T I O N

| DATE | TIME | PATIENT | | SEX: M  F | PRIOR BALANCE |
|---|---|---|---|---|---|
| 02/12/04 | 8:15A | CYNTHIA | BENSON | F | 79.00 |
| CHRG. SLIP NO.<br>452523  JMB | DOCTOR | | LOCATION<br>BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT. NO.<br>56631 | RESPONSIBLE PARTY<br>CYNTHIA | | PHONE NO.<br>773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | | |
| INSURANCE COMPANY<br>DDI | | POLICY NUMBER<br>318545758/ | | BALANCE TYPE | |

FROM DATE: _____ THRU DATE: _____ DIAGNOSIS: _____
COPAY $ _____

**CENTRAL ILLINOIS PERFORMANCE CLUSTER**
**UNITED STATES**
**POSTAL SERVICE**

| National Reassessment Initiative Modified Assignment Offer Assessment Worksheet | | Date: April 15, 2004 | |
|---|---|---|---|
| **For Use With Limited Duty Cases Only!** | | | |
| Note: Placing an individual in an administrative position, who can perform productive Operations work, requires District and Area approval. | | | |
| Employee Name CYNTHIA BENSON | DOI 08/01/2001 | SSN 318545758 | OWCP Claim # 102007312 |
| Office/Work Location (Name) MATTESON | Pay Loc 102 | Date of Injury Employee Position Title DISTRIBUTION CLERK | |

| WORK HOURS: | | OFF DAYS: |
|---|---|---|
| LOCATION: | | LEVEL/STEP: |
| EFFECTIVE DATE: | | SALARY: |
| POSITION TITLE: (MODIFIED) | | OCC CODE: |

**Part 2 – Job Assignment Identification**

Supervisor: List duties employee is capable of performing within their medical restrictions. Provide detailed information below with approximate amount of time work is available in each duty, i.e.: 30 minutes sweeping mail, 2 hours casing letters, 1 hour casing flats, 2 hours delivering Express Mail, etc. List all productive work prior to non-productive work.

| Job Duty/Task/Activity (Example) Letter Carrier/casing letters | Amount of Time 2 hours | LDC/OPN 21/722 |
|---|---|---|
| ➤ | | |
| ➤ | | |
| ➤ | | |
| ➤ | | |
| ➤ | | |
| ➤ | | |
| ➤ | | |
| ➤ | | |

| Avg Time Spent | | | Avg Time Spent | | |
|---|---|---|---|---|---|
| Lifting/Carrying | | | Walking | | |
| Pushing/Pulling | | | Standing | | |
| Bending | | | Sitting | | |
| Stooping | | | Reaching Above Shoulder | | |
| Kneeling | | | Driving | | |

| Name of Supervisor/Manager Completing Worksheet | | Office |
|---|---|---|
| Supervisor/Manager Signature | | Phone |

**COMPLETE AND RETURN TO THE INJURY COMPENSATION CONTROL OFFICE WITHIN 24 HOURS OR FAX TO 708-563-9441**

MedUpdatesand 2488trRequest.doc



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT-68

**Employee:** BENSON CYNTHIA
**SSN:** 318 54 5758
**Job Title:** P.T.F
**Tour of Duty:**
**Geographical Location:**

**OWCP Claim#:** 102 007312
**DOI:** AUG 01 2001
**Level/Step:**
**N/S Days Off:** PTF (SUN)
**Salary:**
**EFFECTIVE DATE:** 5-14-04

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond _3060.00_

### DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR WORK CAPACITY EVALUATION & WITHIN YOUR LATEST PHYSICAL RESTRICTIONS THIS JOB OFFER CONSIST OF THE FOLLOWING: ANSWERING PHONE (ASSISTING CUSTOMER PER CALL) LOBBY SWEEPS (OXPERIENCE VACATION HOLD) LOG /FAX HOLD SHIPMENT (SCAN BUS SCAN) W BETWEEN, STUDY B SCHEME & BRING UPS MANUAL & STEPS AWARENESS

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED AND BASED ON MEDICAL DATED _05.11.2004_

STANDING N/A
WALKING N/A
CARRYING WEIGHT 10 LBs
PULLING WEIGHT 10 LBs
TWISTING N/A
REACHING

SITTING N/A
LIFTING WEIGHT 10 LBS
PUSHING WEIGHT
BENDING N/A
CLIMBING HEIGHT

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in *strict compliance* with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision, by signing in the appropriate space below and return this job offer to the IOOO within five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

(X) I accept the above job offer _Cynthia B Benson_   _5/14/04_
                                                      Date

( ) I reject the above job offer _____

Reason for refusal: _____                    Date
_____
_____
_____

43-17, November 1998 (40499-9913)

05/30/01

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

A Member of **Combined**
**Orthopaedic** SPECIALISTS

☐ 3250 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4600

☐ 3736 S. MERRION LANE
HOMETOWN, IL 60456
708/435-1150

☐ 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7787

☐ 9717 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-5495

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (ESTABLISHED) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921) 94 | | PLASTER(#ROLLS___) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS___) | A4590 | | KENELOG ___CC | J8301 | |
| CONSULTATIONS OR. | | | UNNA BOOT | 29580 | | | | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| SECOND OPINION (NEW) | | | ELASTICS | 60250 | | PIN REMOVAL | 20670 | |
| LEVEL | 9927 | | REMOVAL CAST | 29705 | | EX FIX REMOVAL | 20680 | |
| IME | 99456 | | WINDOW CAST | 29730 | | X-RAY CONSULTATION | 76140 | |
| CASE MANAGEMENT | | | WEDGE CAST | 29770 | | SPECIAL REPORTS | 99080 | |
| WITH PATIENT | 99354 | | MINOR SURGERY | | | EDUCATIONAL | 99071 | |
| W/O PATIENT | 99358 | | | | ( ) | MEDICAL TESTIMONY | 99075 | |
| PHONE | 9947 | | | | ( ) | FRACTURE CARE | | ( ) |
| 3540 CARPAL TUNNEL SYNDROME | | | | | ( ) | OTHER | | ( ) |
| DIAGNOSIS ( ) | | | | | ( ) | SUPPLIES | | ( ) |

SURGERY: ( ) SD ( ) SS ( ) AM. DATE: ___
OPERATION: ___

DATE OF INJURY ___ FIRST CONSULT ___

RETURN TO WORK: ___
( ) NOT YET, ESTIMATED RETURN ___
( ) LIGHT DUTY ONLY AS OF ___
RESTRICTIONS: Max work 5hrs X3-4 day on Present activities. No repetitive motion. No lifting over 10lbs with (R) dominant arm

POC-LEVEL ___ MMI AS OF Depend upon
( ) REGULAR DUTY/NO RESTRICTIONS AS OF ___

ANESTHESIA: ___ TESTING: ___

NEXT APPOINTMENT: ___ D ___ W ___ M ___ AS NEEDED
DATE: ___ DAY: ___ TIME: ___

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

DATE 5/11/04

**PATIENT INFORMATION**

**ACCOUNT INFORMATION**

| DATE | TIME | PATIENT | SEX: M F | PRIOR BALANCE |
|---|---|---|---|---|
| 05/11/04 | 9:15A | CYNTHIA BENSON | F | 75.00 |
| CHING. SLIP NO. 492574 | DOCTOR JMB | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT. NO. 35631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: .00 | OVER 90 .00 | OVER 60 .00 | OVER 30 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY IDOL | POLICY NUMBER 315545758/ | | W P | BALANCE TYPE |
| FROM DATE: | THRU DATE: | | | DIAGNOSIS: |
| COPAY $ | | | | |



# UNITED STATES POSTAL SERVICE
# LIMITED DUTY JOB OFFER ASSIGNMENT-68

Employee: BENTON CYNTHIA
SSN: 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
Job Title: P.T.F
Tour of Duty:
Geographical Location:

OWCP Claim#: 102007312
DOI: AUG 01 2001
Level/Step:
N/S Days Off: PTF (SUN)
Salary:
EFFECTIVE DATE:

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond _3060.90_

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR WORK CAPACITY EVALUATION & WITHIN YOUR LATEST PHYSICAL
RESTRICTIONS THIS JOB OFFER CONSIST OF THE FOLLOWING: ANSWERING
PHONE (ASSETING CUSTOMER PER CALL) LOBBY SWEEPS (CUSTOMERS VACATION HOLD)
LOG/FAX DOOR SHIPMENT (SCAN 8/25 FORM) CW RETURN STUDY B SCHEME & READING USPS MANUAL & SAFETY AWARENESS

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED
AND BASED ON MEDICAL DATED _06/02/04_

STANDING N/A
WALKING N/A
CARRYING WEIGHT 10LBS
PULLING WEIGHT 10LBS
TWISTING N/A
REACHING

SITTING N/A
LIFTING WEIGHT 10LBS
PUSHING WEIGHT
BENDING N/A
CLIMBING HEIGHT

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in *strict compliance* with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

{ } I accept the above job offer _____

                   **Date**

{ } I reject the above job offer _____

Reason for refusal: _____
                   **Date**

_____
_____
_____

43-17, November 1995 (60493-9996)

Case 1:07-cv-07100    Document 7-3    Filed 01/04/2008    Page 19 of 50

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
MICHELLE A. JAWORSKI, M.D.

MIDLAND ORTHOPAEDIC ASSOCIATES

A Member of Combined Orthopaedic SPECIALISTS

2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/949-4500

6735 S. MERRION LANE HOMETOWN, IL 60456 708/422-1180

6201 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/482-7767

9717 S. WESTERN AVE. CHICAGO, IL 60643 773/239-5498

**DIAGNOSIS:** CARPAL TUNNEL SYNDROME

Cervical radiculopathy

DATE OF INJURY ___ FIRST CONSULT ___

RETURN TO WORK:
( ) NOT YET, ESTIMATED RETURN ___
(X) LIGHT DUTY ONLY AS OF ___
RESTRICTIONS: ___

( ) REGULAR DUTY; NO RESTRICTIONS AS OF ___

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX M/F | PRIOR BALANCE |
|---|---|---|---|---|
| 05/32/04 | 2:30P | CYNTHIA BENSON | F | 75.00 |

PATIENT INFORMATION

*Shannon gone to ...*
*on 8/9/04 at 918m*



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT-68

Employee: BENSON CYNTHIA
SSN: 318·54·5768
Job Title: P.T.F
Tour of Duty:
Geographical Location:

OWCP Claim#: 102007812
DOI: AUG 01 2001
Level/Step:
N/S Days Off: PTF (SUN)
Salary:
EFFECTIVE DATE:

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond *3060.00*

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR WORK CAPACITY EVALUATION & WITHIN YOUR LATEST PHYSICAL RESTRICTIONS THIS JOB OFFER CONSIST OF THE FOLLOWING: ANSWERING PHONE (ASSISTING CUSTOMERS PER CALL) LOBBY SWEEPS (CUSTOMERS VACATION HOLD) LOG / FAX DOOR CHECKLIST (SCAN BOX BOOK) IN RETURNED STORABLE SCHEME & REVIEW USPS MANUAL & CLERK AWARENESS

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED AND BASED ON MEDICAL DATED 7.11.04

STANDING N/A
WALKING N/A
CARRYING WEIGHT 10LBS
PULLING WEIGHT 10LBS
TWISTING N/A
REACHING

SITTING N/A
LIFTING WEIGHT 10LBS
PUSHING WEIGHT
BENDING N/A
CLIMBING HEIGHT

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in *strict compliance* with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

{ } I accept the above job offer _[signature] C(ynthia) D. Benson_   8.9.2004
                                                                      Date

{ } I reject the above job offer _____
                                                          Date

Reason for refusal: _____
                                            Date

_____
_____
_____



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT-68

**Employee:** CYNTHIA BENSON
**SSN:** 5758
**Job Title:** PTF DIST CLERK
**Tour of Duty:**
**Geographical Location:**

**OWCP Claim#:** 102-007312
**DOI:** AUG 01 2001
**N/S Days Off:** ROTATING
**Salary:**
**EFFECTIVE DATE:**

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within those medically defined restrictions and you must submit medical documentation beyond 30-60-90 (10-5-04)

### DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR WORK CAPACITY MEDICAL DOCUMENTATION & YOUR LATEST RESTRICTION: THIS JOB OFFER WILL CONSIST OF THE FOLLOWING - ANSWERING PHONE (ASSISTING CUSTOMERS LOBBY SWEEPS & B25 DROP SHIPMENT etc AND BEING A GREETER, FLUNK ADVISOR (DIRECTING CUSTOMER WILL THE NEWLY ARRIVED POSTAL CENTER) THE 2 DAYS CONSECUTIVE ARE UNWARRANTY (SHE MUST HANDLE somniti ALL WORK ASSIST WELL AS ADVISE TO NORMAL something

*LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED*
AND BASED ON MEDICAL DATED 9-03-04

| | |
|---|---|
| STANDING | SITTING |
| WALKING | LIFTING WEIGHT |
| CARRYING WEIGHT | PUSHING WEIGHT |
| PULLING WEIGHT | BENDING |
| TWISTING | CLIMBING HEIGHT |
| REACHING | |

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is not entitled to compensation.

[ ] I accept the above job offer _____

**Date** _____ OK to go limited but 40 hrs/wk - MUST be 2 consecutive days of No lifting/repetitive w at wrist/arm Due to Carpal tunn syndro

[✓] I reject the above job offer *Cynthia D Benson*
**Date** _____

Reasons for refusal: *Following Doctor Order for 2 Consecutive Day off*

**MIDLAND ORTHOPEDIC ASSOCIATES**
9717 So. WESTERN AVE.
CHICAGO, IL 60643

4J-17, November 1988 (58499-9998)



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT.
68

Employee: CYNTHIA BENSON
SSN: 575B
Job Title: PTF DIST CLERK
Tour of Duty:
Geographical Location:

OWCP Claim: 102-007312
DOI: AUG 01 2001
Level/Step:
N/S Days Off: ROTATING
Salary:
EFFECTIVE DATE:

## SECTION 1:

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond  ~~90-60-90~~  (10-30)

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR WORK CAPACITY MEDICAL DOCUMENTATION & YOUR LATEST RESTRICTIONS
THIS JOB OFFER WILL CONSIST OF THE FOLLOWING: ANSWERING PHONE (ASSISTING CUSTOMER
LOBBY SWEEPS & B125 DEPLOYMENT AND BEING A CUSTOMER SERVICE ADVISER/GREETING
(WINDOW) WILL BE NOW ADDED TOTAL (EXTRA) ALL WORK ASSIGNED ARE UNIFORMLY PER HER MENTAL CONDITION WILL/IS ADHERE TO MENTAL CONDITION
THE 2 DAYS CONSECUTIVE

LIMITED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED
AND BASED ON MEDICAL DATED    9-03-04

STANDING
WALKING
CARRYING WEIGHT
PULLING WEIGHT
TWISTING
REACHING

SITTING
LIFTING WEIGHT
PUSHING WEIGHT
BENDING
CLIMBING HEIGHT

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision by signing in the appropriate space below and return this job offer to the KCCV within five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is not entitled to compensation.

[✓] I accept the above job offer ___Cynthia D Benson___    Date _____

[ ] I reject the above job offer _____    Date _____

Reason for refusal: _Following Doctor orders_
_of this conservative Dry off_

OK to do limited duty
40 hrs/wk — MUST HAVE
2 consecutive days off rest
NO REPETITIVE/REPETITIVE USE
of hands DUE TO
CARPAL TUNNEL
SYNDROME

1996 (68499-9998)

MIDLAND ORTHOPEDIC ASSOCIATES
9717 So. WESTERN AVE.
CHICAGO, IL 60643

9-B04



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT-
68

Employee: CYNTHIA BENTON
SSN: 5758
Job Title: PTF CLERK
Tour of Duty:
Geographical Location:

OWCP Claim#: 10200731.2
DOI: AUG 1 2001
Level/Step:
N/S Days Off: PTF
Salary:
EFFECTIVE DATE:

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within those medically defined restrictions and you must submit medical documentation beyond ___OCT 5 2004 OR 30 DAYS___

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR WORK CAPACITY MEDICAL DOCUMENTATION (LATEST RESTRICTIONS). THIS
JOB OFFER CONSIST OF THE FOLLOWING: BEING A CUSTOMER SERVICE ADVISOR (AUTOMATED POSTAL CENTER)
FOR A PERIOD OF 30 DAYS; LOBBY SWEEPS, PS25 DROPSHIPMENT LOG & HELP CLEARING CARRIERS & PHONE
ALL LIMITED DUTY JOB ASSIGNMENT WHEN APPLICABLE.

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED
AND BASED ON MEDICAL DATED ___9-03-04___

STANDING
WALKING
CARRYING WEIGHT
PULLING WEIGHT
TWISTING
REACHING

SITTING
LIFTING WEIGHT
PUSHING WEIGHT
BENDING
CLIMBING HEIGHT

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, *all* job assignments will be in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

[X] I accept the above job offer   *Cynthia D Benson*   9-15.04
                                                           Date

[ ] I reject the above job offer _____
                                                           Date

Reason for refusal: _____   _____
                                                           Date

47-17, November 1996 (6649-9956)

95/95/91

OHN D. SONNENBERG, M.D.
DIRK NELSON, M.D.
IICHAEL Q. MADAY, M.D.
TEPHEN V. PERNS, D.P.M.
ICHAEL C. MORAN, M.D.
ILLIAM A. HELLER, M.D.
Y M. BROOKER, M.D.
ICHELLE A. JAWORSKI, M.D.

**MIDLAND**

Orthopedic

A Member of **Combined Orthopædic** SPECIALISTS

| | | | |
|---|---|---|---|
| 2850 S. WABASH SUITE 100 CHICAGO, IL 60616 312/343-1800 | 8755 S. MERRION LANE HOMETOWN, IL 60466 708/422-1180 | 8201 S. WILLOW SPRINGS RD., #940 LA GRANGE, IL 60825 708/488-7757 | 9717 S. WESTERN AVE. CHICAGO, IL 60643 773/289-5405 |

| FICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| EVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-AVL | 20600 | |
| MERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-A/L | 20605 | |
| FICE VISIT (established) | | | LONG LEG | 29855 | | ASPIRATION LARGE-R/L | 20610 | |
| EVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-A/L | 20550 | |
| MPLICATING | (9921 )-24 | | PLASTER(#ROLLS ) | A4580 | | CELESTONE cc | J0704 | |
| RGICAL FOLLOW-UP | 99024 | | FIBERGLASS(#ROLLS ) | A4590 | | KENALOG cc | J8801 | |
| NSULTATIONS DR. | | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| VEL | 9934 | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| OND OPINION (2nd) | | | ELASTICS | 50295 | | IX FIX REMOVAL | 20680 | |
| VEL | 9927 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| L | 99455 | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| SE MANAGEMENT | | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| TH PATIENT | 99354 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| O PATIENT | 99358 | | | | ( ) | FRACTURE CARE | ( ) | |
| ONE | 9937 | | | | ( ) | | | |
| | | | | | ( ) | OTHER | ( ) | |
| | | | | | ( ) | SUPPLIES | ( ) | |

GNOSIS: (          )   3540   CARPAL TUNNEL SYNDROME

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF ___9/23/04___

ERV: ( )SD ( )S8 ( )AM  DATE:
ATION:

RESTRICTIONS:
*Old to do limited duty*
*40 hr wk*
*by wear 2 carpal splints*
*day & night on other wk btw mostly*

PDO-LEVEL _____ MMI AS OF ___ wk 6m )

( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

HESIA: _____   TESTING

NEXT APPOINTMENT: ____ D ____ W ____ M ____ s NEEDED
DATE: _____   DAY: _____   TIME: _____

DOCTOR'S SIGNATURE

BY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND
BY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE _____

## ACCOUNT INFORMATION

IENT INFORMATION

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 09/03/04 | 1145P | CYNTHIA BENSON | F | 75.00 |
| CHRG. SLIP NO. DOCTOR | | LOCATION | | TODAY'S CHARGES |
| 507743 TMR | | BEVERLY OFFICE | | |
| ACCT.NO. RESPONSIBLE PARTY | | PHONE NO. | | TODAY'S PAYMENT |
| 56631 CYNTHIA | | 773 / 375-1933 | | |
| RECAP: OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY | POLICY NUMBER | | | BALANCE TYPE |
| DOL | 319545758/ / | | W P | |

FROM DATE:                THRU DATE:
COPAY $                                 DIAGNOSIS:



# UNITED STATES POSTAL SERVICE
## LIMITED DUTY JOB OFFER ASSIGNMENT-68

Employee: CYNTHIA BENSON
SSN: 5758
Job Title: PTF CLERK
Tour of Duty:
Geographical Location:

OWCP Claim#: 102007312
DOI: 8·1·2001
Level/Step:
N/B Days Off: PTF
Salary:
EFFECTIVE DATE:

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond ___30 DAYS / (11·22·04 (N.O.V)___

### DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR WORK CAPACITY MEDICAL DOCUMENTATION (LATEST RESTRICTIONS)
THIS JOB OFFER CONSIST OF THE FOLLOWING: BEING A CUSTOMER SERVICE ADIVOR (AUTO POSTAL CENTER)
LOBBY SWEEPS, P.O.S. DROP SHIPMENT, HELP CLEARING CARRIERS & PHONE SERVICE
AND READING USPS MANUALS

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED
AND BASED ON MEDICAL DATED OCT 20·04

STANDING
WALKING
CARRYING WEIGHT
PULLING WEIGHT
TWISTING
REACHING

SITTING
LIFTING WEIGHT
PUSHING WEIGHT
BENDING
CLIMBING HEIGHT

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty assignment. _Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within five days of your receipt._

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is _not_ entitled to compensation.

( V ) I accept the above job offer    _Cynthia D Benson_    10/25/04
                                                            Date

( ) I reject the above job offer _____

Reason for refusal: _____    Date
_____
_____
_____
_____

4J-17, November 1998 (60499-9796)

95/30/01

P. 05/05

Patient Name:     CYNTHIA   BENSON
Patient Birthdate: 09/30/1966               Account Number: 56631                Page    2

John D. Sonnenberg, MD
D. Dirk Nelson, MD
Michael G. Maday, MD
William A. Bailes, MD
Stephen V. Poms, DPM
Michael C. Noens, MD
Jay M. Brockman, MD
Robert J. Strugala, MD
Gerald F. Loftus, MD
        (emeritus)

Patient Name:     CYNTHIA   BENSON
Patient Birthdate: 09/30/1966               Account Number: 56631

10/25/2004

Cynthia Benson is here in follow up for her wrist. She is improved. As long as we
continue with restrictions that I've recommended in the past, these continue to be
permanent. They have not done that as of yet and she'll continue to need to follow
up as long as they keep doing it in this way. So I will see her in a month.

JAY M. BROCKMAN, M.D.
Signature mechanically affixed

JMB/r

11/08/2004

Ms. Benson is here in follow up for her hands. Presently, she has been having pain
in her elbow region. She has been developing tenderness and swelling over the
medial epicondyle of the elbow. On exam, she has tenderness and obvious swelling
over the medial epicondyle with pain with resisted flexion at the wrist. The
repetitive movements that create her carpal tunnel syndrome can generate
epicondylitis as well. I think she has had lateral epicondylitis in the past as
well. Presently, she is doing too much repetitive flexion and is creating medial
epicondylitis. She needs to keep her hand in a more neutral position. She can wear
her tennis elbow brace over the medial aspect of her elbow. If things do not settle
down, we may need to go down the road of needing injections or therapy.

JAY M. BROCKMAN, M.D.
Signature mechanically affixed

JB/lm

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
CHICAGO, IL

TOTAL P. 05

JOHN D. SONNENBERG, M.D.
DIRK NELSON, M.D.
SOHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
SOHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
RAY M. BROOKER, M.D.

MIDWEST

ORTHOPAEDIC

A Member of Combined
Orthopaedic SPECIALISTS

[ ] 2850 S. WABASH SUITE 120 CHICAGO, IL 60616 312/949-4800
[ ] 9780 S. MERRION LANE HOMETOWN, IL 60456 708/423-1180
[ ] 8301 S. WILLOW SPRINGS RD., #340 LA GRANGE, IL 60525 708/485-7757
[ ] 9717 S. WESTERN AVE. CHICAGO, IL 60543 773/239-3400

| OFFICE VISIT (NEW) | CODE | FEE |
|---|---|---|
| LEVEL | 9920 | |
| EMERGENCY | 9938 | |
| OFFICE VISIT (ESTABLISHED) | | |
| LEVEL | 9921 | |
| COMPLICATING | (9921__)-24 | |
| SURGICAL FOLLOW-UP | 99024 | |
| CONSULTATIONS - DR. | | |
| LEVEL | 9924 | |
| SECOND OPINION (IME) | | |
| LEVEL | 9927 | |
| IME | 99455 | |
| CASE MANAGEMENT | | |
| WITH PATIENT | 99364 | |
| W/O PATIENT | 99358 | |
| PHONE | 9937 | |

| CASTING | CODE | FEE |
|---|---|---|
| LONG ARM | 29065 | |
| SHORT ARM | 29075 | |
| LONG LEG | 29355 | |
| SHORT LEG | 29435 | |
| PLASTER(#ROLLS__) | A4580 | |
| FIBERGLASS(#ROLLS__) | A4590 | |
| UNNA BOOT | 29580 | |
| FINGER SPLINT | 29130 | |
| ELASTICS | 29280 | |
| REMOVAL CAST | 29705 | |
| WINDOW CAST | 29730 | |
| WEDGE CAST | 29770 | |

MINOR SURGERY

| OTHER SERVICES | CODE | FEE |
|---|---|---|
| ASPIRATION SMALL-R/L | 20600 | |
| ASPIRATION MEDIUM-R/L | 20605 | |
| ASPIRATION LARGE-R/L | 20610 | |
| TRIGGER POINT-R/L | 20550 | |
| CELESTONE ___CC | J0704 | |
| KENELOG ___CC | J3301 | |
| DEBRIDEMENT | 11040 | |
| PIN REMOVAL | 20670 | |
| X-RAY FIX REMOVAL | 20680 | |
| X-RAY CONSULTATION | 76140 | |
| SPECIAL REPORTS | 99080 | |
| EDUCATIONAL | 99071 | |
| MEDICAL TESTIMONY | 99075 | |
| FRACTURE CARE | ( ) | |
| OTHER | ( ) | |
| SUPPLIES | ( ) | |

0040  CARPAL TUNNEL SYNDROME

DIAGNOSIS: ( )

DATE OF INJURY _____  FIRST CONSULT _____
RETURN TO WORK
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS:

SURGERY: ( )  IBD ( )  29 ( )  MM  DATE _____
OPERATION:

PDC-LEVEL _____  MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

ANESTHESIA:  TESTING:

NEXT APPOINTMENT: _____ D  W  M  AS NEEDED
DATE: _____ DAY _____ TIME _____

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

DATE 10. 2004

PATIENT INFORMATION

## ACCOUNT INFORMATION

| DATE | TIME | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|
| 10/20/04 | 2:45P | CYNTHIA    BENSON | F | 116.00 |
| CHRG. SLIP NO. 513993 JNB | DOCTOR | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT.NO. 56531 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP: | OVER 90 | OVER 60 | OVER 30 | CURRENT | BALANCE DUE |
| .00 | .00 | .00 | .00 | .00 | |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545755/ | | BALANCE TYPE W P | |

FROM DATE:  THRU DATE:  DIAGNOSIS:
COPAY $ 0

 **UNITED STATES POSTAL SERVICE**

## LIMITED DUTY JOB OFFER ASSIGNMENT-68

**Employee:** CYNTHIA BENSON
**SSN:** 5758
**Job Title:** PTF CLERK
**Tour of Duty:**
**Geographical Location:**

**OWCP Claim#:** 102007312
**DOI:** 8.1.2001
**Level/Step:**
**N/S Days Off:** PTF
**Salary:**
**EFFECTIVE DATE:**

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond ____90 DAYS / 12-29-04 (N.D.V)____

### DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

WITHIN YOUR WORK CAPACITY MEDICAL DOCUMENTATION (LATEST RESTRICTIONS) THIS JOB OFFER CONSIST OF THE FOLLOWING: BEING A CUSTOMER SERVICE ADVISOR (AUTO POSTAL CENTER) LOBBY SWEEPS, B125 DROP SHIPMENT, HELP CLEARING CARRIERS & PHONE SERVICE AND READING USPS MANUALS

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED AND BASED ON MEDICAL DATED / 11-29-04

STANDING
WALKING
CARRYING WEIGHT
PULLING WEIGHT
TWISTING
REACHING

SITTING
LIFTING WEIGHT
PUSHING WEIGHT
BENDING
CLIMBING HEIGHT

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

(X) I accept the above job offer _____Cynthia D. Benson_____  12/7/04
                                                                           Date

( ) I reject the above job offer _____

Reason for refusal: _____                                          Date

4J-17, November 1996 (50405-5098)

09/30/01

Patient Birthdate: 09/30/1964                Account Number: 56431

11/23/2004

Cynthia Benson is here in follow up for her medial epicondylitis in her hands.
Basically the cause of the epicondylitis is the same repetitive activities that
aggravated her carpal tunnel syndrome, repetitive flexion at the wrist. I'm going to
have her undergo some therapy to help improve this situation and I will see her back
in a month.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/r


12/30/2004

Cynthia Benson is here in follow up for her medial epicondylitis that is related to
the carpal tunnel syndrome related to the repetitive activities that develop flexion
at the wrist. She's only begun therapy last week and actually should improve with
rest and therapy. Therapy alone does not seem to help thus far because she continues
to do the same activities at work and we're going to stop that for a couple of weeks
and see if we can get her to improve effectively. If I can't get it to settle down
completely, I will also inject the area.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/r


01/12/2005

Cynthia Benson is here in follow up for her medial epicondylitis. She is improving
but has not fully improved as of yet. I would recommend she complete the therapy and
if she has not gotten full relief, I would also recommend I inject the area.

JAY M. BROOKER, M.D.
Signature mechanically affixed

MB/r


MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
CHICAGO, IL

JERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.

MIDWEST

A Member of Combined
**Orthopaedic**
SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 60616
312/842-4600

☐ 8731 S. MERRION LANE
HOMETOWN, IL 60456
708/422-1160

☐ 8801 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/482-7727

☐ 9717 S. WESTERN AVE.
CHICAGO, IL 60643
773/239-6455

| | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9930 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921_)-24 | | PLASTER/ROLLS___ | A4580 | | CELESTONE ___CC | J5704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS/ROLLS ___ | A4590 | | KENALOG ___CC | J9301 | |
| LEVEL | 9924 | | UNNA BOOT | 29580 | | DEBRIDEMENT | 11040 | |
| | | | FINGER SPLINT | 29130 | | PIN REMOVAL | 20670 | |
| LEVEL | 9937 | | ELASTICS | 50290 | | EX FIX REMOVAL | 20680 | |
| | 90452 | | REMOVAL CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| | | | WINDOW CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| | 99354 | | WEDGE CAST | 29770 | | EDUCATIONAL | 99071 | |
| | 99348 | | | | | MEDICAL TESTIMONY | 99075 | |
| | 9907 | | MINOR SURGERY | | | FRACTURE CARE | ( ) | |
| | | | | ( ) | | OTHER | | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( ) 3542 CARPAL TUNNEL SYNDROME

DATE OF INJURY_____ FIRST CONSULT_____

RETURN TO WORK:_____

( ) NOT YET; ESTIMATED RETURN_____
( ) LIGHT DUTY ONLY AS OF_____

SURGERY: ( )SD ( )ES ( )AM DATE:_____
ASPIRATION:_____

RESTRICTIONS:_____

( )BRC ( )OLA ( )EPT

ANESTHESIA:_____ TESTING:_____

PDC-LEVEL_____ MMI AS OF_____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF_____

NEXT APPOINTMENT:_____D _____W _____M
AS NEEDED
DATE: 12/29  DAY:_____ TIME: 3:00 P

DOCTOR'S SIGNATURE

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN. REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND
I ALSO AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_____ DATE _____

PATIENT INFORMATION

# A C C O U N T   I N F O R M A T I O N

| PATIENT INFORMATION | DATE | | PATIENT | SEX M F | PRIOR BALANCE |
|---|---|---|---|---|---|
| NAME | 11/29/04 | | CYNTHIA BENSON | F | 158.00 |
| DIAG. SLIP NO. 521325 | | DOCTOR TMB | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
| ACCT NO. 55631 | | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| .00 OVER 90 | .00 OVER 60 | .00 OVER 30 | CURRENT .00 | | BALANCE DUE |
| INSURANCE COMPANY | POLICY NUMBER 318545758 | | BALANCE TYPE | | |
| DOL | | | | | |
| FROM DATE: | THRU DATE: | | DIAGNOSIS: | | |



# UNITED STATES POSTAL SERVICE
# LIMITED DUTY JOB OFFER ASSIGNMENT-68

**Employee:** CYNTHIA BENSON
**SSN:** 5758
**Job Title:** PTF CLERK
**Tour of Duty:**
**Geographical Location:**

**OWCP Claim#:** 102007312
**DOI:** AUG 1 2001
**Level/Step:**
**N/S Days Off:**
**Salary:**
**EFFECTIVE DATE:**

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond  3O DAYS  OR  NEXT DOCTOR VISIT

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

ALL WORK WILL BE WITHIN YOUR WORK CAPACITY MEDICAL DOCUMENTATION/RESTRICTIONS
ACCOUNTABLE CAGE (KEYS, MXD, AND SIGNING OUT ACCOUNTABLE MAIL) LOBBY SWEEPS, CUSTOMER SERVICE ADVISOR
(AUTOMATED POSTAL CENTER), PHONE SERVICE, 8125 DROP SHIPMENT LOG/FAX, AND OTHER CLERK FUNCTIONS
WITHIN YOUR RESTRICTIONS.

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED
AND BASED ON MEDICAL DATED  JAN 12 2005

**STANDING-**
**WALKING-**
**CARRYING WEIGHT** LbLb
**PULLING WEIGHT** LbLb
**TWISTING -**
**REACHING-**

**SITTING -**
**LIFTING WEIGHT** LbLb
**PUSHING WEIGHT -**
**BENDING -**
**CLIMBING HEIGHT -**

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, all job assignments will be in strict compliance with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision by signing in the appropriate space below and return this job offer to the ICOO within five days of your receipt.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

( ) I accept the above job offer _____

_____ Date

( ) I reject the above job offer _____

_____ Date

Reason for refusal:

_____

_____

_____

_____

43-17, November 1998 (60495-0998)

05/30/01



# UNITED STATES POSTAL SERVICE
# LIMITED DUTY JOB OFFER ASSIGNMENT-68

**Employee:** CYNTHIA BENSON
**SSN:** 3750
**Job Title:** PTF CLERK
**Tour of Duty:**
**Geographical Location:**

**OWCP Claim#:** 102.007510-
**DOI:** AUG 12001
**Level/Step:**
**N/S Days Off:**
**Salary:**
**EFFECTIVE DATE:**

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within these medically defined restrictions and you must submit medical documentation beyond _30 DAYS  OR  NEW CONTRACT_

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

ALL WORK WILL BE WITHIN YOUR WORK CAPACITY MEDICAL DOCUMENTATION/RESTRICTIONS _____ LOBBY DUTIES, CUSTOMER SERVICE (ADVISOR _____), PRICE SERVICE, 8125 DROP SHIPMENT LOG/FAX, AND OTHER CLERK FUNCTIONS WITHIN YOUR RESTRICTIONS.

LISTED BELOW ARE PHYSICAL RESTRICTIONS FROM WHICH THE JOB WAS DEVELOPED AND BASED ON MEDICAL DATED _JAN 12, 2005_

**STANDING -**
**WALKING -**
**CARRYING WEIGHT** total -
**PULLING WEIGHT** total -
**TWISTING -**
**REACHING -**

**SITTING -**
**LIFTING WEIGHT** lbs -
**PUSHING WEIGHT -**
**BENDING ...**
**CLIMBING HEIGHT -**

Future USPS operations might require a change in your place of duty and/or assignment. However, all job assignments will be in strict compliance with your physical activity restrictions existing at the time the change is made to the limited duty assignment. Please indicate your decision to decline in the appropriate space below and return this job offer to the ECCO within five days of your receipt.

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is not entitled to compensation.

[X] I accept the above job offer _Cynthia D Benson_   2/8/05
                                                        Date

[ ] I reject the above job offer _____   _____
                                                            Date

Reason for refusal: _____
_____
_____
_____

CA-17, November 1986 (USPS 4000)

D. DINA NELSON, M.D.
MICHAEL G. MADAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.

**MIDLAND**
ORTHOPEDIC
ASSOCIATES

A Member of the **Combined**
**Orthopaedic** SPECIALISTS

☐ 2850 S. WABASH SUITE 100
CHICAGO, IL 80616
312/842-4800

☐ 8755 S. MERRION LANE
HOMETOWN, IL 60456
708/425-1180

☐ 5201 S. WILLOW SPRINGS RD., #340
LA GRANGE, IL 60525
708/433-7767

☐ 9717 S. WESTERN AVE.
CHICAGO, IL 60643
773/389-8446

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER SERVICES | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29065 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL 3 | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921__)-24 | | PLASTER(ROLLS__) | A4580 | | CELESTONE ___ CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(ROLLS___) | A4590 | | KENELOG ___ CC | J8801 | |
| CONSULTATIONS DR. | | | UNNA BOOT | 29580 | | | | |
| LEVEL | 9924 | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| SECOND OPINION (init) | | | ELASTICS | 50860 | | PIN REMOVAL | 20670 | |
| LEVEL | 9927 | | | | | EX FIX REMOVAL | 20680 | |
| IME | 99466 | | REMOVAL CAST | | | | | |
| CASE MANAGEMENT | | | WINDOW CAST | 29705 | | X-RAY CONSULTATION | 76140 | |
| WITH PATIENT | 99354 | | WEDGE CAST | 29730 | | SPECIAL REPORTS | 99080 | |
| W/O PATIENT | 99358 | | | 29770 | | EDUCATIONAL | 99071 | |
| PHONE | 9127 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| | | | | ( ) | | FRACTURE CARE | ( ) | |
| | | | | ( ) | | | ( ) | |
| DIAGNOSIS: ( 3540 CARPOL TUNNEL SYNDROME ) | | | | ( ) | | OTHER | ( ) | |
| | | | | ( ) | | SUPPLIES | ( ) | |

DIAGNOSIS: ( )

SURGERY: ( )BD ( )BS ( )AM DATE:
OPERATION:

( )BRC ( )CLR ( )EPT

ANESTHESIA: _____ TESTING: _____

**DOCTOR'S SIGNATURE**

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES AND I HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

_Cynthia D Ben_ DATE _____

DATE OF INJURY _____ FIRST CONSULT _____
RETURN TO WORK:
( ) NOT YET; ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____ 1/26
RESTRICTIONS: _Should Not be doing_
_Mentioned in clearing_
_it order by one star_
_No repetitive seating lifting_

PDC-LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY; NO RESTRICTIONS AS OF _____

NEXT APPOINTMENT _____ D __3__ W __ M __ AS NEEDED
DATE: _2/2/05_ DAY: _Wed_ TIME: _2.00_

**PATIENT INFORMATION**

**ACCOUNT INFORMATION**

| DATE | TIME | PATIENT | SEX M/F | PRIOR BALANCE |
|---|---|---|---|---|
| 01/12/05 | 2:00P | CYNTHIA BENSON | F | 174.00 |

| CHRS. SLIP NO. 531831 JMB | DOCTOR | LOCATION BEVERLY OFFICE | | TODAY'S CHARGES |
|---|---|---|---|---|
| ACCT. NO. 56631 | RESPONSIBLE PARTY CYNTHIA | PHONE NO. 773 / 375-1933 | | TODAY'S PAYMENT |
| RECAP .00 | OVER 90 .00 | OVER 60 .00 | CURRENT .00 | BALANCE DUE |
| INSURANCE COMPANY DOL | POLICY NUMBER 318545758/ | | BALANCE TYPE H P | |
| FROM DATE: | THRU DATE: | | DIAGNOSIS: | |
| COPAY $ 0 | | | | |

INJURY COMPENSATION CONTROL OFFICE
CENTRAL ILLINOIS PERFORMANCE CLUSTER
UNITED STATES
POSTAL SERVICE

## MODIFIED JOB OFFER ASSIGNMENT

| Employee Name CYNTHIA BENSON | DOI 08/01/2001 | SSN 318545758 | OWCP Claim # 102007312 |
|---|---|---|---|
| Office/Work Location (Name) MATTESON | Pay Loc 102 | Date of Injury Employee Position Title DISTRIBUTION CLERK | |

| WORK HOURS: | |
|---|---|
| LOCATION: | OFF DAYS: _Thus Fri Sunday_ |
| EFFECTIVE DATE:  _02/05_ | |
| REASSIGNMENT POSITION TITLE: (MODIFIED) | |

Part 2 – Job Assignment Identification
Supervisor: List duties employee is capable of performing within their medical restrictions. Provide detailed information below with approximate amount of time work is available in each duty, i.e.; 30 minutes sweeping mail, 2 hours casing letters, 1 hour casing flats, 2 hours delivering Express Mail, etc. List all productive work prior to non-productive work.
**The duties of this modified assignment are listed below**             **Amount of Time**   **LDC/OPN**

| | | Amount of Time | LDC/OPN |
|---|---|---|---|
| ➤ | answering phones, lobby directing, | | |
| ➤ | APC _Case_ Services   _Misc duTies wiTH_ | _27 hrs per WK_ | _43_ |
| ➤ | _ResTricTioNs_ | | |
| ➤ | | | |
| ➤ | | | |
| ➤ | | | |
| ➤ | | | |
| ➤ | | | |

| Lifting/Carrying | 8 lbs | Walking | 8 hpd |
|---|---|---|---|
| Pushing/Pulling | 1 hr per day | Standing | 8 hpd |
| Bending/Stooping | 8 hpd | Sitting | 8 hpd |
| Twisting | no repetitive twisting | Reaching Above Shoulder | 8 hpd |
| Kneeling | | Driving | 8 hpd |
| Climbing | 8 hpd | Simple grasping | can do gross/fine |
| Other | May work 3 - 4 days for 8hpd; no repetitive motion which is defined as no more than 4 repetitions without taking a break from the same activity for at least 15 minutes rest. No repetitive grasping/over head reaching or data entry keyboard. Can answer telephone which may require repetitive lifting the receiver approximately 25 times is not a problem. | | manipulation |

Supervisor's Signature, POSTMASTER/MANAGER

Date

✓ I accept/     I reject the reassignment job offer: (EXPLAIN)

Employee's Signature: _Cynthia D Benson_     Date: _4/18/05_

Modified PS Form 2499r Job Offer Assignment.doc

Patient Name:     CYNTHIA   BENSON                    Account Number: 56631
Patient Birthdate: 09/30/1964                                              Page    1

02/02/2005

Cynthia Benson is here in follow up for her medial epicondylitis.  Presently
everything is recovering and is functioning nicely.   She needs to continue with the
following restrictions:

The patient will be allowed to do lifting up to 5 pounds.  The  patient should not do
repetitive lifting involving lifting for  more than 4 items without taking a rest
which would involve at  least a 15 minute rest.  The patient is not allowed to
repetitively grasp and reach overhead or in front of her to case' mail due to the
repetitive strain that this creates to the medial epicondyle on the rotator cuff
region.  The patient is not  allowed to do any repetitive data entry with keyboard,
is allowed to do occasional data entry involving typing that does not  involve data
of more than minimal information such as one or two  sentences at a time.  She should
not be doing data entry that  involves 100 to 200 words per minute for several hours
at a time, occasional data entry for purpose of documentation at her work  is o.k. to
do.  She is not allowed to do any repetitive lifting  or jerking of the arms that
involves heavier lifting than the  mentioned weight.   In terms of repetitive
activity she should  never do repetitive lifting as stated earlier.   She should only
to very low amounts for very short repetitions such as 4 times.   She can perform the
functions of a clerk or secretarial type person.  I am only concerned about the
repetitive activities  involved in casing mail.  My experience with other patients is
that it generally exacerbates conditions that involve carpal  tunnel syndrome or
epicondylitis or impingement of the shoulder  due to the fact that the casing mail
involves several hours of  repetitively moving mail from one position to the next at
a  rapid pace and this is not something that the patient is capable of  performing at
all.

This should be permanently noted.  It is not going to change.   The remainder of her
motions are intact.  She can do gross and  fine manipulation.  She is simply not
allowed to do repetitive  activities as stated earlier that involve flexion,
extension of  the wrist, elbow and shoulder.

Would you have any further questions, please feel free to  contact me directly.

Incidentally please note that answering a telephone is not a  repetitive activity and
at this problem could simply be  remedied if there was a great concern by giving
her a corded  headset that does not involve lifting a receiver.  However, I do  not
feel that repetitive lifting a telephone 25 times a day is  going to create a
problem.

( M. BROOKER, M.D.
/mature mechanically affixed

/x

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
CHICAGO, IL



# UNITED STATES POSTAL SERVICE
## PERMANENT MODIFIED ASSIGNMENT

| | | | |
|---|---|---|---|
| **Employee:** | CYNTHIA D. BENSON | **OWCP Claim#:** | 10-2007312 |
| **SSN:** | 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 | **DOI:** | 08/01/01 |
| **Job Title:** | MODIFIED PTF CLERK | **Level/Step:** | 06/O |
| **Tour of Duty:** | | **N/S Days Off:** | |
| **Geographical Location:** | MATTESON POST OFFICE | **Salary:** | $22.63 HOUR |
| | | **EFFECTIVE DATE:** | MAY 28, 2005 |

**SECTION 1:**

The USPS is officially offering you the following limited duty assignment which lists a description of the duties assigned along with the physical requirements to perform the assigned tasks. This limited duty assignment is offered to you in good faith and is tailored to meet your physical needs. You are hereby instructed to work within those medically defined restrictions and you must submit medical documentation beyond _MAY 28, 2006 (YEARLY)_.

## DESCRIPTION OF DUTIES WITH PHYSICAL REQUIREMENTS

MODIFIED JOB ASSIGNMENT DESCRIPTION OF DUTIES:

Being a customer service advisor/lobby director you will stand in the lobby assisting customers with postal forms, postal information, retrieving hold mail and certifieds, and assisting customers by instructing and promoting the Auto Postal Center (APC). This does not include maintenance. You will keep the lobby furnished with forms and promote postal products for sale. You will keep posting s and current events in the lobby updated, including bulletin boards and signage. You will complete 8125 drop shipments, scanning and documenting receipt, without lifting parcels. You can answer the telephones, seated/or standing, taking messages, giving postal information and assigned filling stamps by fax orders. *Passports Services*

BASED ON MEDICAL DATED (04/15/05 FROM DR. JAY BROCKER), THIS JOB WAS DEVELOPED TO CONFORM WITH THE FOLLOWING PHYSICAL RESTRICITONS.

| | | | |
|---|---|---|---|
| STANDING | 8 HRS | SITTING | 8 HRS |
| WALKING | 8 HRS | LIFTING WEIGHT | 8 LB, 1-2 HRS |
| CARRYING WEIGHT | 8 LB FOR 1-2 HRS | PUSHING WEIGHT | 15 LB, 1-2 W/CART |
| PULLING WEIGHT | 15 LB WITH CART 1-2 HRS | BENDING | 4-5 HRS |
| TWISTING | 4-5 HRS | CLIMBING HEIGHT | 8 HRS |
| REACHING | 1-2 HRS, NONE OVER SHOULDER | | |

Future USPS operational needs may require a change in your tour of duty and/or assignment. However, *all job assignments will be in strict compliance* with any physical activity restrictions existing at the time the change is made to the limited duty assignment. *Please indicate your decision by signing in the appropriate space below and return this job offer to the ICCO within two days from the effective date of this limited duty assignment.*

In accordance with United States Code, Title 5, Section 8106(c), a partially disabled employee who either refuses to seek suitable work, or who refuses or neglects to work after suitable work is offered, is *not* entitled to compensation.

( ) I accept the above job offer _____

                CYNTHIA D. BENSON          Date

( ) I reject the above job offer _____

                CYNTHIA D. BENSON          Date

Reason for refusal: _____

_____

_____

| | |
|---|---|
| Authorized By _CARMEN KIMBLE_ | Date Authorized _05/24/05_ |
| Title: _POSTMASTER_ | |

Patient Birthdate: 03/30/1961                     Account Number: 85631          P.01/05

708-740-4010
FAX

03/03/2005

Cynthia Benson is here in follow up for her epicondylitis. She is improved with the
appropriate restrictions. They have not really allowed her to work that much. I
feel that she could perform 30 to 40 hours a week of lighter work but I don't know
that they're really offering that for her right now. I will see her back in about a
weeks.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/w


04/13/2005

I did a work capacity evaluation for Ms. Benson today which essentially gives her
final restrictions as one to two hours of general reaching, no reaching over the
shoulder, no repetitive movements of the wrist and elbow, no pushing, pulling or
lifting more than 1 or 2 hours with a cart. She should only push or pull 15 pounds
and she should lift only 8 pounds. She should be able to take breaks every 15
minutes for short periods of time up to 10 minutes and that should allow everything
that may become inflamed to settle down. I will assess her at this point whenever
she needs to.

JAY M. BROOKER, M.D.
Signature mechanically affixed

JMB/w


06/16/2005

Cynthia Benson is here in follow up for her carpal tunnel syndrome and cubital
tunnel syndrome of both hands. She is here for filing of paperwork to obtain
permanent impairment rating. I did that and I will have her follow up as needed.

he was given a job offer that does not include the original restriction that she
should have; two days consecutively off, to allow her symptoms to settle down. I
feel that with nerve impingement at the carpal tunnel and the cubital tunnel of both
time, she would be better off if she were allowed to rest for two consecutive days to
allow this to settle down. This is the only modification of the permanent duties
that I would state would be necessary. Everything else that she has been offered

MIDLAND ORTHOPEDIC ASSOCIATES, S.C.
CHICAGO, IL

**UNITED STATES POSTAL SERVICE**

DATE: July 26, 2005

PERMANENT

OFFER OF MODIFIED ASSIGNMENT (LIMITED DUTY) ~~ASSIGNMENT~~

| Employee Name<br>Cynthia Benson | DOI<br>08/01/01 | SSN<br>5758 | OWCP Claim #<br>10-2007312 |
|---|---|---|---|
| Office/Work Location (Name)<br>Matteson | Pay Loc | Date of Injury Employee Position Title<br>PTF Clerk | |

WORK HOURS: ~~8 hours~~ *8 hours per day*    OFF DAYS:    Sunday, Wed & Thurs

LOCATION: Matteson Post Office

EFFECTIVE DATE: ~~07-26-05~~  8-8-05

PERMANENT REASSIGNMENT POSITION TITLE: (MODIFIED)
~~Carrier~~Limited Duty Job Assignment

Part 2 – Job Assignment Identification

Supervisor: List duties employee is capable of performing within their medical restrictions. Provide detailed information below with approximate amount of time work is available in each duty, i.e.: 90 minutes sweeping mail, 2 hours casing letters, 1 hour casing flats, 2 hours delivering Express Mail, etc. List all productive work prior to non-productive work.

**The duties of this modified assignment are listed below    Amount of Time        LDC/OPN**

| | Amount of Time | LDC/OPN |
|---|---|---|
| Lobby Director/Customer Service Advisor – Customer Assistance | 8 hours | As Needed |
| Passport Processing and Acceptance | 8 hours | As Needed |
| Finalize 8125 drop shipments, scanning and updating receipts | 8 hours | As Needed |
| Bulletin Board Maintenance and Updates throughout facility | 8 hours | As Needed |
| Processing Stamps by Fax Orders | 8 hours | As Needed |
| Customer Service Telephone Representative | 8 hours | As Needed |
| APC Director | 8 hours | As Needed |
| Lobby Sales of OLRP Products | 8 hours | As Needed |
| Coordinator for Lobby Beautification | 8 hours | As Needed |
| Close-Out Accountables from Incoming Carriers | 1-2 hours | As Needed |

**All within documented medical restrictions.**

| Lifting/Carrying | 8lbs 1-2 hours | Walking | 8 hours |
|---|---|---|---|
| Pushing/Pulling | 15 lbs 1-2W/Cart | Standing | 8 hours |
| Bending/Stooping | 4-5 Hours | Sitting | 8 hours |
| Twisting | 4-5 Hours | Reaching Above Shoulder | 1-2 hours none over shoulder |
| Kneeling | N/A | | |
| Climbing | 8 hours | Driving | N/A |
| | | Simple grasping | Intermittent within restrictions |
| Other | Employee will work Mon, Tues, and Fri 9:00-600pm Mon-Wed 1 hour lunch 8:00-400pm, Saturday, 7:30-3:30pm – 1 hour 11:30-12:60 lunch. Non-Schedule days Thurs, Friday and Sunday to meet restrictions. | | |

Supervisor's Signature: _____  POSTMASTER/MANAGER    Date

_____ I accept/ _✓_ I reject the reassignment job offer. (EXPLAIN)

Employee's Signature: _____    Date: 8-24-2005

Original (Top Copy)-Employee        Copy – Injury Compensation Control Office        Copy-Supervisor/Work Area

_____ I certify that I received the original Offer of Modified Assignment:

Initials:

(MODIFIED PS FORM 2499X).doc

**UNITED STATES POSTAL SERVICE**

DATE: August 24, 2005
8/24/2005

## OFFER OF MODIFIED ASSIGNMENT (LIMITED DUTY)

| Employee Name Cynthia Benson | DOI 08/01/01 | SSN 5756 | OWCP Claim # 10-2007312 |
|---|---|---|---|
| Office/Work Location (Name) Matteson | Pay Loc | Date of Injury Employee Position Title PTF Clerk | |

**WORK HOURS:** 8 hrs Mon, Tues & Fri, 8 hr Sat      **OFF DAYS:** Sunday, Wed & Thurs

**LOCATION:** Matteson Post Office

**EFFECTIVE DATE:** 08/27/05

**REASSIGNMENT POSITION TITLE: (MODIFIED)** Permanent Limited Duty Job Assignment

Supervisor: List duties employee is capable of performing within their medical restrictions. Provide detailed information below with approximate amount of time work is available in each duty, i.e.: 30 minutes sweeping mail, 2 hours casing letters, 1 hour casing flats, 2 hours delivering Express Mail, etc. List all productive work prior to non-productive work.

**The duties of this modified assignment are listed below     Amount of Time      LDC/OPN**

| Duty | Amount of Time | LDC/OPN |
|---|---|---|
| Lobby Director/Customer Service Advisor – Customer Assistance | 8 hours | As Needed |
| Passport Processing and Acceptance | 8 hours | As Needed |
| Finalize 8125 drop shipments, scanning and updating receipts | 8 hours | As Needed |
| Bulletin Board Maintenance and Updates throughout facility | 8 hours | As Needed |
| Processing Stamps by Fax Orders | 8 hours | As Needed |
| Customer Service Telephone Representative | 8 hours | As Needed |
| APC Director | 8 hours | As Needed |
| Lobby Sales of OLRP Products | 8 hours | As Needed |
| Coordinator for Lobby Beautification | 8 hours | As Needed |
| Other work related activities that within medical restrictions | 8 hours | As Needed |

**All within documented medical restrictions.**

| Lifting/Carrying | 8lbs 1-2 hours | Walking | 8 hours |
|---|---|---|---|
| Pushing/Pulling | 15 lbs 1-2W/Cart | Standing | 8 hours |
| Bending/Stooping | 4-5 Hours | Sitting | 8 hours |
| Twisting | 4-5 Hours | Reaching Above Shoulder | 1-2 hours none over shoulder |
| Kneeling | N/A | Driving | N/A |
| Climbing | 8 hours | Simple grasping | Within restrictions |
| Other | Employee will work Mon, Tues, and Fri 0800-0530pm Mon-Wed- 1 ½ hour lunch 2:00-330pm, Saturday, 7:00-3:30pm – 1/2 hour 11:00-1130 lunch. Non-schedule days Wed, Thurs and Sunday to meet restrictions. | | |

Supervisor's Signature: _____  POSTMASTER/MANAGER    Date

✓ I accept/ ___ I reject the reassignment job offer: (EXPLAIN)

Employee's Signature: _Cynthia D Benson_    Date: 8/24/05
Original (Top Copy)=Employee    Copy = Injury Compensation Control Office    Copy=Supervisor/Work Area

___ I certify that I received the original Offer of Modified Assignment
Initials:

(MODIFIED PS FORM 2499X).doc

Copy 8/24/05

**UNITED STATES POSTAL SERVICE**

DATE: November 3, 2006

### OFFER OF MODIFIED ASSIGNMENT (LIMITED DUTY)

| Employee Name<br>Cynthia Benson | DOI<br>06/01/01 | SSN<br>5758 | OWCP Claim #<br>10-2007312 |
|---|---|---|---|
| Office/Work Location<br>Matteson PO 60443 | Pay Loc | Date of Injury Employee Position Title<br>PTF Clerk | |
| POSITION: PTF Clerk | | OFF DAYS:    Sun, Wed, and Thurs | |
| START TIME:   9:00 am Mon, Tue, Fri 7:00 am Sat.<br>(8 hours Mon, Tue, Fri & Sat) | | LEVEL/STEP:   NC | |
| EFFECTIVE DATE:   11/11/06 | | SALARY:   NC | |
| REASSIGNMENT POSITION TITLE(MODIFIED)<br>Permanent Limited Duty Job Assignment | | OCC CODE: | |

Part 2 - Job Assignment Identification

### The duties of this modified assignment are listed below

| | | |
|---|---|---|
| Customer Service Advisor-Customer Assistance | 8 hours | As Needed |
| Passport Processing and Acceptance | 8 hours | As Needed |
| Finalize 8125 Drop Shipment scanning and updating receipts | 8 hours | As Needed |
| Bulletin Board Maintenance and Updates throughout the facility | 8 hours | As Needed |
| Shuttle Missent Priorities/Express to Tinley Park | 8 hours | As Needed |
| Customer Service Telephone Representative | 8 hours | As Needed |
| APC Director and Lobby Director | 8 hours | As Needed |
| Lobby Sales of OLRP products | 8 hours | As Needed |
| Coordinator of Lobby beautification | 8 hours | As Needed |
| Other work related activities that are within medical restrictions | 8 hours | As Needed |

The physical requirements to perform the above tasks are listed below.
The above modified assignment must be in accordance with the physical restrictions listed below based on medical documentation dated
Medical Update Required by August 2007.

| Lifting/Carrying | 8 lbs 1-2 hours | Walking | 8 hours |
|---|---|---|---|
| Pushing/Pulling | 15 lbs 1-2 hours w/cart | Standing | 8 hours |
| Bending/Stooping | 4-5 hours | Sitting | 8 hours |
| Twisting | 4-5 hours | Reaching Above Shoulder | 1-2 hours none over shoulder |
| Kneeling | 4-5 hours | Driving | N/A |
| Climbing | N/A | Simple grasping | Within restrictions |
| Other | Employee will work Mon, Tue and Fri 9am to 6 pm with a 1 hour lunch 12:30-1:30 pm and Saturday 7:00 to 3:30 pm -1/2 hour lunch.  Non scheduled days Wed and Thur. | | |

**EMPLOYEE INFORMATION:** This assignment will remain within the physical restrictions furnished by your treating physician. You are advised not to exceed these limitations. This assignment is currently available and is subject to revision based on changes in your physical restrictions and/or operations requirements. In the event that a revision is necessary, you will be provided a revised written modified assignment. Indicate your decision in the appropriate box located at the bottom of the assignment offer and return this job offer to a supervisor within five days of your receipt. No response will be considered a refusal. If you refuse this modified assignment offer, the Office of Workers' Compensation Programs (OWCP) will be advised for whatever action they deem appropriate.

This modified assignment offer has been prepared and is offered to you in accordance with guidelines outlined in the Employee & Labor Relations Manual, Part 540 and 20 CFR Part 10. If you have any questions regarding this matter, please contact the District Injury Compensation Office at 708-563-8441.

_____ I accept/_____ I reject the reassignment job offer. (EXPLAIN)

Employee's Signature:                                              Date:

UNITED STATES
POSTAL SERVICE

DATE: November 6, 2006

## OFFER OF MODIFIED ASSIGNMENT (LIMITED DUTY)

| Employee Name<br>Cynthia Benson | DOI<br>08/01/01 | SSN<br>5758 | OWCP Claim #<br>10-2007312 |
|---|---|---|---|
| Office/Work Location<br>Matteson PO 60443 | Pay Loc | Date of Injury Employee Position Title<br>PTF Clerk | |
| POSITION: PTF Clerk | | OFF DAYS:   Sun and Thurs | |
| START TIME: 9:00 am Mon-Wed & Fri, 7:00 am Sat.<br>8 hours p/day, 40 hours p/week | | | |
| EFFECTIVE DATE:   11/11/06 | | | |
| REASSIGNMENT POSITION TITLE(MODIFIED)<br>Permanent Limited Duty Job Assignment | | GOO CODE: | |

Part I – Job Assignment Identification

**The duties of this modified assignment are listed below**

| | | |
|---|---|---|
| Customer Service Advisor-Customer Assistance and Telephone Representative | 8 hours | As Needed |
| Passport Processing and Acceptance | 8 hours | As Needed |
| Finalize 8128 Drop Shipment scanning and updating receipts | 8 hours | As Needed |
| Bulletin Board Maintenance and Updates throughout the facility | 8 hours | As Needed |
| Shuttle Missent Priorities to Tinley Park; Deliver Express mail | 4 hours | As Needed |
| Sorting and Casing PO Box mail | 4 hours | As Needed |
| APC Director and Lobby Director | 8 hours | As Needed |
| Window Clerk Services | 8 hours | As Needed |
| Coordinator of Lobby beautification | 8 hours | As Needed |
| Other work related activities that are within medical restrictions | 8 hours | As Needed |

The physical requirements to perform the above duties are listed below.
The above modified assignment must be in accordance with the physical restrictions listed below. Based on medical recommendation dated
Medical Update Requested by August 2007

| Lifting/Carrying | 8 lbs 1-2 hours | Walking | 8 hours |
|---|---|---|---|
| Pushing/Pulling | 15 lbs 1-2 hours w/cart | Standing | 8 hours |
| Bending/Stooping | 4-5 hours | Sitting | 8 hours |
| Twisting | 4-5 hours | Reaching Above Shoulder | 1-2 hours none over shoulder |
| Kneeling | 4-5 hours | Driving | 1-2 hours |
| Climbing | N/A | Simple grasping | Within restrictions |
| Other | Employee will work Mon-Wed and Fri 9am to 6 pm with a 1 hour lunch 12:30-1:30 pm and Saturday 7:00 to 3:30 pm -1/2 hour lunch.  Non scheduled days Sat &Thur. | | |

EMPLOYEE INFORMATION: This assignment will remain within the physical restrictions furnished by your treating physician. You are advised not to exceed these limitations. This assignment is currently available and is subject to revision based on changes in your physical restrictions and/or operations requirements. In the event that a revision is necessary, you will be provided a revised written modified assignment. Indicate your decision in the appropriate box located at the bottom of the assignment offer and return this job offer to a supervisor within five days of your receipt. No response will be considered a refusal. If you refuse this modified assignment offer, the Office of Workers' Compensation Programs (OWCP) will be advised for whatever action they deem appropriate.

This modified assignment offer has been prepared and is offered to you in accordance with guidelines outlined in the Employee & Labor Relations Manual, Part 540 and 20 CFR Part 10. If you have any questions regarding this matter, please contact the District Injury Compensation Office at 708-563-8441.

_____ I accept/_____ I reject the reassignment job offer: (EXPLAIN)

Employee's Signature:                                                    Date:

_____ I certify that I received the original Offer of Modified Assignment:
Initials:

— Unable to perform repetitive activities to hands
or arms.    no lifting over 8 lbs
Unable to sort or case mail
Unable to deliver mail.

— the restrictions have not changed

— Should be off 2 consecutive days in order to
allow for muscle
recovery.
Our to work your will
8 hr shift
Maxim                J. Biden
MD

GERALD F. LOFTUS, M.D.
JOHN D. SONNENBERG, M.D.
D. DIRK NELSON, M.D.
MICHAEL G. MABAY, M.D.
STEPHEN V. PERNS, D.P.M.
MICHAEL C. MORAN, M.D.
WILLIAM A. HELLER, M.D.
JAY M. BROOKER, M.D.
ROBERT J. STRUGALA, M.D.

MIDLAND

Orthopaedic

☐ 3360 S. WABASH SUITE 100   ☐ 6735 S. MERRION LANE   ☐ 8201 S. WILLOW SPRINGS RD., #540   ☐ 6717 S. WESTERN A/I
   CHICAGO, IL 60616          HOMETOWN, IL 60456          LA GRANGE, IL 60525                CHICAGO, IL 60643
   312/842-4800               708/425-1150                708/482-7767                      773/238-5499

| OFFICE VISIT (NEW) | CODE | FEE | CASTING | CODE | FEE | OTHER (NUMBER) | CODE | FEE |
|---|---|---|---|---|---|---|---|---|
| LEVEL | 9920 | | LONG ARM | 29065 | | ASPIRATION SMALL-R/L | 20600 | |
| EMERGENCY | 99058 | | SHORT ARM | 29075 | | ASPIRATION MEDIUM-R/L | 20605 | |
| OFFICE VISIT (established) | | | LONG LEG | 29355 | | ASPIRATION LARGE-R/L | 20610 | |
| LEVEL | 9921 | | SHORT LEG | 29425 | | TRIGGER POINT-R/L | 20550 | |
| COMPLICATING | (9921__)-24 | | PLASTER(ROLLS___) | A4580 | | CELESTONE ___CC | J0704 | |
| SURGICAL FOLLOW-UP | 99024 | | FIBERGLASS(ROLLS___) | A4590 | | KENALOG ___CC | J3301 | |
| CONSULTATIONS, DR. | | | UNNA BOOT | 29580 | | | | |
| LEVEL | | | FINGER SPLINT | 29130 | | DEBRIDEMENT | 11040 | |
| | | | ELASTICS | 50090 | | PIN REMOVAL | 20670 | |
| SECOND OPINION (OME) | | | REMOVAL CAST | 29705 | | EX FIX REMOVAL | 20680 | |
| LEVEL | 9997 | | WINDOW CAST | 29730 | | X-RAY CONSULTATION | 78140 | |
| IME | 9945 | | WEDGE CAST | 29770 | | SPECIAL REPORTS | 99080 | |
| CASE MANAGEMENT | | | | | | EDUCATIONAL | 99071 | |
| WITH PATIENT | 9984 | | MINOR SURGERY | | | MEDICAL TESTIMONY | 99075 | |
| W/O PATIENT | 9989 | | | | ( ) | | | |
| PHONE | 9937 | | | | ( ) | FRACTURE CARE | ( ) | |
| | | | | | ( ) | OTHER | ( ) | |
| | | | | | ( ) | SUPPLIES | ( ) | |

DIAGNOSIS: ( 35440   CARPAL  TUNNEL  SYNDROME                 )

DATE OF INJURY _____ FIRST CONSULT _____

RETURN TO WORK _____
( ) NOT YET, ESTIMATED RETURN _____
( ) LIGHT DUTY ONLY AS OF _____
RESTRICTIONS: _____

SURGERY: ( )SD ( )SS ( )AM  DATE: _____
OPERATION: _____

PDG LEVEL _____ MMI AS OF _____
( ) REGULAR DUTY: NO RESTRICTIONS AS OF _____

ANESTHESIA: _____ TESTING: _____   ( )RO ( )OLR ( )PT

X _____
DOCTOR'S SIGNATURE

NEXT APPOINTMENT: _____ D _____ W _____ M _____ AS
                                                                          NEEDED

DATE: _____ DAY: _____ TIME: _____

I HEREBY AUTHORIZE MY INSURANCE BENEFITS TO BE PAID TO THE ABOVE SIGNED PHYSICIAN, REALIZING I AM RESPONSIBLE TO PAY NON-COVERED SERVICES; I AM HEREBY AUTHORIZE THE RELEASE OF PERTINENT MEDICAL INFORMATION TO INSURANCE CARRIERS.

X _____   DATE 11-20-06

PATIENT INFORMATION  (A)      ACCOUNT INFORMATION

| DATE | TIME | PATIENT | | |
|---|---|---|---|---|
| 11/20/06 2:30P | CYNTHIA | BENSON | F | |
| CHRG. SLIP NO. DOCTOR | | LOCATION | TODAY'S CHARGES | |
| 569871 THB | | BEVERLY OFFICE | | |
| ACCT. NO. RESPONSIBLE PARTY | | PHONE NO. | TODAY'S PAYMENT | |
| 56631 CYNTHIA | | 773 / 375-1933 | | |
| RECAP. OVER 90 OVER 60 | | OVER 30 CURRENT | BALANCE DUE | |
| INSURANCE COMPANY | POLICY NUMBER | BALANCE TYPE | | |
| DOL | 100489215/ | | | |

# EXHIBIT  D

## Check Stub and
## Request for or Notification of Absence Form

Pay not rec for 7-2-05    8 hours   AL

The other hours    Should   be   sick leave



DATE 07-15-2005
00031510

***********AUTO** 3-DIGIT 606

CYNTHIA D BENSON
PO BOX 802913
CHICAGO IL  60680-2913

**UNITED STATES POSTAL SERVICE**

# Request for or Notification of Absence

| Employee's Name (Last, First, M.I.) | Social Security No. | Date Submitted | No. of Hours Requested | | PP | Year |
|---|---|---|---|---|---|---|
| Bensir, Linthm D | 5758 | 6/29/05 | 10 maybe 8 | | | |

| Installation (For PM leave, show city, state, and ZIP code) | T N/S Day | Pay Loc. # | D/A Code | From Date | Hour | | Day | Init. | Hours |
|---|---|---|---|---|---|---|---|---|---|
| Matteson IL 60443 | | | | 6-27 | 8 | | Sat 01 | | |

| Time of Call or Request | Scheduled Reporting Time | Employee Can Be Reached At (if needed) | | Thru Date | Hour |
|---|---|---|---|---|---|
| 1:00 pm | | ☐ No Call | | 6/28 | 8 |

| Type of Absence | Documentation (For official use only) | Revised Schedule for (Date) | Approved in Advance |
|---|---|---|---|
| ☐ Annual | ☐ For FMLA Leave (Certification reviewed) | | ☐ Yes   ☐ No |
| ☐ Carrier 701 Rule | ☐ For OCP Leave (CA1 on file) | | |
| ☑ LWOP (See reverse) | ☐ For Advanced Sick Leave (1221 on file) | Begin Work | |
| ☑ Sick (See reverse) | ☐ For Military Leave (Orders reviewed) | | |
| ☐ Late | ☐ For Court Leave (Summons reviewed) | Lunch-Out | |
| ☐ OCP | ☐ For Higher Level (1723 on file) | Lunch-In | |
| ☐ Other: | ☐ Scheme Training Testing, Qualifying (Memo on file) | End Work | |

Remarks (Do not enter medical information)

Doctor Appointments

Total Hours

I understand that the annual leave authorized in excess of amount available to me during the leave year will be changed to LWOP.

| Employee's Signature and Date | Signature of Person Recording Absence and Date | Signature of Supervisor and Date Notified |
|---|---|---|
| 6/29/05 | Keith D Bensir | |

**Official Action on Application (Return copy of signed request to employee)**

| ☐ Approved, not FMLA* | ☐ Approved, FMLA (See Publication 71) | ☐ Approved FMLA, Pending —Documentation Noted on Reverse. | Signature of Supervisor and Date |
|---|---|---|---|
| ☐ Disapproved (Give reason): | | | |
| ☐ Ineligible for FMLA (Estimate eligibility date): | | ☐ Continued on Reverse | |

PS Form 3971, April 2001 (Page 1 of 2)

Warning: The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

---

PS Form 3971, April 2001 (Page 2 of 2)

Privacy Act: The collection of this information is authorized by 39 USC 401, 1001, 1005, 1206; a

Was This Absence, I Was Incapacitated for Duty by:

- Illnesses
- Work-related Injury
- Non-job-related Injury
- Pregnancy and Childbearing
  - Physician or Continuous — Exposure to a Contagious Disease

During This Absence, I Was Unavailable for Duty Because:

☐ Undergoing Medical, Dental, or Optical Examination or Treatment (Job related)
☐ Undergoing Medical, Dental, or Optical Examination, Dental, or Treatment (Job related)
☐ Placement of a Child with Employee for Adoption or Foster Care
☐ Birth of Child – Bonding
☐ Sick Leave for Dependent Care

Additional Information Regarding Denial of Leave Protection Under FMLA:

☐ Employee Not Eligible – Less Than 1250 Hours Worked
☐ Employee Not Eligible – Not Employed with USPS 1 Year
☐ Employee Has Exhausted FMLA Entitlement in Current Leave Year.
☐ Absence Not for a Covered Condition.
☐ Absence Not for a Covered Family Member.
☐ Requested Documentation Not Received.
☐ Documentation Provided, Does Not Meet Criteria for FMLA Protection.

| | | Leave Types (Information Only) | | | | PP | | |
|---|---|---|---|---|---|---|---|---|
| Year | PP | Day | Init. | Hours | Time Card Code | Leave Type | Code | |
| | | | | | 12 | N–FMLA | 10/99 | |
| | | | | | 32 | N–FMLA | 20/99 | |
| | | | | | 26 | LWOP – FMLA – Full Day | 05/99 | |
| | | | | | 27 | LWOP – FMLA – Part Day | 08/99 | |
| | | | | | 30 | LWOP – Level or Sick Leave | 08/99 | |
| | | | | | 33 | LWOP – Personal Absence | 08/99 | |
| | | | | | 60 | LWOP – Part Day | 09 | |
| | | | | | 04 | LWOP – Full Day | 09 | |
| | | | | | 05 | LWOP – UD (Not FMLA) - OWCP | 08/99 | |
| | | | | | 45 | LWOP – AWOL | | |
| | | | | | 35 | LWOP – Suspension | 08/99 | |
| | | | | | 37 | LWOP – Maternity | 08/99 | |
| | | | | | 47 | LWOP – Suspension | 08/99 | |
| | | | | | 43 | LWOP – Union Official | 14 | |
| | | | | | 17 | LWOP – Suspension Pending | | |
| | | | | | | Termination | | |
| | | | | | 25 | 08/29 | | |
| | | | | | 34 | Continuation of Pay – LWP–FMLA | 09/99 | |
| | | | | | 34 | Continuation of Pay – LWP–FMLA | 7/03 | |
| | | | | | 49/03 | Continuation of Pay FMLA-OCO-OWCP | | |
| | | | | | 91 | Court Duty | | |
| | | | | | 95 | Military Leave | | |
| | | | | | 88 | Postmaster's Organization | | |
| | | | | | 59 | Blood Donor Leave | | |
| | | | | | 58 | Other Paid Leave | | |
| | | | | | 66 | Convention Leave | | |
| | | | | | 61 | Acts of God | | |
| | | | | | 76 | Veteran's Funeral | | |
| | | | | | 98 | Education | | |
| | | | | | 90 | Relocation | | |
| | | | | | 77 | Civil Disaster | | |
| | | | | | 78 | Civil Disaster | | |
| | | | | | 99 | Voting Leave | | |

# EXHIBIT E

*Memo from Carmen Kimble*

7/30

Mary Barrisha

request Disability
Retirement Printout

(708) 563-7344
she can explain
process — Connie

# EXHIBIT  F

### Email from Dale Schultz

7418

~60443 Postmaster, Il

| | |
|---|---|
| **From:** | Schultz, Dale C - Bedford Park, IL |
| **Sent:** | Wednesday, December 31, 2003 12:41 PM |
| **To:** | ~60443 Postmaster, Il |
| **Subject:** | PTF Hours |

**Hi Carmen:**

I cannot find a way not to pay C. Benson for the period of 12/13/03 to 12/26/03. She is asking for 6 hours, when really she is entitled to 10 hours. I will verify she is short 6 hours.

Please work her at least 4.5 hours per day x 6 days which will give her 27 hours per week. I would hate to have to go back further if she asks for compensation because you work her 24 hours per week. Her job offer has her start time as 9 a.m. to 1 p.m. (4 hours per day). How can I argue with the Department of Labor when it is in print and her payroll journal supports this? If she is asking to leave early, support her request with 3971's and charge her time to code 59 so I can differentiate this time from non-scheduled hours in the future.

Sorry, but I can't deny her request for additional compensation because I have nothing to support my denial of her claim.

Dale