10/10/2007

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
JAN 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT**

_Amend_

Cynthia D. Benson
Plaintiff

John E. Potter, Postmaster General
C/o Great Lakes Area Operations
Defendant(s)

CASE NUMBER: 07CV7100
JUDGE: Castillo
Magistrate Denlow

Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Cynthia D. Benson, declare that I am the ☒plaintiff □petitioner □movant (other _____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?  □Yes  ☒No  (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? □Yes □No  Monthly amount: _____

2. Are you currently employed?  □Yes  ☒No
   Monthly salary or wages: NA
   Name and address of employer: NA

   a. If the answer is "No":
      Date of last employment: 1-30-2007
      Monthly salary or wages: $3918.90
      Name and address of last employer: United States Postal Services
      20650 S. Cicero  Matteson IL 60443

   b. Are you married?  □Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? _Mark an X in either "Yes" or "No", and then check all boxes that apply in each category._

   a. Salary or wages                    ☒Yes  □No
      Amount 3918.90    Received by Cynthia D Benson

This question I didn't quite understand so after I recieve free legal help I understand question now

b.  ☐ Business, ☐ profession or ☒ other self-employment    ☒ Yes    ☐ No
Amount $4300.00 (Est) Received by Cynthia D. Benson

c.  ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount  0   Received by  NA

d.  ☒ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount $10,500.00 (Est) Received by Cynthia D. Benson    ☒ Yes    ☐ No — IRA and TSP which is my Thrify Savings plan from USPS and unemployment ck

e.  ☒ Gifts or ☐ inheritances    ☒ Yes    ☐ No
Amount $800.00 Received by Cynthia D. Benson

f.  ☒ Any other sources (state source: mutual fund)    ☒ Yes    ☐ No
Amount $5990.00 Received by Cynthia D. Benson

4.  Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☒ Yes  ☐ No  Total amount: $700.00 (Est) — This is a checking account so funds change day by day CB
In whose name held: Cynthia D. Benson   Relationship to you: Self

5.  Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☒ Yes  ☐ No
Property: Stocks   Current Value: 12,000.00 (Est) — Fund maybe slightly higher or lower CB
In whose name held: Cynthia D. Benson   Relationship to you: Self

6.  Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☒ Yes  ☐ No
Address of property: 7337 S South Shore Dr #1430 Chgo IL 60649
Type of property: Condominium   Current value: $88,822.16 to date → This is the correct amount — I didn't quite understand the question. I thought it was the initial loan amount of $100,000.00
In whose name held: Cynthia D. Benson   Relationship to you: Self
Amount of monthly mortgage or loan payments: $1441.29 (mortage and assesments)
Name of person making payments: Cynthia D. Benson

7.  Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☒ Yes  ☐ No
Property: Automobile
Current value: $4000.00 Est.
In whose name held: Cynthia D. Benson   Relationship to you: Self

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
NA

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __1-14-2008__

_Cynthia D Benso_
(Signature of Applicant)

_Cynthia Diane Benson_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____          _____
DATE                                             SIGNATURE OF AUTHORIZED OFFICER

                                                      _____
                                                      (Print name)

rev. 10/10/2007

-3-