# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7100 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Cynthia D. Benson vs. John E. Potter, Postmaster General | | |

**DOCKET ENTRY TEXT**

After a careful review of all the pleadings in this case, this Court hereby denies Plaintiff's application to proceed in forma pauperis [4] and [8]. Plaintiff's amended application shows enough assets that would allow Plaintiff to pay the Court's full filing fee. Plaintiff is given until 4/30/2008 to pay the full filing fee. In the meantime, Plaintiff's amended complaint will be dismissed without prejudice. Plaintiff's motion for appointment of counsel [5] is denied without prejudice to its renewal if Plaintiff pays the required filing fee.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|